UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:22-cv-00191

Kanautica Zayre-Brown,

Plaintiff,

vs.

The North Carolina Department of Public Safety, et al,

Defendant.

MOTION FOR ADMISSION
*PRO HAC VICE*
and AFFIDAVIT

NOW COMES Jaclyn A. Maffetore ("Local Counsel"), a member in good standing with the Bar with the United States District Court for the Western District of North Carolina ("WDNC"), and moves for the admission of Jon W. Davidson ("Applicant"), who seeks permission to represent Kanautica Zayre-Brown (Plaintiff) ("Client") in this above-captioned case.

By signing this motion, Local Counsel and Applicant certify that:

1. Applicant is a member in good standing of the bar of the highest court of the State or of the District of Columbia where Applicant regularly practices law, which is California.

2. Applicant practices under the name of or as a member of the following firm:

Firm Name: American Civil Liberties Union Foundation
Mailing Address: 125 Broad Street
City / State / Zip: New York, NY 10004
Telephone Number: 323-538-9880     Facsimile Number: 212-549-2650
Email Address (required): jondavidson@aclu.org

1

3. Applicant certifies that s/he is also admitted to practice before and remains in good standing with the Courts in the following jurisdictions:

U.S. Supreme Court; 4th Circuit Court of Appeals; 7th Circuit Court of Appeals; 9th Circuit Court of Appeals; 10th Circuit Court of Appeals; Central District of California; Northern District of California.

4. Applicant certifies s/he has never been the subject of any formal suspension or disbarment proceedings; never been denied admission *pro hac vice* in this or any other jurisdiction or had *pro hac vice* admission revoked; never had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked; and has never received public discipline by any court or lawyer regulatory organization. If Applicant cannot so certify, the applicant has attached a separate explanation including particular information disclosing the disciplinary history or the denial of admission.

5. Applicant certifies that the client requested Applicant to represent it in this matter, along with Local Counsel.

6. Applicant agrees to be subject to the Orders of the WDNC, including the Local Rules of the WDNC, and amenable to the disciplinary action and the civil jurisdiction of the WDNC in all respects as if the applicant were a regularly admitted and licensed member of the Bar of this Court in good standing.

7. Local Counsel is satisfied that Applicant is qualified to practice before the Bar of the WDNC.

8. Local Counsel has conferred with counsel for the other parties, who have indicated they _do not_ oppose this motion.

9. The required fee for admission *pro hac vice* is being submitted with the filing of this motion.

10. Applicant consents to electronic notification.

By signing this Motion, we so certify.

This, the \_\_11th\_\_ day of \_\_MAY\_\_, 20\_22\_.

_____        _____
Local Counsel                                              Applicant

Attorney Name  Jaclyn A. Maffetore
Bar Number  50849
Firm Name  ACLU of North Carolina Legal Foundation
Firm Address  P.O. Box 28004
Firm City / State / Zip  Raleigh, NC 27611-8004
Telephone Number  (919) 834-3466
Fax Number  (919) 869-2075
Email Address  jmaffetore@aclu.ofnc.org

3