IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-191-MOC-DCK

| | |
|---|---|
| **KANAUTICA ZAYRE-BROWN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **NORTH CAROLINA DEPARTMENT OF** ) | |
| **PUBLIC SAFETY, et al.,** ) | |
| ) | |
| **Defendants**. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) filed by Jaclyn A. Maffetore, concerning Taylor Brown, on June 27, 2022. Taylor Brown seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) is **GRANTED**. Taylor Brown is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: June 27, 2022

David C. Keesler
United States Magistrate Judge