IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| KANAUTICA ZAYRE-BROWN,<br><br>*Plaintiff,*<br><br>v.<br><br>THE NORTH CAROLINA<br>DEPARTMENT OF PUBLIC SAFETY,<br>*et al.,*<br><br>*Defendants.* | No. 3:22-cv-00191 |

# PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff Kanautica Zayre-Brown respectfully moves the Court, pursuant to Rule 65(a) of the Federal Rules of Civil Procedure, for a preliminary injunction on her Eighth Amendment claim against defendant state prison officials Buffaloe, Ishee, Junker, Harris, Campbell, Catlett, Peiper, Sheitman, Langley, Agarwal, Cobb, Panter, Williams, and Amos, sued in their official capacities (hereinafter, "Defendants") for their failure to treat her gender dysphoria, a serious medical need. Specifically, Plaintiff asks the Court to order Defendants to provide her with the medically necessary gender-affirming surgery described in her Verified Complaint. (Doc. 1). As demonstrated in the accompanying brief and exhibits supporting this Motion, Plaintiff will likely succeed on the merits of her Eighth Amendment claim, she is suffering and will continue to suffer irreparable harm without preliminary relief, the balance of equities weighs in her favor, and preliminary relief is in the

public interest. Plaintiff also moves for waiver of a security bond upon grant of the preliminary injunction.

Plaintiff seeks leave to present oral argument in support of this Motion.

Dated: June 28, 2022

Respectfully submitted,

/s/ Jaclyn A. Maffetore
Jaclyn A. Maffetore
NC Bar No. 50849
Daniel K. Siegel
NC Bar No. 46397
Michele Delgado
NC Bar No. 50661
ACLU OF NORTH CAROLINA
LEGAL FOUNDATION
P.O. Box 28004
Raleigh, NC 27611-8004
Tel: (919) 834-3466
Fax: (919) 869-2075
jmaffetore@acluofnc.org
dsiegel@acluofnc.org
mdelgado@acluofnc.org

Christopher A. Brook
NC Bar No. 33838
PATTERSON HARKAVY LLP
100 Europa Drive, Suite 420
Chapel Hill, NC 27517
Tel: (919) 942-5200
Fax: (866) 397-8671
cbrook@pathlaw.com

Jon W. Davidson*
(admitted only in California)
Taylor Brown*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004-2400
Tel: (212) 519-7887
Fax: (212) 549-2650
jondavidson@aclu.org
tbrown@aclu.org

*admitted *pro hac vice*

*Counsel for Plaintiff*

## **CERTIFICATE OF CONFERENCE**

Pursuant to LR 7.1(b), I certify that on June 22, 2022, counsel for Plaintiff conferred with counsel for Defendants via email to notify them of Plaintiffs' intent to file the instant Motion and to inquire whether the relief sought would be possible without judicial intervention. On June 23, 2022, counsel for Defendants indicated that, following discussion with their clients, they did not believe that settlement discussions would be productive at this time.

Dated: June 28, 2022                                   Respectfully submitted,

*/s/ Jaclyn A. Maffetore*
Jaclyn A. Maffetore

*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

      I certify that on June 28, 2022, I filed the foregoing with the Clerk of the Court using the CM/ECF system which will effect service on all counsel of record.

Dated: June 28, 2022                         Respectfully submitted,

                                             */s/ Jaclyn A. Maffetore*
                                             Jaclyn A. Maffetore

                                             *Counsel for Plaintiff*