IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:22-CV-0191-MOC-DCK

| KANAUTICA ZAYRE-BROWN, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | **APPENDIX TO DEFENDANTS'** |
| v. | ) | **RESPONSE TO PLAINTIFF'S** |
| | ) | **MOTION FOR PRELIMINARY** |
| THE NORTH CAROLINA DEPARTMENT | ) | **INJUNCTION** |
| OF PUBLIC SAFETY, et al., | ) | |
| Defendants. | ) | |

| Exhibit 1 | Affidavit of Christina Mingo |
|---|---|
| Exhibit 2 | Affidavit of Miranda Richardson |
| Exhibit 3 | Affidavit of Gary Junker, Ph.D., including Exhibit A thereto |
| Exhibit 4 | Expert Affidavit of Joseph Penn, MD, CCHP FAPA, including Exhibit A thereto |
| Exhibit 5 | Expert Affidavit of Sara Boyd, Ph.D, ABPP, including Exhibit A thereto |

Respectfully submitted this 19th day of July, 2022.

JOSHUA H. STEIN
ATTORNEY GENERAL

/s/ Orlando L. Rodriguez
Orlando L. Rodriguez
Special Deputy Attorney General
Bar No. 43167
orodriguez@ncdoj.gov

Stephanie A. Brennan
Special Deputy Attorney General
Bar No. 35955
sbrennan@ncdoj.gov

*Attorneys for Defendants*