IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

KANAUTICA ZAYRE-BROWN,

    *Plaintiff*,

v.

THE NORTH CAROLINA
DEPARTMENT OF PUBLIC SAFETY,
*et al.*,

    *Defendants*.

No. 3:22-cv-00191

**EXHIBIT INDEX TO PLAINTIFF'S REPLY IN SUPPORT OF
MOTION FOR PRELIMINARY INJUNCTION**

| Exhibit | Description |
|---|---|
| Exhibit 1 | Second Expert Declaration of Dr. Randi C. Ettner, Ph.D. |
| Exhibit 2 | Declaration of Jaclyn Maffetore |