THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:22-cv-191

| | | |
|---|---|---|
| KANAUTICA ZAYRE-BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANTS'** |
| v. | ) | **NOTICE OF SUPPLEMENTAL** |
| | ) | **AUTHORITY** |
| NORTH CAROLINA DEPARTMENT OF | ) | |
| PUBLIC SAFETY, et al., | ) | |
| | ) | |
| Defendant. | ) | |

NOW COME Defendants, by and through the undersigned counsel, providing this notice of supplemental authority.  Defendants provide the case *Williams v. Kincaid*, No. 21-2030, 2022 U.S. App. LEXIS 22728 (4th Cir. Aug. 16, 2022).

Respectfully submitted this 17th day of August 2022.

JOSHUA H. STEIN
ATTORNEY GENERAL

/s/ Orlando L. Rodriguez
Orlando L. Rodriguez
Special Deputy Attorney General
Bar No. 43167
orodriguez@ncdoj.gov

Stephanie A. Brennan
Special Deputy Attorney General
Bar No. 35955
sbrennan@ncdoj.gov
***Attorneys for Defendants***