IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-191-MOC-DCK

| KANAUTICA ZAYRE-BROWN, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| NORTH CAROLINA DEPARTMENT OF SAFETY, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 31) filed by Jaclyn A. Maffetore, concerning Lisa Nowlin-Sohl, on December 7, 2022. Lisa Nowlin-Sohl seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 31) is **GRANTED**. Lisa Nowlin-Sohl is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: December 7, 2022

David C. Keesler
United States Magistrate Judge