IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-191-MOC-DCK

| | |
|---|---|
| KANAUTICA ZAYRE-BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| NORTH CAROLINA DEPARTMENT OF ) | |
| PUBLIC SAFETY, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendants' Consent Motion For Leave To Depose A Person Confined In Prison" (Document No. 33) filed December 15, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that "Defendants' Consent Motion For Leave To Depose A Person Confined In Prison" (Document No. 33) is **GRANTED**. Defendants may take the deposition of Plaintiff Kanautica Zayre-Brown as agreed by the parties and pursuant to Fed.R.Civ.P. 30(a)(2)(B).

**SO ORDERED**.

Signed: December 16, 2022

David C. Keesler
United States Magistrate Judge