# EXHIBIT E

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

AUGUST DEKKER et al.,

    Plaintiffs,

v.                        CASE NO. 4:22cv325-RH-MAF

JASON WEIDA et al.,

    Defendants.

_____/

## ORDER DENYING THE MOTION
## FOR RULE 35 EXAMINATIONS

For the reasons set out on the record of the hearing on February 6, 2023,

IT IS ORDERED:

The defendants' renewed motion to compel Rule 35 examinations, ECF No. 88, is denied.

SO ORDERED on February 6, 2023.

                                s/Robert L. Hinkle
                                United States District Judge