# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### CASE NO. 3:22-CV-191-MOC-DCK

| | |
|---|---|
| KANAUTICA ZAYRE-BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| NORTH CAROLINA DEPARTMENT OF ) | |
| PUBLIC SAFETY, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendants' Motion For An Extension Of Certain Case Management Deadlines" (Document No. 41) filed March 13, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

"Plaintiff's Response…" to the pending motion was filed on March 15, 2023, and indicates that Plaintiff does not oppose Defendants' request; however, Plaintiff opposes any extensions of the deadlines for dispositive motions and trial. (Document No. 42).

The parties are respectfully encouraged to make further attempts to reach an agreement on the discovery requested by "Defendants' Motion For An Order Compelling Plaintiff To Submit To Rule 35 Examinations" (Document No. 37) to avoid further delays in this matter.

**IT IS, THEREFORE, ORDERED** that "Defendants' Motion For An Extension Of Certain Case Management Deadlines" (Document No. 41) is **GRANTED with modification**. Defendants' Expert Report deadline is extended to: (1) thirty (30) days from the date of an Order allowing Defendants' Rule 35 Motion (Document No. 37); or (2) fourteen (14) days from the date

of an Order denying Defendants' Rule 35 Motion (Document No. 37);  or **April 7, 2023**, whichever is later.  All other deadlines remain as previously ordered.  See (Document No. 36).

    **SO ORDERED**.

Signed: March 16, 2023

David C. Keesler
United States Magistrate Judge