THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA CHARLOTTE DIVISION
NO. 3:22-cv-191

| KANAUTICA ZAYRE-BROWN, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **(Proposed)** |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| NORTH CAROLINA DEPARTMENT | ) | |
| OF PUBLIC SAFETY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER IS BEFORE THE COURT on the Defendants' motion pursuant to Local Rule 16.2 for an order excusing the individual Defendants from attending the mediation in this matter (Document No. --) filed June --, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

IT IS, THEREFORE, ORDERED, that the individual Defendants are excused from attending the July 6, 2023, mediated settlement conference in this matter.

**SO ORDERED**

_____
David C. Kessler
United State Magistrate Judge