IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-191-MOC-DCK

| | |
|---|---|
| KANAUTICA ZAYRE-BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| NORTH CAROLINA DEPARTMENT OF ) | |
| PUBLIC SAFETY, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendants' Consent Motion To Excuse Certain Named Defendants From Mediation" (Document No. 48) filed June 19, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Plaintiff's agreement, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendants' Consent Motion To Excuse Certain Named Defendants From Mediation" (Document No. 48) is **GRANTED**. The individual Defendants, sued in their official capacities, are excused from attending the mediated settlement conference in this matter.

**SO ORDERED**.

Signed: June 20, 2023

David C. Keesler
United States Magistrate Judge