THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA CHARLOTTE DIVISION
NO. 3:22-cv-191

| KANAUTICA ZAYRE-BROWN, | ) | |
|---|---|---|
| Plaintiff, | ) | **(Proposed)** |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| NORTH CAROLINA DEPARTMENT | ) | |
| OF PUBLIC SAFETY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER IS BEFORE THE COURT on the Defendants' consent motion pursuant to Rule 25(c) of the Federal Rules of Civil Procedure for an order substituting certain party-defendants and amend the caption accordingly (Document No. --) filed June --, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

IT IS, THEREFORE, ORDERED, that the North Carolina Department of Public Safety ("DPS"), and Eddie Buffaloe, Jr., in his official capacity as Secretary of DPS be replaced as party Defendants with the North Carolina Department of Adult Correction ("DAC") and Todd Ishee, as Secretary of DAC.

IT IS FURTHER ORDER THAT to reflect this substitution and other position title changes of certain individual defendants, the caption of this matter be amended as follows:

THE NORTH CAROLINA DEPARTMENT OF ADULT CORRECTION; TODD ISHEE, in his official capacity as Secretary of the North Carolina Department of Adult Correction; GARY JUNKER, in his official capacity as Deputy Secretary of the North Carolina Department of Adult Correction; BRANDESHAWN HARRIS, in her official capacity as

Chief Deputy Secretary, the North Carolina Department of Adult Correction; ARTHUR CAMPBELL, in his official capacity as Medical Director III, the North Carolina Department of Adult Correction; TERRI CATLETT, in her official capacity as Director of Healthcare Administration, Division of Prisons, the North Carolina Department of Public Safety; JONATHAN PEIPER, in his official capacity as Human Services Director the North Carolina Department of Adult Correction; BRIAN SHEITMAN, Medical Director III, the North Carolina Department of Adult Correction; VALERIE LANGLEY, in her official capacity as Nurse Director the North Carolina Department of Adult Correction; ABHAY AGARWAL, Medical Director II, the North Carolina Department of Adult Correction; SARAH COBB, in her official capacity as Director of Rehabilitative Services, Division of Prisons, the North Carolina Department of Adult Correction; JOSH PANTER, in his official capacity as Correctional Administrator the North Carolina Department of Adult Correction; CHARLOTTE WILLIAMS, in her official capacity as a Program Manager, the North Carolina Department of Adult Correction; and ELTON AMOS, in his official capacity as Medical Director II, the North Carolina Department of Adult Correction.

**SO ORDERED**

_____
David C. Kessler
United State Magistrate Judge