IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:22-cv-191

KANAUTICA ZAYRE-BROWN,

    Plaintiff,

v.

NORTH CAROLINA DEPARTMENT OF
ADULT CORRECTION, et al.,

    Defendants.

**APPENDIX TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**(Hearing Requested)**

NOW COME Defendants to respectfully submit this Appendix with Exhibits to their Response to Plaintiff's Motion for Partial Summary Judgment.

| Exhibit | Description |
|---|---|
| 1 | Expert Report of Sara E. Boyd, Ph.D., dated July 5, 2023 |
| 2 | Medical Records (DAC 738-739, 741-742, 747-749, 753-755, 875) |
| 3 | Medical Records (DAC 724-725, 730-731, 734-736) |
| 4 | May 2021 Emails (DAC 4127-4130, 4447) |
| 5 | Excerpts of the deposition of Brian Sheitman, M.D., taken on May 17, 2023: Pages 27-29, 35, 44, 49-50, 56-65, 70-72, 84, 94-97, 109-111, 113-121, 131-132, 143-144 |
| 6 | Excerpts of deposition transcript, Terri Catlett, taken on May 18, 2023: Pages 44-46, 61-64, 73-76 |
| 7 | Excerpts of the deposition of Arthur Campbell, M.D., taken on April 18, 2023: Pages 79-82 |
| 8 | Medical Records (DAC 2692-2696; PLAINTIFF0004) |
| 9 | Excerpts of the deposition of Gary Junker, PhD, taken on May 4, 2023: Pages 224-228 |
| 10 | Excerpts of deposition transcript, Joseph V. Penn, M.D., taken on August 8, 2023: Pages 55-56, 71-72, 84-87 |
| 11 | Excerpts of the deposition of Lewis Peiper, Ph.D., taken on May 1, 2023: Pages 89-92 |
| 12 | Excerpts of deposition transcript, Sara E. Boyd, Ph.D., taken on August 4, 2023: Pages 80-120, 156-170 |
| 13 | Expert Report of Joseph V. Penn, M.D. dated July 5, 2023 |

| 14 | Excerpts of the deposition of Marvella Bowman, Ph.D., taken on June 29, 2023: Page 119 |
|----|----|
| 15 | Expert Report of Fan Li, Ph.D., dated June 17, 2023: |
| 16 | Excerpts of deposition transcript, Fan Li, Ph.D., taken on August 11, 2023: Pages 24-45, 51-70, 100-147, 150-160 |
| 17 | Excerpts of 30(b)(6) deposition of Arthur Campbell, M.D., on behalf of the North Carolina Department of Adult Correction, taken on April 18, 2023: Pages16-35, 69-72 |

This the 19th day of October 2023.

JOSHUA H. STEIN
**Attorney General**

/s/ Orlando L. Rodriguez
Orlando L. Rodriguez
Special Deputy Attorney General
orodriguez@ncdoj.gov

Stephanie A. Brennan
Special Deputy Attorney General
sbrennan@ncdoj.gov

***Attorneys for Defendants***