# North Carolina Department of Public Safety
# Clinical Encounter

| | | | |
|---|---|---|---|
| Offender Name: ███████, ███████ | Sex: M | Race: BLACK | Off #: 0618705 |
| Date of Birth: ███████ | | | Facility: HARN |
| Encounter Date: 11/09/2017 11:47 | Provider: Calkins, Candace L RN | | Unit: L3DM- |

Wound Care Note encounter at Clinic.
**Reason Not Done:** No Show

**Comments:** set up wound care BID x 30 days clean and wet to dry with packing ribbon the gauze and athletic supporter (no tape or coverall
**Cosign Required:** No
Completed by Calkins, Candace L RN on 11/09/2017 11:48.

Generated 11/09/2017 11:48 by Calkins, Candace L RN    NCDPS - HARN    Page 1 of 1
Case 3:22-cv-00191-MOC-DCK    Document 65-8    Filed 10/19/23    Page 1 of 6
GENERAL CONFIDENTIAL INFORMATION    3:22-cv-191 (WDNC)    DAC 2692

# North Carolina Department of Public Safety
# Clinical Encounter

| | | | |
|---|---|---|---|
| Offender Name: ▮▮▮▮, ▮▮▮ | | | Off #: 0618705 |
| Date of Birth: ▮▮▮ | Sex: M | Race: BLACK | Facility: HARN |
| Encounter Date: 11/09/2017 11:32 | Provider: Umesi, Joseph J MD | | Unit: L3DM- |

Provider Evaluation encounter performed at Clinic.

## SUBJECTIVE:

**COMPLAINT 1**      **Provider:** Umesi, Joseph J MD

**Chief Complaint:** Female Health Complaint

**Subjective:** Patient is a 36 year old transgender female who presents for various complaints especially for post orchiectomy evaluation. He has a surgical scrotal wound that has not completely healed. He says that he had spanx garment before incarceration which he says was putting pressure on wound and facilitating healing. He used to be on Estrogen, Spironolactone, and Progesterone but stopped taking them thirty days before surgery. The surgery was on August 25,2017, by Dr. Hope Sherrie, at Cosmetic Concierge, Charlotte, NC. She was referred to Dr. Sherrie by UNC CH Endocrinology who was managing him and did all pre-op evaluations. With orchiectomy, he no longer needs Spironolactone and Progesterone. Custody has already handled his housing and other accommodation matters. Beside's orchiectomy, he has undergone facial feminization surgery, vaser lipo surgery (lipo for abdomen, hips and buttocks), breast augmentation, ear lobe repairs.

**Pain Location:**
**Pain Scale:**
**Pain Qualities:**
**History of Trauma:**
**Onset:**
**Duration:**
**Exacerbating Factors:**
**Relieving Factors:**
**Comments:**

## OBJECTIVE:

**Temperature:**

| Date | Time | | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|---|
| 11/09/2017 | 11:56 | HARN | 98.1 | 36.7 | | Umesi, Joseph J MD |
| 11/02/2017 | 19:03 | HARN | 98.8 | 37.1 | | Planco, Julieta T RN |
| 10/30/2017 | 17:28 | CRAV | 97.7 | 36.5 | | Jones, Carolyn E RN |

**Pulse:**

| Date | Time | | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|---|
| 11/09/2017 | 11:56 | HARN | 78 | | | Umesi, Joseph J MD |
| 11/02/2017 | 19:03 | HARN | 84 | | | Planco, Julieta T RN |
| 10/30/2017 | 17:28 | CRAV | 81 | | | Jones, Carolyn E RN |

**Respirations:**

| Date | Time | | Rate Per Minute | Provider |
|---|---|---|---|---|
| 11/09/2017 | 11:56 | HARN | 16 | Umesi, Joseph J MD |
| 11/02/2017 | 19:03 | HARN | 18 | Planco, Julieta T RN |
| 10/30/2017 | 17:28 | CRAV | 18 | Jones, Carolyn E RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|

Offender Name: ███████, ██████  
Date of Birth: ████████  
Encounter Date: 11/09/2017 11:32  
Sex: M   Race: BLACK  
Provider: Umesi, Joseph J MD  
Off #: 0618705  
Facility: HARN  
Unit: L3DM-

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 11/09/2017 | 11:56 | HARN | 131/87 | | | Umesi, Joseph J MD |
| 11/02/2017 | 19:03 | HARN | 114/75 | | | Planco, Julieta T RN |
| 10/30/2017 | 17:28 | CRAV | 127/81 | | | Jones, Carolyn E RN |

