```
              UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF NORTH CAROLINA
                   CHARLOTTE DIVISION
                 Case No. 3:22-cv-0191


KANAUTICA ZAYRE-BROWN,          )
                                )
            Plaintiff,          )
                                )
      vs.                       )
                                )
THE NORTH CAROLINA              )
DEPARTMENT OF PUBLIC            )
SAFETY, et al.,                 )
                                )
            Defendants.         )



              DEPOSITION MARVELLA BOWMAN, Ph.D.


  _____


                      10:08 A.M.


                THURSDAY, JUNE 29, 2023
  _____

            NORTH CAROLINA DEPARTMENT OF JUSTICE
                 114 WEST EDENTON STREET
                 RALEIGH, NORTH CAROLINA




By:  Denise Myers Byrd, CSR 8340, RPR


       CONTAINS GENERAL CONFIDENTIAL INFORMATION
```

1  diagnostic opinion would change.
2  Q. Do you have any reason to believe that
3     Mrs. Zayre-Brown will stop experiencing gender
4     dysphoria as long as she has a phallus?
5          ATTORNEY RODRIGUEZ: Objection.
6     Speculation.
7          You can answer.
8          THE WITNESS: I don't believe -- I
9     believe that she will continue to express the
10    same -- what she has communicated has not
11    changed. As long as I worked with her, I don't
12    think it would change. I can't imagine it would
13    based off of my knowledge of her.
14         ATTORNEY MAFFETORE: We can go off the
15    record.
16         (Discussion held off the record.)
17         ATTORNEY MAFFETORE: Dr. Bowman, I have
18    no further questions for you. So unless your
19    counsel has no questions, you're done.
20         ATTORNEY RODRIGUEZ: No, no questions.
21         THE WITNESS: Thank you.
22              [SIGNATURE RESERVED]
23         [DEPOSITION CONCLUDED AT 12:53 P.M.]
24
25

**GENERAL CONFIDENTIAL INFORMATION**                    119