**SpO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 11/09/2017 | 11:56 HARN | 100 | | Umesi, Joseph J MD |
| 11/02/2017 | 19:03 HARN | 98 | | Planco, Julieta T RN |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 11/09/2017 | 11:56 HARN | 71.0 | 180.3 | Umesi, Joseph J MD |
| 11/02/2017 | 19:03 HARN | 71.0 | 180.3 | Planco, Julieta T RN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 11/09/2017 | 11:56 HARN | 229.0 | 103.9 | | Umesi, Joseph J MD |
| 11/02/2017 | 19:03 HARN | 239.0 | 108.4 | | Planco, Julieta T RN |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well

**Eyes**

**General**

Yes: PERRLA, Extraocular Movements Intact

**Conjunctiva and Sclera**

Yes: Normal Appearing

No: Conjunctival Injection, Watery Discharge, Hyperemia, Subconjunctival Hemorrhage

**Ears**

Positive for ear piercing

**Neck**

**General**

Yes: Supple, Symmetric, Trachea Midline

**Thyroid**

No: Diffuse Enlargement, Multinodular, Nodule, Tenderness

**Pulmonary**

**Auscultation**

Yes: Clear to Auscultation

**Cardiovascular**

**Auscultation**

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

No: M/R/G

**Abdomen**

**Inspection**

Yes: Normal

**Genitourinary**

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | ██████, ██████ | | | Off #: | 0618705 |
| Date of Birth: | ██████ | Sex: M | Race: BLACK | Facility: | HARN |
| Encounter Date: | 11/09/2017 11:32 | Provider: | Umesi, Joseph J MD | Unit: | L3DM- |

**Exam:**

Genital exam is significant for normal penis, but absent testes. A 2 -3 mm wound with malodorous drainage on inferior aspect of scrotum present. Upon cleansing of wound - base is beefy red and there is no thru - thru fistula

**ASSESSMENT:**

Gender Dysphoria in Adolescents and Adults, 302.85 - Current, Chronic, Treatment Goal Attained

Unspecified open wound of scrotum and testes, sequela, S31.30XS - Current, Chronic, Improved

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Septra DS 800-160 MG | 11/09/2017 11:32 | 800-160 mg By Mouth two times daily x 10 day(s) -- Use starter and start 11/09/17 |

**Indication:** Unspecified open wound of scrotum and testes, sequela
**Start Now:** Yes
**Starter Dose Rx#:**
**Source:**
**Admin Method:**
**Stop Date:** 11/19/2017 11:31
**MAR Label:** 800-160 mg By Mouth two times daily x 10 day(s) -- Use starter and start 11/09/17

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Nursing Instructions | Twice Daily | 14 days | Cleanse wound with hydrogen peroxide and apply topical antibiotic and support with dry gauze | Umesi, Joseph J MD |

**Discontinue Reason:**
**Order Date:** 11/09/2017
**End Date:**

| | | | | |
|---|---|---|---|---|
| Nursing Instructions | One Time | | Please obtain medical record from UNC CH Endocrinology, and Plastic surgeon in Charlotte NC. | Umesi, Joseph J MD |

**Discontinue Reason:**
**Order Date:** 11/09/2017
**End Date:**

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 11/09/2017 | Counseling | Plan of Care | Umesi, Joseph | Verbalizes Understanding |

| | | | |
|---|---|---|---|
| Offender Name: █████, █████ | | Off #: | 0618705 |
| Date of Birth: ███████ | Sex: M  Race: BLACK | Facility: | HARN |
| Encounter Date: 11/09/2017 11:32 | Provider: Umesi, Joseph J MD | Unit: | L3DM- |

**Co-Pay Required:** No  **Cosign Required:** No
**Telephone/Verbal Order:** No
**Standing Order:** No

Completed by Umesi, Joseph J MD on 11/09/2017 12:17



COSMETIC SURGERY and IMAGE CONSULTANCY

Date: July 20, 2017
Regarding: Kanautica Zayre
DOB: ███████████████
SSN: ████████

Date of Surgery: July 20, 2017

To Whom It May Concern:

This is to certify that I, Hope Sherie, M.D., FACS performed irreversible Male to Female Gender Reassignment Surgery on the above-named patient. The reassignment surgery was performed and successfully completed in compliance with the WPATH (World Professional Association for Transgender Health) Standards of Care at The Cosmetic Concierge, PLLC in Charlotte, NC.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Should any questions arise concerning this procedure, please contact me at 980-938-0459.

Sincerely,

Hope Sherie, M.D. FACS
The Cosmetic Concierge, PLLC
325-B Arlington Ave.
Charlotte, NC 28203
www.cosmeticconciergemd.com
NPI #1902888977
NC License #193143

State of North Carolina    County of Mecklenburg
The foregoing instrument was acknowledged before me this __2__ day of __October__, 20_17_
by _Hope Sherie M.D._

ANDREW DORON, Notary Public #201614800152
My Commission Expires June 15, 2021

ADDRESS. 325 ARLINGTON AVE. UNIT B. CHARLOTTE. NC 28203    PHONE. (980) 938-0459    EMAIL. INFO@COSMETICCONCIERGEMD.COM