UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

CHARLOTTE DIVISION

Case No. 3:22-cv-0191


KANAUTICA ZAYRE-BROWN,          )

                                )

Plaintiff,                      )

                                )

v.                              )

                                )

THE NORTH CAROLINA              )

DEPARTMENT OF PUBLIC            )

SAFETY, et al.,                 )

                                )

Defendants.                     )



Deposition of FAN LI, Ph.D.

(Taken by the Plaintiff)

Raleigh, North Carolina

Friday, August 11, 2023




Reported by:    Marisa Munoz-Vourakis -

                RMR, CRR and Notary Public

1

1          Okay.  So what this study is proposed to do

2     is try to use real world data, real world data means

3     like observational study or the historical data,

4     historical clinical trial or current like electronic

5     health record, use that data to combine that data, this

6     clinical trial data, and that is, yeah, so there are a

7     lot of challenges, methodology challenges there, and

8     then that's what this grant is supposed to do to

9     develop those methods.

10     Q.    Okay.  So it's about finding methods to be

11     able to use that real world data?

12     A.    Well, combination, basically clinical

13     trials.  Like you can have clinical trials.  You can

14     also have external data.  How do you properly combine

15     them?

16     Q.    Okay.  And can you tell me about the second

17     grant that is listed?

18     A.    Oh, the second one, that's a funny one.  So

19     the second one is this Covid-19 Enhancement.  So this

20     actually is better to read it.  So second and fourth

21     actually kind of connected.

22          So the fourth one is my, again, I'm just --

23     I'm not the primary investigator there.  So if you look

24     at that it's called Co-I, it's a coinvestigator.

25          So the number four, that was the kind of

24

1   the mother grant with my collaborator Laine Thomas got

2   the grant from PCORI.  PCORI stand for Patient Centered

3   Outcome Reference Institute.

4           So that was the primary grant, and then

5   when Covid-19 hit, the agency had more money, and so

6   then we asked, like we basically ask for supplement to

7   do additional methodology work.  So that's why you have

8   this number two.  So that's actually just, again, a

9   supplement of the grant number four.

10      Q.    Okay.  And at a very high level, what was

11  grant number four?

12      A.    Oh, again --

13      Q.    What was the goal?

14      A.    The goal is try to develop statistical

15  methods to improve the design and the conduct of the

16  observational study, particularly this type of subgroup

17  analysis.  So high level is the observational study, so

18  the methodology and the design and the methodology.

19  There are challenges, and we propose new methods to

20  solve those challenges.

21      Q.    Okay.  So going back to the substance of

22  your report, can you summarize your conclusion in your

23  report for me?

24      A.    Absolutely.  Give me a minute.

25              So I will just read it.

25

1      Q.      Actually, I don't want you to read it.  Can

2  you summarize it for me?

3      A.      Yeah, I know.  So I think I should -- okay,

4  I should start with what my assignment was.  So I was

5  asked to assess whether the assertions made by

6  Dr. Ettner and WPATH, the specific assertions made by

7  them are supported by the reference they cited.  And my

8  conclusion is I do not believe that their assertion,

9  specific assertions point by point are supported by

10  those -- well, supported by the body of literature they

11  cited.

12          In other words, I will say that the

13  evidence cited by Dr. Ettner and WPATH do not provide

14  reasonable or sufficient support for the assertions,

15  specific assertions.

16      Q.      Okay.  And what do you mean by reasonable?

17      A.      What do I mean by reasonable is reasonable

18  judged by me, my expertise as an expert in the

19  so-called comparative effectiveness research.

20          Like I'm an expert, so as a statistician,

21  my expert is actually called inference.  Well, the

22  inference is essentially to determine what kind of

23  evidence needed to establish the effectiveness,

24  effectiveness or safety of a treatment, and that's my

25  expertise.  And based on my expertise, after I review,

26

1   the references cited by them and look at the specific

2   assertion, I don't think that they provide support,

3   provide -- it's just not enough.

4        Like if I'm a medical -- if I'm a reviewer

5   of a medical journal, if you submit a paper with those

6   assertions and those references, I would reject it on

7   the ground that the evidence is not enough.

8   Q.   Okay.  And so how much is enough?

9        MR. RODRIGUEZ:  Objection, vague.  You

10   can answer.

11   A.   Yeah, I think your question is very vague,

12   and it's beyond more than being vague, it's also this

13   is all very case by case.

14        So I read a paper, for example, if it says

15   if you want to establish the effectiveness of say a

16   vaccine, and then I would expect to see evidence,

17   clinical evidence from a randomized trial or

18   well-designed observational study, and if it does not

19   provide that, or the study does not have good quality,

20   for example, those retrospective study assay, then I

21   will judge it's not enough.  So it's highly case by

22   case.

23        So, again, that's why I was very specific.

24   So in my report, I provide not a blanket statement.  I

25   went case -- point-by-point the assertion and exam

27

1    one-by-one and say why I believe that is not enough.

2              So in order to answer that question, I

3    think it's better for you to actually go through the

4    details.

5         Q.    So at the bottom of page four in your

6    report, so at the end of the second line, you said:  I

7    conclude, to a reasonable degree of statistical

8    certainty, that these studies failed to provide

9    rigorous and consistent statistical evidence on the

10   benefits and quality of life and well-being of sex

11   reassignment surgery.  Do you see that?

12        A.    Yes.

13        Q.    What do you mean by statistical certainty

14   there?

15        A.    Oh, statistical certainty, again, because

16   I'm a statistician, right, I look at the papers, those

17   papers and the papers, that actually a big quantity of

18   papers, 80-some studies, and the statistical certainty

19   means that my statement is based on the kind of data,

20   the data of those 80-some papers I reviewed.

21             So that's what I meant by statistical

22   certainty.  It means that I -- my judgment or my

23   opinion is based on data, again, data in this case,

24   those papers.

25        Q.    And how did you calculate that statistical

                                                            28

1  certainty?

2      A.    I don't calculate that statistical

3  certainty.  That is a phrase, and, yeah, you cannot

4  calculate.  But I based on my expertise as a

5  statistician, my expertise in this field.

6      Q.    Okay.  So the phrase is not that there is

7  certainty supported by numbers, but rather that you are

8  confident and you relied on statistics?

9      A.    Yes.

10      Q.    Okay.  And what do you mean by rigorous and

11  consistent statistical evidence?

12      A.    Oh, rigorous and consistent, okay, so

13  rigorous is, again, rigorous is based on the strengths

14  of the study.  So my judgment of the strengths of the

15  design quality, the quality of the study, that means

16  rigorous.

17      So in science, we always say whether this

18  study is conducted with vigor.  So things with more

19  vagueness, or like with a lot of authenticity and

20  noise, we call that that's not rigorous.

21      And consistent, that is consistent means if

22  you read through my report, you will see that I review

23  this 80-some documents and I divided the papers into

24  different categories by design.  So they are -- one of

25  my studies, they are prospective studies, and they are

29

1   retrospective studies, and the prospective studies, I

2   cited many of them, there are not too many, there are

3   five of them.  They provide mixed results, mixed

4   results about the benefit of the sex reassignment

5   surgery on quality of life and well-being of the --

6   well, quality of life.

7            So they are mixed results.

8            And so, yeah, by consistent, I mean all the

9   studies suggest, point to the same thing, and I don't

10  see it here.

11           So that's what I meant by rigorous and

12  consistent, and the documents, the papers that I

13  reviewed do not provide rigorous or consistent

14  evidence.

15      Q.    Okay.  And only randomized control trials

16  qualified as rigorous?

17      A.     No, I didn't say that.  I never say that in

18  my opinion.  I mentioned in my opinion randomized study

19  is to establish the treatment -- effectiveness of a

20  treatment.  They are hierarchy of study designs.  The

21  gold standard is randomized study, but I didn't say

22  that's the only one or that it must.  I said is the

23  gold standard is randomized study, and then the second

24  one, when that is not available, you can resort to

25  observational study, but it need to be well designed.

30

1　　　　　　　　The best quality of observational study

2　　design is prospective study, this before and after

3　　comparison, and that is doable, that is visible, and

4　　that is reported in some of this 5 of these 80-some

5　　studies.

6　　　　　　　　And the last, the worst quality of all of

7　　this is the retrospective study results, before/after

8　　comparison, and that was the bulk of the study that was

9　　cited.

10　　　　　　　　So that was my argument.  I never said RCT,

11　　randomized trial is the only -- is the only one that is

12　　rigorous.

13　　　　Q.　　Okay.  And you mentioned kind of the mixed

14　　results.  How many or what percentage of studies have

15　　to show the same results for them to be considered

16　　consistent?

17　　　　A.　　You cannot make that judgment.  That's not

18　　a good question, because you can have a bunch of very

19　　low quality ones, one hundred -- and all of them are

20　　very deeply flawed methodology wise, and one hundred

21　　percent of them point to -- point to one direction.

22　　　　　　　　And then if you have a small bunch of high

23　　quality study, they all point to the other one, other

24　　direction.  In that case, I would take that small bunch

25　　of quality over the large bunch of low quality studies.

31

1          So you can never say -- you can never say

2    that oh, how much, what the percentage has to be,

3    what's the percentage of the signals has to be in the

4    studies, then it can be regarded as enough.  You don't

5    do that.  You judge by the first, so their order in the

6    judgment, so their order in the criterion.  Well, the

7    first order of business or the criterion would be the

8    quality of the design.

9          So, yes, if there are two randomized study,

10   if there are only one of two randomized study, show me

11   one direction.  And then I have one hundred very

12   methodologically flawed low quality retrospect study

13   shows the treatment from the other direction, I

14   probably will trust -- well, not probably, I will

15   trust, and FDA will trust a randomized study, take the

16   randomized study result, which is much more -- consider

17   that is much more reliable or valid evidence.

18       Q.    Okay.  So stepping away from the quality of

19   the design, we're talking about consistency.  You've

20   concluded here that they are not consistent?

21       A.    Yes.

22       Q.    So I guess I'm trying to understand where

23   that line is?  What makes it consistent versus what

24   makes it not consistent?  And how do you know here to

25   conclude that it is not consistent?

                                                              32

1　　　A.　　Yes.  If you go to my expert report,

2　consistent -- it's hard to find this, let me see.  I

3　think for the assertion -- let me see, the WPATH

4　assertion one.  So it's on page 12.

5　　　Q.　　Okay.

6　　　A.　　So I state very carefully, so first of all,

7　there's no RCT, but that is not end of the world,

8　because they are -- actually they do have five

9　prospective studies.  And so I wrote this very clear.

10　I don't need to read it, but I cited to see that, you

11　know, they have mixed results for them to Lindqvist --

12　if you read page 12, the second to the last paragraph:

13　Lindqvist, et al, found mixed results on the effects of

14　SRS on quality of life.  Specifically, they found that

15　comparing to before treatment, quality of life is

16　better one year after operation but worse three and

17　five years after operation.

18　　　　　So that is -- so that's one.  And also if

19　you flip to the next --

20　　　Q.　　So is that finding sufficient for you to

21　find that there's not consistent statistical evidence?

22　　　　　MR. RODRIGUEZ:  Li, she's still

23　　answering your question.

24　　　A.　　Yeah, I'm not done yet.

25　　　Q.　　Okay.

33

1      A.      Because that is several -- so there are

2  actually five prospective studies cited here, and those

3  are of higher quality than the retrospect study.

4          And then here, one-by-one I actually

5  specific tell what their findings.  And not -- the

6  Lindqvist one I read.  I don't know whether I should

7  read all of it, but you can read, you can read it

8  yourself to say that the other one, so let me see, like

9  the --

10     Q.    I don't need you to read the actual citing.

11 That's not my question.  So maybe I can rephrase.

12 Would that be helpful?

13     A.      Yeah, again, before you rephrase, I just

14 answer that you say not consistent, yes.

15          So what I wrote here is the five higher

16 quality of higher quality observational study, they

17 find mixed results.  They don't find all that it's

18 helpful for quality of life, and this is every paper is

19 like, and, yes, that's my answer.

20     Q.    Okay.  So stepping away from this report, I

21 guess I'm trying to understand how you determine when

22 it's consistent or when it's not.

23          And so is it that, you know, one study out

24 of five, is it -- you know, I don't need an exact

25 percentage, but is the expectation that all of the

34

1 studies are consistent?

2    MR. RODRIGUEZ:  I'm going to object to

3  form.  You can answer.

4  A. Oh, again, this is same kind of problems I

5 have with your previous question is vague.  It's --

6 well, let me say this:  So consistent, again, so I

7 have -- so, again, you have -- so this is already you

8 cannot just take the consistent out of context.

9    So here there's five prospective studies,

10 right.  And I think at least three of them, the results

11 are saying that the result is not beneficial or some of

12 the result are beneficial, some of the outcomes are not

13 beneficial.  And so that is just -- that's

14 inconsistent.  I mean, there because you have five

15 different -- you have five studies, and the five

16 studies say -- have very different conclusions.  And

17 that is inconsistency.  I cannot name whether there's

18 one out of five or three out of five because that is

19 inconsistent.  Like here, at least three out of five

20 they are showing mixed result.  And also this is just

21 mixed result, and those result are different from the

22 direction that from the large body of low quality

23 retrospective studies.

24    So that's what I meant by not consistent,

25 because you have both retrospective study and

35

1    prospective study and observational studies, and they

2    are of different results.

3        Q.      Okay.  Going to page 25 of your report, to

4    the conclusion.

5        A.      Yes.

6        Q.      At the end, you state your opinion to a

7    reasonable degree of statistical certainty that the

8    studies cited by Ettner and/or WPATH and reviewed in

9    this report simply do not provide reasonable support

10   for the assertions made, and then it continues.

11       A.      Yes.

12       Q.      What do you mean by reasonable support?

13               MR. RODRIGUEZ:  Asked and answered.

14        You can answer.

15       A.      I think I answered your question before.

16               A reasonable -- I already said a formal

17   reviewer of a medical journal, and you submit things,

18   you make assertions of this, and then you submit

19   your -- and your paper or your report, you submit

20   evidences.  And based on like those -- the reference

21   they cited, I would reject it, because I don't -- I

22   already explain many times why I think that's -- the

23   quality is low.  The better quality of study that is

24   available show mixed results.  The lower quality ones,

25   they are subject to a lot of methodology flaws.  And

                                                        36

1 even their own expert, like even their own -- many of

2 the papers they cited, I reviewed, call for better

3 design studies.  In that instance, I would not think --

4 I would not regard the evidence that they showed or in

5 this case it's the reference they cited, provide

6 reasonable or provide support, sufficient support for

7 their argument.

8   Q. Okay.  And this -- so the standard of

9 reasonable support that you're using is sufficiently

10 supported for you to accept it for publication in a

11 medical journal?

12   MR. RODRIGUEZ:  Objection,

13  mischaracterization of testimony.

14   You can answer.

15   A. No, I use that as analogy, but I'm just

16 saying as a scientist, how do you establish evidence

17 for something?  Okay.  You actually go to the, like in

18 this case, you want to establish the effectiveness of

19 medical intervention.  And there are ways of study --

20 there are different ways, study designs you can do.

21 You can conduct those studies.  And then you can

22 analyze the data.

23   And, again, as an expert, I am involved in

24 many of like this type of study, not about gender

25 dysphoria, but just to kind of establish the

37

1    effectiveness of treatment.  And my expertise, my

2    experience tell me, based on that, I judge that what

3    they cited here do not support their assertions.  So

4    it's overstretched.

5        Q.    Okay.  Can prospective observational

6    studies provide reasonable support?

7        A.    So the answer to that is not black and

8    white.

9            So the best one, if possible, there would

10   be a randomized study that's gold standard, but that

11   is -- when that is not available, if you --

12       Q.    Okay.  Continue.

13       A.    So that's the gold standard.  I'm just

14   stating a consensus in the field.  When that is not

15   available, then you have, yes, then you try to do the

16   best quality observational study.

17           So, yeah, prospective study can be used,

18   prospective study can be used as part of the evidence,

19   but whether that can be viewed towards -- can be taken

20   as the foundation for treatment recommendation, that's

21   not a question that I can answer, because I'm not a

22   medical doctor.  But I can just tell you that the

23   prospective study, yes, it is well conducted.  If it's

24   repeated many times with consistent result, then, yes,

25   I believe that that would -- some medical doctors can

38

1  take that as a strong evidence.  But whether that

2  can -- again, who made that decision, I don't know, and

3  I'm not going to -- like that's not the question I'm

4  going to answer, like I'm supposed to answer, because

5  that's not my expertise.

6      Q.    Okay.  Just to clarify on that, you said

7  you're not opining on whether treatment recommendations

8  can be made from this?

9      A.    Well, yeah, so treatment recommendations,

10  so evidence needed to make treatment recommendation is

11  a different point, it's a different question from how

12  do you establish the effectiveness of a treatment?

13  Those two are different things.

14         So my assignment as a statistician, I can

15  answer the first.  I can answer the later question.  I

16  can answer the question of how do you establish the

17  effectiveness of a treatment, but that is not

18  equivalent to how do you make a treatment

19  recommendation, because making a treatment

20  recommendation, from my understanding, involves a lot

21  of, you know, other considerations.

22         So -- but my, again, my scope is on whether

23  the treatment, it's not treatment effectiveness.

24  Arguably, that's one of the most important point

25  consideration in making treatment recommendation.

39

1    Arguably that's the most important one, but that might

2    not be the only one.

3              But, again, my scope is to answer the

4    question, the more focused, specific question about

5    whether you can establish the treatment -- the

6    effectiveness of a treatment.

7    Q.    Okay.  So what is the significance of your

8    conclusion that the studies failed to provide

9    reasonable support for the assertions made by

10   Dr. Ettner and WPATH?

11             MR. RODRIGUEZ:  Objection, vague and

12        form.  You can answer.

13   A.    Yeah, what do you mean by what is the

14   significance?  The significance in what aspect?  In

15   terms of what?

16   Q.    So, okay.  So you're talking about -- your

17   question is about establishing the effectiveness of the

18   treatment.  So is your conclusion that the

19   effectiveness of the treatment has not been established

20   to a degree of statistical certainty?

21             MR. RODRIGUEZ:  Objection,

22        mischaracterization of the report, and her

23        previous testimony as to what her

24        conclusions are.  You can answer.

25   A.    So, again, I don't quite understand what

40

1   you are trying to ask here.

2           So my conclusion is, yes, based on my

3   expertise and the document I reviewed, I conclude that

4   the body of literature they cited do not support their

5   assertions.

6           And you asked me is that significant?

7   Again, sorry, I don't understand.  What do you mean?

8   What do you want me to say?  I mean, what do you mean?

9   Can you phrase this again?

10     Q.    Yeah.  Well, let me ask a follow-up

11   question on that, because you're saying that the

12   evidence does not support the assertion.  And in

13   layman's terms, I'm wondering if support has a

14   different meaning, right, because is it that they don't

15   support it with vigor, or that they don't support it at

16   all?

17     A.    Oh, okay.  Oh, it's just they make

18   assertion -- if you look at the assertions, some are

19   very -- okay, let's go to specifics.

20           So, for example, some of the assertions

21   I -- yeah, what do you mean by support?  You want me to

22   elaborate on that.  I can do that.

23           So, for example, page 11 on my report,

24   WPATH assertion one:  There is strong evidence

25   demonstrate the benefit of the quality of life.  And so

41

1   I focused on this strong evidence.

2           So they claim this is strong evidence.  I

3   don't think that has strong evidence, okay, so that's

4   what I meant by no support.

5           And the second, to give you another

6   example, I should probably go to Dr. Ettner's

7   assertion, let me see.

8       Q.    And we will go through these one-by-one

9   later, so you know.

10      A.    Okay.  That's even more fun.  But, yeah,

11  that's what I meant.  Like I was very specific in this

12  specific point-to-point discussion.

13          So when I say do not support, I meant,

14  yeah, point-by-point, yeah, it's better point-by-point,

15  then you go and see the problems.  I mean, they do not

16  support.  It's often exaggeration or overstatement or

17  sometimes just factually mistake, factual mistake.

18  Sorry, go ahead.

19      Q.    Are you saying that the WPATH standards of

20  care are wrong?

21          MR. RODRIGUEZ:  Objection,

22           mischaracterization of the report and the

23           testimony.  You can answer.

24      A.    No.  It's a long document with many

25  different opinions.  I cannot just say it's wrong, no

42

1    it's not.  I was talking about the assertions they made

2    are not supported by -- well, again, as I just

3    described not -- yeah, supported by their -- well, in

4    other words, that it's often an overstretch,

5    exaggeration, over characterization of the -- of

6    things, of opinions.  I didn't say it's strong.

7         Q.    Are you saying that the WPATH standards of

8    care should not be followed?

9              MR. RODRIGUEZ:  Objection,

10             mischaracterizes testimony.  You can answer.

11        A.    No, I didn't say that.  I don't have the

12   expertise to say things like that.

13             Again, my opinion is very focused on

14   specific -- the assertions to counter or to exam the

15   specific assertions, and I didn't make any statement

16   about whether they should follow WPATH.

17        Q.    Are you saying that WPATH should not rely

18   on the studies that are cited in your report?

19             MR. RODRIGUEZ:  Same objection,

20             mischaracterization of the evidence and the

21             report.  You can answer.

22        A.    I didn't say.  Again, WPATH, what kind of

23   document they want to decide on is they decide.  It's

24   not my opinion about.  My opinion is about they cite,

25   they decide, they cite a bunch of papers, references.

43

1  And, again, I try to judge that, whether the reference

2  they cited support their assertions.  So that's a

3  different concept.

4      Q.    Okay.  Dr. Ettner stated in her report that

5  the standards of care for treatment of gender dysphoria

6  are currently set forth in the WPATH standards of care.

7          Do you disagree with that statement?

8      MR. RODRIGUEZ:  Objection, outside of

9    the scope of this witness' opinion.  You can

10    answer.

11      A.    Yeah, yes, I agree with Orlando that is

12  outside my scope.

13          Again, my job is to exam the specific

14  assertions of Dr. Ettner and WPATH, and what you just

15  asked is not part of the assertions I was asked to

16  provide opinions on.

17      Q.    Okay.  So you are not providing an opinion

18  on whether the standards of care for the treatment of

19  gender dysphoria, or you are not providing an expert

20  opinion on the standards of care for treatment of

21  gender dysphoria?

22      MR. RODRIGUEZ:  You can answer.

23      A.    No, I was not -- I'm not providing opinions

24  on that.

25      Q.    Okay.  And Dr. Ettner also stated that the

44

1   WPATH standards of care are the internationally

2   recognized guidelines for the treatment of persons with

3   gender dysphoria and informed medical treatment

4   throughout the world.

5          Do you disagree with that statement?

6          MR. RODRIGUEZ:  Objection, outside of

7    the scope of the witness' opinions.

8          You can answer.

9   A.    Yeah, that's outside -- that's not what I'm

10  asked to write opinion on.  It's outside the scope of

11  my expert opinion.

12  Q.    Okay.  Dr. Ettner also stated that the

13  American Medical Association, the Endocrine Society,

14  the American Psychological Association, the American

15  Psychiatric Association and a host of other entities

16  all endorse treatment protocols in accordance with the

17  standards of care.

18         Do you disagree with that statement?

19         MR. RODRIGUEZ:  Same objection,

20    outside the scope of the witness' opinions.

21         You can answer.

22  A.    Same answer.  It's outside my opinion, my

23  report.

24  Q.    Do you think that all of those medical

25  associations should not endorse treatment protocols in

45

1   going to be considered low quality evidence?

2           MR. RODRIGUEZ:  Objection, lacks

3    foundation.  You can answer.

4     A.   As I said I don't -- I'm not familiar with

5   the GRADE system.  So I don't know whether that is what

6   you just asked, whether observational study always

7   considered low or high.  I repeatedly said that my

8   expertise, my experience with observational study, even

9   with -- observational study is a very vast, a range of

10   studies.  Some designs are of higher quality.  Some are

11   lower quality.  But, again, where do they fall into the

12   GRADE system, now who decide that?  I don't know.

13     Q.   Give me one minute.

14     (Pause.)

15     Q.   Okay.  Do you always consider observational

16   studies as low quality evidence?

17     A.    No.  I said clearly in the world of

18   comparative effectiveness research, there's a

19   hierarchy, RCT randomized study is the best.

20   Observational study, there are good ones.  There are

21   bad ones.  There are high quality ones.  There are low

22   quality ones.  I don't blankedly(sic) say observational

23   study are all of low quality.  I never said that.

24     Q.   Okay.  Does a study being low quality, in

25   your opinion, mean that it does not have value?

51

1             MR. RODRIGUEZ:  Objection, vague and

2      ambiguous.  You can answer.

3      A.      That's not my opinion is about.  I don't

4   stretch anything.  I just purely say that when I say

5   low quality, I meant there are flaws.  There are

6   serious flaws in the study design, that has rendered

7   the conclusion be unreliable or subject to noise.  And

8   so more studies are needed.

9             So I didn't say that whether they have

10  value or not.  That's not up to me to judge.

11     Q.      Do you have an opinion on whether low

12  quality studies should be used in treatment

13  recommendations?

14            MR. RODRIGUEZ:  Objection, outside the

15      scope of the witness' testimony.  You can

16      answer.

17     A.      I don't have opinion on that.

18     Q.      Okay.  So going back to your report --

19     A.      My report?

20     Q.      Yes.

21     A.      Okay.

22     Q.      On page 9.

23     A.      Yes.

24     Q.      You discuss prospective studies and

25  retrospective studies.  Those are both types of

                                                    52

1    observational studies, correct?

2         A.    Oh, caveat, yes.  So observational study

3    can -- so randomized experiment also belong to the

4    broad spectrum of prospective study.  But -- well,

5    because prospect and retrospect means the time, the

6    timing of when you collect the data, yes.

7              But to answer your question so

8    observational study indeed can have both retrospective

9    study and prospective study.  They are just two

10   different designs.

11        Q.    Okay.  So you see the prospective

12   observational study is generally considered superior to

13   retrospective observational study, correct?

14        A.    Correct.

15        Q.    Okay.  And then on page 10, you also say

16   that the design of the lowest quality is a

17   retrospective observational study?

18        A.    Yes.

19        Q.    Do you see that?

20        A.    Did I say --

21        Q.    It's kind of at the bottom of page 10.

22        A.    Yes.  Okay.  So to be clear, here I say the

23   lowest quality that is of course I have a scope.  I

24   meant among, you know, if you have like three

25   categories, you can, of course, further define them,

53

1　refine them into more categories.  But I'm saying that

2　randomized study, prospective observational study and

3　retrospective observational study, this is -- among the

4　three, this is of the lowest quality.

5　　　　Q.　　Okay.  And does that mean that

6　retrospective observational studies do not have value?

7　　　　　　MR. RODRIGUEZ:  Objection, vague and

8　　　outside the scope of the witness' opinions.

9　　　　　　You can answer.

10　　　　A.　　Yeah, well, I think you asked a similar

11　question before saying whether this has value.  Again,

12　I don't provide opinion on that.  They are studies.

13　Those studies have, I call them low quality, because

14　they have flaws in the designs, renders the conclusion

15　to subject to be -- subject to all different biases.

16　So they might not be reliable.  But whether they have

17　value or not, that's not what I'm -- I'm not providing

18　opinion on that.

19　　　　Q.　　When you say unreliable, you mean that they

20　should not be relied upon?

21　　　　A.　　I think that's an English word, unreliable

22　has its obvious English meaning.  It means that -- when

23　I say unreliable, I mean that the conclusion is subject

24　to a lot of biases.

25　　　　　　So if you want to interpret that as

54

1  something strong or interpret that, interpret that

2  those results -- you have to interpret the results with

3  much caution and caveats.  That's what I meant

4  reliable, and they are -- those caveats or like those

5  assumptions, if those are violated to any degree, then

6  the result invalid.

7          So that's what I meant unreliable.  They

8  are just more subject to all sorts of challenges and,

9  you know, biases.

10     Q.    Okay.  But you are not stating that they

11  should not be relied upon?

12     A.    I did not say that.  But, of course, from

13  common sense, if you have high quality, you want to

14  make your decisions on high quality studies rather than

15  low quality studies.

16     Q.    Okay.  So go to page 5 of your report.

17     A.    Yes, I'm there.

18     Q.    So in the second line under section 1, you

19  say that:  The main barrier to interpreting the

20  association between the treatment and the outcome as a

21  causal effect is the presence of factors that are

22  associated with both the treatment and the outcome.

23  These factors are commonly referred to as confounders

24  or confounding variables or confounding factors.

25     A.    Correct.

55

1      Q.     Is the presence of confounders called

2   confounding bias?

3      A.     Yes.  That's precisely why, again, as I

4   later said, that's precisely the presence of

5   confounding factors, that's precisely why retrospective

6   study resolved before/after this data is viewed as low

7   quality, because they cannot control at all the

8   confounding factors.

9      Q.     Okay.  And that inability to control the

10  confounding factors is inherent to a retrospective

11  observational study?

12     A.     It's inherent to -- so confounding bias is

13  inherent to all observational study, whether it's

14  prospective or retrospective.  But prospective study do

15  a better job in controlling those confounding bias by

16  providing the before and after comparison.

17     Q.     Okay.  In going to page 6, you have a

18  subsection called confounding bias.  You state that

19  randomized controlled trials eliminates all confounding

20  bias.

21             Are there situations where that would not

22  be true?

23     A.     Again, that's -- we can get to too

24  technical academic.

25             So, again, per se, if you have a study --

                                                        56

1  so raising the scope, if you do a randomized study that

2  is because you flip a coin, so that is -- so for that

3  specific study population, you're operating on the

4  randomized study, yes, it does take into account,

5  eliminate all the observed and unobserved confounding

6  bias.  So any confounding bias.  So that's true.  But

7  then, of course, there are other things, if you want to

8  put them a stretch, that a randomized study to a

9  different population, then that's a different matter.

10          So, yes, so for the study per se, if you do

11  a randomized study, operating on the population, the

12  target population that you are operating the randomized

13  study, yes, it eliminates all the confounding bias, and

14  that's why it is regarded as gold standard.

15      Q.    What if there's a very small sample size in

16  a randomized control trial?  Is it possible that would

17  not eliminate all confounding factors?

18      A.    Technically that's a different problem.  So

19  it still eliminate confounding bias just by design.

20          Small sample size is a different problem.

21  Small sample size will give you larger extended error,

22  or, in other words, the procedure, it will not be that

23  precise.  There is a statistical concept called

24  standard error or variance.  So that's a different one,

25  like that's a second other problem.

57

1         So in confounding bias, the study design,

2  randomized study design will admit no matter how small

3  the sample size is.  The small sample size, the key

4  question is it will erode the procession of the study.

5  So, again, statistically, it's like first order problem

6  second order problem.

7     Q.    Are there types of bias that can be present

8  in randomized controlled trials?

9     A.    Again, this is highly depend on the

10  specifics, what do you mean?  Like what type of bias?

11         As I mentioned, that if you want to

12  stretch -- so the -- so confounding bias -- no, so the

13  answer is so randomized study is subject to other type

14  of bias, but not for the treatment effect for this

15  population you study on.  It's subject to other type of

16  bias.  For example, the randomized study, the

17  population does not representing the general

18  population, but that's a whole different matter.

19         And -- but always your first, again, like

20  in FDA, if you want to have a new drug or treatment or

21  medical device, you always first -- first order you do

22  a randomized study.  But that is understandable that

23  it's not always feasible, but I won't go into that.

24         So your question, yeah, there are all sorts

25  of different biases, but that is, again, we're talking

58

1    about first order problem and second order problem.

2              So why randomized study is prized is

3    because the biggest problem to interpret the barrier

4    from association to causation is confounding bias, and

5    this randomized study is the most -- I mean, it's the

6    single most effective design to admit that.

7              So that's a first order problem.  Yeah,

8    there are all sorts of other type of bias, but the

9    second order problem and all the other observational

10   study also subject too.

11        Q.    Okay.  So on page 6 and 7 of your report,

12   you talk about different types of biases, and so

13   selection bias, is that -- can that be present in a

14   randomized controlled trial?

15        A.    Oh, yes, that can be presented in

16   randomized study or retrospect or prospective, but

17   that's a different -- again, I say that's a second

18   order problem, but yes.

19        Q.    What about nonresponse bias?

20        A.    Nonresponse bias, again, in randomized,

21   yes, all of this study can be subject to that.  But in

22   randomized study, usually the way it's conducted,

23   usually the nonresponse rate is controlled, because the

24   study is controlled.  So it's controlled by the --

25   highly controlled by investigated.

                                                        59

1          So it's usually subject to less of that

2  kind of bias than the observational studies.

3      Q.    Can recall bias be present in a randomized

4  control trial?

5      A.    Yeah, again, recall bias can present in all

6  of these studies.  But, again, because of the way that

7  the randomized study is conducted, is well controlled

8  by -- highly controlled by investigators, the

9  occurrence of that is, the chance of that is much less

10  than observational study, particularly for

11  retrospective study.  Because retrospective study

12  often, like you don't design, because at the time you

13  do the study, all these things already happened.  So

14  then that's a time lag.

15          That make it -- so in randomized study, you

16  conduct the study.  It's a prospective -- randomized

17  study is prospective study.  So you follow them.  So,

18  of course, there's much less chance of recall bias.

19      Q.    Okay.  What does it mean to mask or double

20  mask a study?

21      A.    Sorry, say it again, match?

22      Q.    Mask or double mask, also known as blinding

23  or double blinding?

24      A.    Oh, I didn't say it here, yeah, double

25  blinding, yeah, that is just a -- so that is you flip a

60

1    coin.  Yeah, double blind, that means you don't -- so

2    basically the treatment assignment, whether you get the

3    true, the control or treatment is not known -- it's not

4    revealed to the patient, and in some cases also not

5    revealed to the people who conduct the study.

6         Q.    So double masking means neither the

7    participant or the conductors know who --

8         A.    Correct.

9         Q.    So if a randomized control study is not

10   masked or double masked, can that induce bias?

11        A.    Well, that can.  I mean, I can give you a

12   statistical lesson.  Yes, it always -- like none of the

13   study is perfect.  Some are more imperfect.  Others are

14   less perfect.  Yeah, so you're talking about double

15   blindness.  Yeah, the studies are not double blind.

16   It's not always.  So the problem of a double -- okay,

17   so why do we want to do double blind study is try to

18   reduce the chance of the so-called placebo effect.  The

19   placebo effect, like the psychological placebo effect,

20   and, again, that is a possibility, like if you don't do

21   double blind, there's a possibility that there's a

22   placebo effect that will bias your result.  But, again,

23   comparing to other sorts of unmeasured confounding,

24   there's a bigger problem.  This is minor concern.

25        Q.    On page 6, when you're talking about

                                                      61

1  confounding bias, you say:  Therefore, in order to

2  interpret the association between treatments and

3  outcomes as causal effects in observational studies,

4  one must assume that there's no unmeasured confounding

5  factor.  Such an assumption is untestable and is almost

6  always untenable.

7          What do you mean by untenable here?

8      A.      That means just almost always violated.

9  There's always presence, in observational study, there

10  almost always unmeasured confounded.  And why I say

11  it's untestable, because there's no unmeasured

12  confounding.  So it's unmeasured.  How do you know

13  whether there is or not?  So, I mean, that's just

14  common sense.  That is like a standard in the

15  literature.

16      Q.    I'm not sure I followed.  Can you explain

17  it a little differently by what you mean?  I get the

18  untestable part, but can you tell me a little bit by

19  what you mean untenable?

20      A.      Untenable means, again, it's always

21  violated to a certain degree, because you are basically

22  saying -- so I'll give you an example.

23          If people say there's association between

24  smoking and lung cancer, and then you calculate the

25  association, so it's strongly correlated.  But then if

                                                    62

1  you say smoking indeed caused lung cancer from

2  observational study.  If you want to make that

3  statement, you basically say that well, then in my

4  analysis, all the confounding factors, all the

5  confounding factors that can affect both smoking and

6  lung cancer has been collected and controlled in my

7  analysis.  And that is almost always weighted, because

8  we can collect as much information about smoking and

9  lung cancer, but there's always something missing, for

10  example, like whether there might be genetic reasons,

11  like your parents' -- like your parents' genes, or your

12  parents' health, behavior, that kind of thing, you

13  don't collect it.

14         So that's why I say it's always -- almost

15  always they are -- you don't collect the whole universe

16  of data.

17         So that's always -- this all matching

18  confounding assumption in observational studies almost

19  always violated.  That's a consensus in the field, and

20  that's actually the whole point like why people like

21  me, a methodologist try to deal with this problem.

22     Q.    Okay.  So are you saying that observational

23  studies can never be used to support treatment

24  recommendations because there is a risk of confounding

25  bias?

63

1           MR. RODRIGUEZ:  Objection, asked and

2      answered.  Mischaracterization of testimony

3      and report.  And you can answer.

4    A.    I think you asked this question or similar

5  question many times.  So I'll answer again.

6        I didn't make -- I didn't -- I don't come

7  here or write my report to say that whether you can --

8  I didn't make the blanket statement to say that you

9  cannot use observational study as the evidence for

10  treatment recommendation.  I purely said that they are

11  different methods, different studies that can provide

12  -- establish the treatment effectiveness of a

13  treatment, and there are some better designs, some of

14  worse design, and there's a reason I clearly describe

15  here why there's a reason the confounding bias is the

16  reason.

17        But, again, the answer has always been the

18  same.  I didn't say that because they are -- I didn't

19  say that whether you should use it or not for your

20  treatment recommendation, and that's not my scope.  And

21  I say again, I hope you don't ask this again, because

22  my answer will always be the same.

23    Q.    Is the concern that an outcome is the

24  result of a confounding factor, rather than the

25  treatment, mitigated by the number of studies

64

1   evaluating the treatment?

2       A.      Can you say that again?

3       Q.      So is the concern that an outcome is the

4   result of a confounding factor, rather than the

5   treatment being validated, is that concern mitigated by

6   the number of studies evaluating the treatment?

7       A.      I think your question mixed a lot of -- why

8   I didn't first get it is I think you mixed a lot of

9   statistical concepts.

10          So a confounding factor, a confounder is,

11  by definition, is associated with both the treatment

12  and the outcome, okay.

13          So I vaguely understand your question

14  you're asking that whether this problem, this -- the

15  problems of the existence of confounding bias or

16  confounder is mitigated by the -- like the more study

17  you do, like you are less concerned about that.  Again,

18  the answer of that is it depends on the quality of the

19  study.

20          So if you give me one hundred studies, and

21  one hundred studies are all very low quality, don't do

22  a good job in controlling for confounders, if you give

23  me 101, it doesn't matter, because they are all subject

24  to the same problem.  But if you give me a few high

25  quality studies that did it good job in conjoining for

                                                        65

1  confounding bias then, yeah, it would be mitigated.

2  But the sheer number, the number of study does not have

3  nothing to do.  The quality trumps quantity -- the

4  quality trumps quantity here in terms of the studies.

5      Q.    Okay.  So you just gave the example it

6  doesn't matter if it's a hundred or a thousand, so if

7  you had a thousand observational studies with similar

8  outcomes, you're saying that's still not as useful as

9  having a few high quality studies?

10     A.    Well, to answer your question, let's just

11  look at the study I reviewed, right.  Here I reviewed

12  80-some studies.  So my -- based on my count, I think

13  probably like 50 or, I don't know, 50 of them, I mean,

14  not solvent.  There's no solvent studies, but 50 of

15  them are basically retrospective study resolved

16  before/after comparison, and there are five prospective

17  study that has the before/after comparison.  And I

18  explain why before after is important, because the

19  before/after study provide you the most important

20  confounder, which is the baseline measure of the

21  outcome.  So that's why it's regarded as better.

22          So I already said that, you know, you have

23  50, those 50 studies, even their own expert, even the

24  own literature review say that they are low quality,

25  and I'm calling for better prospective study, yeah, but

66

1    there are 50 of them providing the result.  I would

2    not, because they all have the same problem, they all

3    subject to the confounding bias of, in this particular

4    case, the confounding bias, particularly they're

5    lacking the baseline.  The most important confounder is

6    that's the baseline outcome.  They are basing that.

7              So they are all subject to that.  Then, of

8    course, you can do 50, you can do 100, you can do

9    1,000.  That is just all subject to the same problem.

10   Why do you repeat the mistake?

11             So that's why I don't -- I view that the

12   evidence provide by a few high quality studies is

13   better than 100 repeated, the studies low quality study

14   repeat the same problem.

15             That being said, I do believe that it's

16   better to have even -- the best would be to have both

17   quality and quantity, means the best would be I have a

18   high number of prospective studies.  If you cannot do

19   RCTs, that's fine.  But if you can have a high number

20   of high quality prospective study that all show

21   consistent result, that's the best.  But we don't have

22   that, and actually the only ones they have have mixed

23   results.

24        Q.    When you say high quality studies, are you

25   referring to randomized control trials?

                                                    67

1       A.      No.  I said that that's the best, but it's

2   not always available.  High quality, I meant that well

3   designed, before/after retrospective study, if it's

4   done nicely, done properly, yes, it can be viewed as

5   high quality.

6           But, again, this is not the -- what is high

7   quality or low quality is for any single study, of

8   course, it's a subjective concept.

9           But here when I'm using the high quality

10  and low quality I'm mostly talking about the, you know,

11  from the perspective of whether it control for

12  confounding bias.  And why I say that is because

13  confounding bias is the single most important barrier

14  between the association and the causation, or that's

15  the single most important barrier before you can

16  establish the effectiveness of the treatment.

17      Q.   So when you talk about high quality/low

18  quality, you are not using those terms as they are used

19  in the GRADE system?

20      A.      Again, I'm not very familiar with the GRADE

21  system.  I don't know who decide that, and I don't know

22  who decide that, and I'm not referring to GRADE system.

23           I already explained earlier in my case, I

24  said there's at least three broad class of designs; one

25  is randomized study, the other is prospective

68

1　observational study, and the last is retrospective

2　observational study.  And I say higher quality, low

3　quality and lower quality is missing that.  I have a

4　hierarchy, one, two three, and I don't need to repeat

5　that.

6　　　　Q.　　And your hierarchy is yours and is not the

7　GRADE system?

8　　　　　　MR. RODRIGUEZ:  Asked and answered.

9　　　You can answer.

10　　　　A.　　Well, it's mine, but remember, I'm a

11　national leading expert in inference, in study designs.

12　So yes, it's mine.  So I -- it's mine, but also I can

13　tell you with confidence that is also the consensus in

14　the field in terms --

15　　　　Q.　　In terms of statistics?

16　　　　A.　　In the field of causal inference

17　comparative effectiveness research.  That also include

18　epidemiologist.

19　　　　　　If you go out to any statistic,

20　statistician, epidemiologist, ask them rank these three

21　type of studies, they will give you exactly the same

22　order as I just gave you.  Randomized study is the top,

23　and prospect is the second, and the retrospective

24　third.  So that's what I meant.

25　　　　Q.　　I'm not trying to dispute that ranking.  I

69

1    think I'm trying to understand, make sure that we're

2    using the same language here.

3             And so my understanding from what you just

4    said is you consider high quality studies to be

5    randomized control trials or well designed prospective

6    before and after observational studies, is that

7    accurate?

8        A.    Yes.  Again, even there, yeah, randomized

9    is still better than the other, yes, higher quality.

10   But, again, even prospective before/after, you can

11   still mess it up.

12             But, yeah, if it's like well, well studied,

13   like it's well designed, yes, it can be considered as a

14   high quality.  But I didn't say every single

15   prospective study is high quality, but it's still

16   better than retrospective study.

17       Q.    Are there ever reasons why a randomized

18   control trial might not be ethical?

19             MR. RODRIGUEZ:  Objection, outside the

20       scope of this witness' opinions.

21             You can answer.

22       A.    Yeah, I -- I don't think that whether a

23   randomized study is ethical or not has anything to do

24   with my opinions.

25             My opinion is about like whether the

                                                        70

1    treatment effectiveness is separate from the question

2    of clinical recommendations?

3          A.     Correct.

4          Q.     Turning back to your report, how would you

5    decide which WPATH assertions to evaluate?

6          A.     How do I decide?

7          Q.     Yes.

8          A.     Oh, Orlando come to me and then he already,

9    he gave me this numbers of assertions, asked me to

10   examine that, and that's how I decide.  I examined them

11   one by one.

12         Q.     Okay.  Did you consider evaluating the

13   assertions by the Endocrine Society and its clinical

14   practice guidelines on the treatment of gender

15   dysphoria?

16         A.     Sorry.  Can you ask that again?

17         Q.     So the Endocrine Society also have clinical

18   practice guidelines on treatment for gender dysphoria.

19   Did you consider evaluating the assertions by the

20   Endocrine Society in that guideline?

21         A.     No, I didn't review.  I'm not aware of that

22   document, and I didn't review that.

23         Q.     Okay.  And in WPATH, in terms of care, are

24   there recommendations made in that document?

25         A.     I don't know.  I don't remember.  Again, I

                                                          100

1    focused on my opinion, or my expert report was focused

2    on the specific assertions that was presented by

3    Orlando to me, ask me to take a look.

4              So I didn't -- yeah, I glanced through that

5    document, but I didn't remember everything that was

6    said there or anything beyond that.

7         Q.    Did you read the sections of the assertions

8    that you were evaluating were in?

9         A.    Oh, yes, I read, but, I mean, that's --

10   basically that's bullet points.  Yes, I read those

11   sections very quickly, but I think I actually did a

12   good job in picking those assertions out is a good

13   summary of the -- yeah, I mean that's paragraph.

14        Q.    When you reviewed it, do you recall that

15   there were recommendations numbered similar to what we

16   just saw in the Pediatric Obesity Guideline?

17        A.    I don't.

18        Q.    Okay.  And so you were not providing an

19   opinion on the recommendations themselves?

20        A.    No.

21        Q.    Your chart at the end of your report lists

22   Assertions 1 through 11.  Are they numbered that way in

23   the standards of care?

24        A.    I don't know.  I guess not.  I mean, I

25   don't know, because I didn't pay attention to the

                                                      101

1    standard of care.

2         Q.    Okay.   Were they numbered that way when

3    Orlando gave them to you?

4              MR. RODRIGUEZ:  Object, borderline on

5         getting into communications between counsel

6          and the retained expert.

7         A.    I don't remember clearly.  I believe that

8    was the order he gave me, because I just then take it,

9    and then it's like dealing with, paper -- I mean, it's

10   dealing with one by one.  So I didn't change the order

11   or anything.

12        Q.    Okay.   In your report, you only include

13   your evaluation of Assertions 1, 2, 6, 10 and 11.  Why

14   only those ones?

15        A.    Say it again?  So I only -- I believe that

16   everything Orlando asked me to -- the assertion I

17   indeed reply.  Oh, 1 through 6?  Why the -- okay.  I

18   need to look at the -- let me take a look.

19             Oh, did I say -- again, I don't remember

20   clearly.  I think the -- again, this I need --

21   actually, if I have a computer, I can see what is the

22   original Assertion 7 to -- 7 to 9.  I need to look.  I

23   don't know.

24             So if I didn't respond to that, it's -- oh,

25   it's because --

1        THE WITNESS:  Do you have the charge?

2        MR. RODRIGUEZ:  Keep on looking

3    through the rest of that.

4        THE WITNESS:  Oh, okay.

5    A.        Just give me some time.  I look through the

6    charge, then I know.  Almost there.

7        So Assertion 7, so let me see, Assertion 7

8    says:  Too often the agency's structure and personnel

9    provide care are lacking in knowledge, training and

10   capacity of care for gender diverse people.

11       So the paper -- well, oh, I see.  So why I

12   didn't, because this has nothing to do with my

13   expertise, because my expertise was talking about -- it

14   established the effectiveness or the safety of a

15   medical intervention.

16       So for this assertion, I don't have opinion

17   to provide, because I don't have expertise on this.  So

18   that's why I didn't provide.

19       So I think the same thing for the 8 and 9.

20   So I provide the -- so there are a bunch of assertions,

21   but I provide the opinions on the assertion that I feel

22   that I have expertise on to judge.

23   Q.        Okay.  So you were not providing an opinion

24   on Assertions 3 through 5 or 7 through 9?

25   A.        I think -- yes.  Yes.

103

1        Q.      Okay.  Well, let's go to Assertion 1 in the

2    body of the report, not the chart.

3        A.      Let me get there.

4        Q.      I think that's page 11.

5        A.      Yes, I found it.

6        Q.      Okay.

7        A.      Yes.

8        Q.      Okay.  So what do you mean when you

9    conclude that studies failed to provide rigorous and

10   statistical evidence on the benefits of quality of life

11   and well-being of gender-affirming treatments?  And

12   apologies, I should have directed you to where that

13   quote is.  It's at the very end of your discussion of

14   Assertion 1.

15       A.      Okay.

16       Q.      Page 15.

17       A.      Yes.  Yeah, so the end I said:  I conclude,

18   yeah, contrary to the statement in the assertion, these

19   studies failed to provide rigorous and statistical

20   evidence on the benefit of life and quality and

21   well-being of gender-affirming treatments.  Yes.

22              So your question?  Can you repeat your

23   question, please?

24       Q.      Okay.  Yeah.  So I know earlier we talked

25   about rigorous, and in this context, what do you mean

                                                        104

1    by rigorous?

2        A.    Well, I explain that, okay.  So if you look

3    at the assertion, it says:  There is strong evidence

4    demonstrating the benefit, okay.  So what do I mean by

5    strong evidence?  Okay.  So I focused on that strong

6    evidence.  So as I go through my assertion, so I --

7    strong evidence, I show that they cited 21 studies, and

8    so there are five prospective studies, which, again, in

9    my GRADE, that is higher quality ones, and those have

10   mixed results.  And then they are now retrospective

11   studies and others of lower qualities, and they have

12   their lower qualities, and they are -- I describe all

13   sorts of flaws in the design.  And also I have, I said,

14   there are also seven literature reviews.

15            So the literature reviews point out

16   themselves that, you know, acknowledge the current

17   available research based mostly on cross-sectional

18   studies and call for -- so they acknowledge it's low

19   quality studies.

20            So, I mean, rigorous, again, it's not

21   rigorous.  So they have this retrospective studies, and

22   you would not cite those as rigorous, and the

23   consistency part I already mentioned, because the

24   higher quality prospective studies, actually the

25   results show mixed.  It's not always provide benefits

105

1    for that.

2            And 7, actually quite a sizable number of

3    literature reviews point out, acknowledge the

4    shortcomings and flaws in the current state of the

5    research.

6            So that's what I meant it's not rigorous or

7    consistent.

8        Q.    Would there have needed to be a randomized

9    control study here for you to find that there was

10   rigorous and consistent statistical evidence to support

11   this assertion?

12       A.    If there's one that will add to the

13   reader -- that will definitely add to the reader,

14   there's none, which, again, that's not the end of the

15   world, but they do have some higher quality ones,

16   prospective ones.  Unfortunately, they show the result

17   of the benefit on quality of life is mixed.  They find

18   some positive, some are negative.

19           So, again, I don't -- I mean, I don't have

20   an opinion.  Like, again, it would be great if they

21   have randomized study, but they don't have that, but I

22   don't think that's the end of the world.

23           So I judge, I judge this, because they say

24   that the assertions say there's a strong evidence.  By

25   my knowledge -- but by my examination of the literature

106

 1   they reviewed, I find that's really a stretch, because

 2   the higher quality ones states actually mixed results.

 3              I'm not going to repeat, but, yeah, that's

 4   what I meant.

 5      Q.    So if there are no randomized control

 6   studies, and the observational studies did not have

 7   mixed results, would you find that their assertion was

 8   supported by rigorous and consistent statistical

 9   evidence?

10      A.    Can you say that again?  Can you say --

11   sorry, I didn't hear clearly.

12      Q.    Okay.  So my last question was, you know,

13   if there was a randomized control study, would you find

14   that there was rigorous and consistent statistical

15   evidence?  And you said the lack of a randomized

16   control study was not the end of the world.  And so my

17   next question is, you know, if there are no randomized

18   control studies, and the prospective observational

19   study has consistent results or not mixed results,

20   would you find that there was rigorous and consistent

21   statistical evidence to support this assertion?

22              MR. RODRIGUEZ:  Object to speculation.

23              You can answer.

24      A.    Yeah, this is speculation.  So this is

25   speculation.  So I can only speak to the five, like the

1    studies they cited.

2              But to answer your question, yes, if they

3    have like -- they have other prospective studies and

4    well done, and they described nicely, it described very

5    clearly the methodology and the result not mixed, I

6    would feel a bit more confidence in -- like then, yeah,

7    that definitely is some more strong evidence than what

8    is currently presented here.

9         Q.    And is there a set number of additional

10   prospected numbers that would be needed?

11        A.    No, I don't.  Again, the better, the higher

12   number, the better quality, it's better.  But there's

13   no number I can say well, you need five studies, you

14   need ten studies.  We don't have that.

15        Q.    Okay.  So I guess I'm trying to find where

16   the line is for you, right.  You've concluded that this

17   is not rigorous and consistent.  And so you must have

18   some sense of what is, and like how do you make that

19   determination?  And it sounds like there's some gray

20   areas.  There's a lot of factors.  How do you make that

21   determination?

22        A.    So the key thing, actually, I made my -- I

23   made my opinion or my opinion, not like what you're

24   saying that I don't need to make a line.  I examine

25   what is cited there, and what is cited there -- what

108

1   was cited there, the high quality ones already show you

2   a mixed result.  I don't think that I need to go

3   further and say how much evidence I need to make this

4   recommendation?  Because I examine what is presented to

5   me, what is cited by them.  They cite it for a reason.

6   They cite it for -- I assume they cite those papers to

7   support the opinion.  But what is cited there, if you

8   close exam, provide mixed result that I think is

9   enough.  I don't need to -- for your question, it's

10  beyond my scope to say oh, where should I draw that

11  line?  I judge -- I examine what is presented, what is

12  cited by them, and thus result is not consistent, and I

13  don't think that constitute a strong evidence for

14  the -- strong evidence for treatment effectiveness, and

15  that's what my opinion is about.

16          Q.      And you know that this is not enough

17  evidence to be considered rigorous and consistent, but

18  you don't know how much would be needed to be rigorous

19  and consistent?

20          A.      Correct.

21          Q.      Okay.  So in here, you're talking about

22  mixed results in the prospect area.  Are you talking

23  about is it the Lindqvist study?

24          A.      That's one of the studies.  I mention many.

25  I also -- not many.  I mean, there are just five,

                                                              109

1　right.

2　　　　　So Lindqvist is one.  So, again, I went one

3　by one.  The other is before -- after.

4　　　　　Okay, so the other one, that is the Cardosa

5　da Silva paper also find mixed results.  Specifically

6　they found that psychological side -- help and social

7　relationship was significantly improved after SRS, but

8　physical health and level of independence was

9　significantly worse.

10　　　　　So that's another one.  And another one

11　is -- so another one, again, I don't know whether I

12　need to read through, I mean, this says very clearly

13　that the other one is a prospective study.  So they

14　focused on specific type of surgery, and they, the

15　study does not provide no information about the fact of

16　the surgery on general quality of life or well-being.

17　　　　　So then the other one, again, the five

18　specific, the other one, the 2014 one, is focused on

19　the safety and side effects of intervention, not

20　quality of life.  And the other one is prospective

21　study, but that did not provide before/after comparison

22　of the same patients.

23　　　　　So you can see that I list carefully there

24　are five studies.  There are five studies, and I

25　mention that some of them do result mix.  Some of them

110

1   simply do not provide information about quality of

2   life, which is -- in the assertion, they say assertions

3   about strong evidence of the quality of life or

4   well-being.

5          So I'm saying that, okay, so there are two

6   studies talk about that, the result is mixed.  And then

7   there are other studies that do not provide information

8   for quality of life.  So you cannot use that for

9   evidence.

10        And the other one, the last one did not

11   provide a before and after comparison of the same

12   patient.

13        So that's why I clearly examined them one

14   by one in five study, and then why I tell you that, you

15   know, they're essentially among the five studies, there

16   are two studies actually specifically talking about

17   quality of life, and they are of high quality and the

18   results are mixed.

19     Q.   Okay.  I'm trying to look at the document

20   quickly.  All right.  So let's mark Exhibit 5, the

21   Lindqvist study.

22            (The document referred to was marked

23         Deposition Exhibit Number 5 for

24         identification.)

25     A.   Yes, I have it.

1      Q.      And is this the study that you reviewed as

2    part of your expert report?

3      A.      Let me look at it.  I believe so.  It must

4    be this, yes.  Yes.

5      Q.      Okay.  And in the abstract, can you read

6    the last sentence or the second to last sentence that

7    starts with GRS?

8      A.      The last sentence says:  GRS -- so no, the

9    abstract, they have background, they have methods, they

10   have results, which one are you talking about?

11     Q.      On the very first page where it says

12   abstract, the last sentence of that section on the

13   upper right side it says GRS.

14     A.      Oh, GRS.

15     Q.      Gender --

16     A.      Yes, I read that:  GRS lead to an

17   improvement in general well-being as a trend, but over

18   the long term, quality of life decreased slightly in

19   line with that of comparison group.

20     Q.      Does GRS refer to gender reassignment

21   surgery?

22     A.      Yes.

23     Q.      Okay.  And so this study, the people who

24   conducted this study, did they conclude that gender

25   reassignment surgery leads to an improvement in general

                                                          112

 1   well-being?

 2        A.    Well, it said it proved as a trend but, but

 3   the key thing is but over long term, quality of life

 4   decreased slightly.

 5        Q.    Right.  And what does it mean to decrease

 6   in line with that of the comparison group?

 7        A.    Well, he said that the comparison group

 8   also decreased, and the quality of life, yeah, it's --

 9   I need to read more carefully what the comparison

10   group, so who they compared to.  I mean, it's one of

11   the many papers.  But the comparison group, I don't

12   know what the comparison group is, without looking

13   carefully.  Is the comparison group -- I mean, they

14   have a comparison group.  I don't know that the

15   comparison group is -- actually, I don't know here.

16             Oh, okay.  So -- okay.  So I'm now on page

17   225, and so the last sentence:  Our findings on lower

18   quality of life in transgender woman compared to the

19   general population of women is in line with the same

20   previous studies, and in contrast to others.  However,

21   one of those were performed on transgender men only.

22             So, again, they have a comparison.  So I

23   guess it's a comparison compared to the general

24   population of women?  I assume.  Like that's my

25   understanding, just quickly reading through this.

                                                        113

1    Q.    Okay.  And so you've described this study

2  as having mixed results, why?

3    A.    Well, because the first -- again, by mixed,

4  I mean the initial, there's the increase, and then what

5  I describe here then over the years at three years and

6  five years, it's decreased.  So that's mixed.  It's not

7  like by mixed I mean the trend of direction, the

8  direction of the outcome is not one-sided, like

9  maintain the same over years.  That's what I meant,

10  mixed.

11    Q.    Okay.  And you conclude that even though

12  the comparison group had a similar decline with the

13  same timing?

14    A.    Again, that's their conclusion.  They say

15  it's similar.  But if you look at the numbers, I don't

16  know how similar that is, whether that's significant.

17          What they say is yes, that is in line,

18  basically the comparison group, like, it's the general

19  population, I assume, yes.

20    Q.    So is it possible to interpret this as not

21  mixed, because everyone is going to have a slight

22  decline in quality of life at that time?

23    A.    No, this is -- no, this is -- I cannot

24  interpret that way, because this is about -- because

25  the treatment in fact is on the population, on the

114

1  patient who received the treatment.

2          So you're talking about for this person,

3  for those patients who receive the treatment, so then

4  it's going up and then going down.  You cannot stretch

5  that to well, then there's -- like the fact is that

6  there's indeed decrease.  And what happened about the

7  general population, I don't know, and that's not

8  because they don't provide data for that.  They are

9  just saying oh, that is acknowledged by other, other

10  studies.

11      Q.     Okay.  So do you disagree with the

12  conclusion of this paper that gender reassignment

13  surgery needs improvement in general well-being as a

14  trend, but over the long term, the quality of life

15  decreases slightly in line with that of the comparison

16  group?

17      A.     Not the conclusion.  I take it at face

18  value.  I don't disagree.  I mean, that's what they

19  said, and then I just use that as one of the many

20  papers.  I mean, I don't know whether I agree.  I take

21  that at face value, this is what they said.

22      Q.     But do you agree with it?

23          MR. RODRIGUEZ:  Asked and answered.

24          You can answer.

25      A.     Well, according to their study, according

115

1　to what they described, I agree with the conclusion.

2　Again, they clearly try to spin it, make it sound more

3　positive than it is.  But that's what we all do when

4　you write papers, because you get published that way.

5　　　　　　But, yes, I mean, I think what their

6　conclusion is supported by their data.

7　　　Q.　　You said they clearly tried to spin it.

8　Where is that clear?

9　　　A.　　Where is that clear?  So let's look at the

10　numbers.  Again, this is getting too details, but I can

11　try.

12　　　　　　So there's a decrease of general health.

13　I'm looking at page 225.  Again, this is one of the

14　many studies.  So I'm now doing on cite examine the

15　paper for you.  Where I say the main clinical -- so

16　okay.  So this is what I -- let me see, this is year

17　one, okay.  So that's year one.

18　　　　　　Let's look at table two.  So you have year

19　two, table two that's individuals in this study.  Okay,

20　all of that year 0, 1, 3, 5, okay, then let's look at

21　the general -- I see.  I see what -- okay.  Because

22　they didn't provide data actually about the general

23　population, so if you look at this study, is table two

24　is providing information about all individuals in the

25　study.  They are on this through, you know, the

116

1   treatment.  They didn't provide any information about

2   the general population.  There's nothing qualitative

3   about their decrease.  They purely just say oh, there

4   are other papers.  There's general decrease of the

5   quality of life, and I don't, at least as far as I can

6   see here, they don't provide information, quality of

7   information, don't provide data to talk about the

8   comparison group.  So that's why I say that it's really

9   a stretch, because they just say oh, there are other

10   studies, but this paper did not provide that data, and

11   they just say that it's inline, but there's no data

12   supporting their argument, so, but, yeah.

13       Q.    Do they --

14       A.    Sorry, keep going.

15       Q.    Go ahead.

16       A.    No, I was just saying, it was very clear

17   that -- but the trend talking about the patients in

18   this particular study, as far as increase then

19   decrease, that is clear.  That is supported by the data

20   by table 2.  But then saying that is in line with the

21   other general populations, that aspect, I don't see

22   data supporting them.  So that's why I see clear.

23       Q.    Did you read this paper in your entirety in

24   preparation for your expert report?

25       A.    Yes, I read through that question quickly.

117

 1   I focused more on the design and the data points.  Yes,

 2   I read through that.

 3        Q.    Did you read fully all of the studies cited

 4   in your expert report?

 5        A.    Again, how do I define fully, right?  I

 6   mean, I skim through them, and I focus -- I know the

 7   abstract, the conclusion.  I skim through the -- very

 8   quickly the paper, but I focus mostly on the

 9   statistical methodology and the results and the

10   numbers, that aspect.  But, again, I guess that is

11   entirety, but there's no -- I didn't check all the

12   references and stuff, because that's -- that will take

13   an infinite of time.

14        Q.    So going back to WPATH Assertion 1 on page

15   11 of your report.

16        A.    Okay.  Yes, I'm there.

17        Q.    Okay.  So do you disagree that there are

18   benefits in quality of life and well-being of

19   gender-affirming treatment, including endocrine and

20   surgical procedures?

21             MR. RODRIGUEZ:  Objection, scope.

22             You can answer.

23        A.    So, I mean, again, my opinion is about

24   whether the references cited provide strong evidence

25   for, as they claimed, for the benefit of quality of

                                                        118

1   life, and that's all my opinion is about.

2           So sorry, what are you asking?

3       Q.    I was asking if you disagree that there are

4   benefits in quality of life and well-being of

5   gender-affirming treatment, including endocrine and

6   surgical procedures, properly indicated and performed,

7   and outlined by the standards of care?

8       A.    As I said, they are papers that they cite

9   that shows that -- again, those papers show, yeah,

10  there is benefit in quality of life, but unfortunately,

11  those studies are of low quality, and they are subject

12  to all sorts of biases and the design flaws.  So then

13  how reliable that evidence is, that's questionable.

14          And so that's why I disagree with these

15  assertions that say there's strong evidence, because

16  this is at best pretty flimsy evidence.

17      Q.    Okay.  So the scope of your opinion is just

18  as to whether or not there is strong evidence?

19      A.    Yes.

20      Q.    Okay.  And you are not providing an expert

21  opinion on whether there are benefits in quality of

22  life and well-being of gender-affirming treatment?

23      A.    No.

24      Q.    Okay.  Going to page 15, still in Assertion

25  1.

119

1          A.      Yes, I'm there.

2          Q.      On the fourth line down, oh, sorry, a

3    little bit further down, I think roughly the sixth

4    line, you said:  None of the studies compare sexual

5    assignment surgery with alternative treatment.

6          So what alternative treatment are you

7    thinking of?

8          A.      Oh, any.  Like, so -- there so, again, this

9    is also kind of academic in the sense that you compare.

10         So I say this it's because -- so they might

11   be, again, gender dysphoria, I'm not an expert on that,

12   but I'm saying that, for example, heart disease.  There

13   might be assorted different medications, right.  So

14   often we study -- in comparative effectiveness

15   research, often we kind of do studies or trials,

16   observational study, to see that among these different

17   alternative, like four different medications, which one

18   is the best?  So that's what I meant by alternative

19   treatments.

20         So here I say that, you know, this is --

21   they're not talking about, they're just talking about

22   one particular type of treatment.  And then I don't

23   know whether there are other alternative treatments,

24   but I'm just saying that in the statement, that here,

25   they don't talk about -- like maybe their hormone

120

1  therapy.  I don't know.  But they don't compare like

2  the surgery versus hormone therapy.  Because, again, I

3  over here, because later, in the later assertion there,

4  the reason I'm thinking Dr. Ettner's point she made

5  that, she made the one statement something like this is

6  the only effective treatment.

7            So I think that is -- when I wrote that

8  part, I was having that in mind.  It's like well, all

9  of these studies, particularly about having this

10  treatment versus, I guess, not having this treatment,

11  but not versus alternative treatment, for example,

12  hormone therapy, things like that.  So that's what I

13  meant.

14       Q.    But you're not aware of any alternative

15  treatments?

16            MR. RODRIGUEZ:  Object to the scope.

17       You can answer.

18       A.    Again, this is -- this depends on like,

19  yeah, I'm not an expert of that.  I don't know.  I

20  cannot say, have a blanket statement say that there's

21  no alternative treatments or I am aware of that,

22  because it obviously depends, there's different type of

23  surgeries out there.  I know that there's surgery

24  versus hormone therapy.  That's probably more or

25  less -- and I also know there's different types of

121

1    surgeries.

2              So that's what I have in mind when I wrote

3    that alternative treatment.  I'm just saying that they

4    are all -- all the studies here is comparing having

5    this versus not, but not different treatment.  You

6    know, that's what I meant.

7        Q.    So let's move on to WPATH Assertion 2 and

8    looking at the bottom of page 16.

9        A.    Yes.

10       Q.    So you summarize that because the studies

11   are all of low quality and they're subject to selection

12   bias, nonresponse bias and recall bias, that they fail

13   to provide rigorous and statistical evidence for the

14   assertion, is that correct?

15             MR. RODRIGUEZ:  Objection,

16        incomplete -- incomplete recitation of the

17        opinion.  You can answer.

18       A.    Yes, correct.  I mean, you were basically

19   reading out the rigorous and statistical sentence of

20   mine.  I reported on that point, yes.  Yes, that's my

21   opinion.

22       Q.    Okay.  And earlier we talked about

23   nonresponse bias and recall bias, both being present in

24   randomized control trials as well as observational

25   studies, correct?

1      A.     Correct.

2      Q.     Okay.  And so is it your opinion here that

3 because there are no high quality randomized control

4 trials, there could not be rigorous statistical

5 evidence to support the assertions?

6      A.     That's not my opinion.  My opinion, as I

7 said, that there are different -- there are different

8 classes of study.  Randomized control study is the

9 best.  If it's not available and not always available,

10 then you resort to observational study.  But even in

11 observational study, there are good quality and poorer

12 quality ones, higher quality or lower quality ones.

13 And that I didn't say, I didn't say like there's no

14 randomized study then -- like I didn't make my

15 statements or opinion based on, entirely based on the

16 lack of randomized study.  Yeah, it is one of the

17 weakness, but that is not the end of the world.  I am

18 more focused on actually the higher quality ones that

19 are there.  You know, there are very few high quality

20 ones, and the results are mixed, and most of them are

21 low quality ones.  And I explain that, why they are low

22 quality, what kind of bias they are subject to.

23      Q.     And is it your assertion that the studies

24 are subject to selection bias based on the fact that

25 they are not randomized control trials?

123

1       A.      No, that's not -- no, it's a different,

2   it's a different aspect.  So randomized, again, as I

3   explain earlier, so why do you want to randomize study?

4   All the classification of the quality of the study

5   including inference.

6           The big -- like there are all sorts of

7   considerations, but the biggest hurdle is confounding.

8           So randomized trial is good in dealing with

9   that, okay.  And so that was my point.  And then as I

10  said, the other type of bias, selection bias or

11  nonresponse bias, yeah, those are all the studies

12  subject to, but they are more of the second order

13  issue.  And also randomized subject is subject to

14  those, but because of the ways randomized study is

15  highly controlled by the investigators, the chance of

16  those biases are much smaller than the observational

17  studies.

18          So that's why randomized studies always

19  prized, but I repeatedly said that without that, it's

20  not the end of the world.  There's still plenty of good

21  well-designed observational study that, you know, can

22  be valuable.

23      Q.      You say that most of these studies are

24  subject to selection bias.  Why do you say that?

25      A.      Well, because that's just the way it is.

124

1  Okay.  I can go into details.

2  So one thing I can think of is many of the

3  studies are from like a single, like a patient -- like

4  a doctor from all the patients he has treated, or like

5  they are locally in one hospital, one medical center

6  over the years have done.

7  So again, in that case, then the patient,

8  the patient population they consider might not be

9  representative of the general population.

10  So that's what I meant.  I mean, that's

11  just a general, like if you read through the studies

12  and I found that most of them have that kind of issue.

13  But I do note that they are studies,

14  like -- I don't know whether it's here -- somewhere

15  there's a study of like the Danish study of all the

16  national registry over 20 years of the whole

17  population.  Yeah, that one I think, as I said, the

18  quality is higher, because it's a more general

19  population.  But even that, it's still like focused on

20  the Danish population.  Whether that is representing

21  the whole universe of transgender people, I don't know,

22  and most likely it's not.

23  Q.    Okay.  And is your assertion that most of

24  these studies are subject to recall bias based on the

25  fact that some of the studies are retrospective?

125

1          A.      Not some of them, yes.   If they're

2    retrospective, they are more likely subject to recall

3    bias.

4          Q.      Okay.   So retrospective studies inherently

5    have a degree of recall bias?

6          A.      Yes, because, again, because this happened.

7    You usually collect the data once things already

8    happened.   So that is -- you don't like collect the

9    data -- the happening of the thing.   Yes, it's

10   inherent.

11         Q.      And why do you conclude that these studies

12   are subject to nonresponse bias?

13         A.      Oh, well, nonresponse bias, as I mentioned,

14   that when you have -- there's some patients who just do

15   not provide data.   And it's pretty well-known

16   methodology that, you know, the people who do not

17   respond to -- there's a reason they don't respond.

18   They don't provide information.

19              So most likely they are different from the

20   people who respond, who provide information.

21              So, again, or if you want to make them --

22   if you -- like only if you make the assumption that

23   these two people, the people who respond versus people

24   who don't respond are exactly the same, like if you

25   want to say there's no nonresponse bias, basically you

126

1   are saying that the people who respond versus people

2   who don't respond, they are the same.  But that

3   assumption most likely is, you know, not plausible.

4          So that is why I say that they're all

5   subject to nonresponse bias.  And I read in many of the

6   studies, actually the nonresponse rate is pretty high,

7   like they send out the surveys to the patients, and

8   often the response rate is like 30 percent.  That's

9   really low.

10      Q.    Okay.  And are all types of study designs

11   subject to nonresponse bias?

12      A.    Yes, that's correct.  But as I said, that

13   some of the studies, like a randomized study, because

14   you are -- you closely monitor them.  Like you sign

15   agreement, I think.  So there are ways of improving

16   that, but among all of the -- like the retrospective

17   study, again, has the highest -- like is most

18   vulnerable to that, because you have very little

19   control over the response.

20      Q.    Looking at the assertion itself, do you

21   disagree with the statement that gender-affirming

22   interventions are not considered experimental, cosmetic

23   or for the mere inconvenience of a patient?

24          MR. RODRIGUEZ:  Object to incomplete

25      statement of the actual text.

127

1          You can answer.

2     A.      This is not -- again, my opinion is -- so

3  if you see that in what I wrote, I focused on the last

4  sentence:  They are safe and effective in reducing the

5  gender, the gender dysphoria.

6          So my statement was not about like whether

7  they are considered experimental, cosmetic for the

8  convenience of patients, because, again, I'm not an

9  expert in the medical practice of transgender people.

10  So I cannot make -- I don't think I have the expertise

11  to make a statement on that.  But my statement is more

12  about the second sentence, is they are safe and

13  effective in reducing gender dysphoria, because that

14  is -- fall into my expertise in comparative

15  effectiveness research.

16     Q.      And you are not providing an expert opinion

17  on whether gender-affirming interventions are safe and

18  effective at reducing gender incongruence and gender

19  dysphoria, correct?

20     A.      Well, I'm actually providing an opinion on

21  whether this statement is supported by the references

22  they cited, because they make this statement obviously

23  based on, based on those references.  And I want to

24  examine that.  And I find that statement is I disagree

25  with that statement.  Well, it's not I disagree with

                                                    128

the statement.  My opinion is about that statement is

not supported by the reference they cited.

Q.    Okay.  And so you are not providing an

opinion on the safety and efficacy of gender-affirming

interventions?

A.    I don't, but if you read the sentence, they

say they are safe and effective.  And I say that this

is not supported by the reference they cited.

So if you -- if you just not even stretch,

if you continue on that argument, I don't think there's

enough evidence to support that statement.

But, again, yeah, I'm not saying that

whether this is -- whether those are safe and

effective.  I can only say those papers they cite do

not provide evidence for this statement.

Myself don't have opinion on whether they

are safe and effective, because I don't have enough

evidence.  At least all the evidence they provided, I

would not make this kind of statement based on the

references they cited.  That's -- yeah.  That is my

opinion.

So based on the documents or the papers

they cited, I would not make this kind of statement.

MS. NOWLIN-SOHL:  Okay.  We've been

going for about an hour.  Are you good to

129

1        keep going?  Would you like a break?

2              THE WITNESS:  Maybe five-minute break.

3        Again, I drink too much water.

4              MS. NOWLIN-SOHL:  Five-minute break.

5        Sounds good.

6              (Off the record at 2:11 p.m.)

7              (On the record at 2:16 p.m.)

8              BY MS. NOWLIN-SOHL:

9        Q.     We're back on the record.  I'd like to move

10   on with the WPATH number 10, which is on page 17.

11       A.     Yes, I am there.

12       Q.     Okay.  So on page 18 in the middle

13   paragraph at the end, you see the last point:  Most

14   studies do not discuss quality of life outcomes?

15              What is the significance of the fact that

16   most studies do not discuss quality of life outcomes?

17       A.     Okay.  Let me look at the assertion first,

18   just to refresh my mind.

19              So it says:  Although different assessments

20   result from -- okay.  So the assertion says:  Although

21   different assessment measurements were used, the

22   results from all studies consistently reported both a

23   high level of patient satisfaction as well as

24   satisfaction with sexual function.  Although different

25   measures -- assessment measurements were used, the

130

1  results from all studies consistently reported both

2  high level -- oh, did I repeat?  I think this is --

3           MR. RODRIGUEZ:  Yes.

4      A.    It's a typo.

5           So this was especially evident when used

6  more recent surgical gender techniques.

7  Gender-affirming, this surgery was also associated with

8  low level -- low rate of complication and a low

9  incidence of regret.

10          So then I wrote -- so you mentioned that I

11 say most of the study is not -- which one -- did not

12 provide -- which sentence -- did not provide quality of

13 life.  Did I -- sorry, I was just trying to -- can you

14 repoint out like which sentence you are referring to?

15     Q.    Yes, it's on page 18, the bottom of the

16 middle paragraph.

17     A.    Oh, bottom of the middle paragraph.  Okay.

18 Okay.  Oh, most of the -- most studies use

19 self-reported outcomes, instead of standardized

20 instrument.  And lastly, most study do not discuss

21 quality of life.

22          Oh, so if you ask about the last sentence,

23 most of the studies do not discuss quality of life

24 specific to this assertion.  They -- so, yeah, they

25 talk about patient satisfaction and the satisfaction

131

1    with sexual functions.

2              So in that regard, yeah, they don't discuss

3    quality of life.  It's not a problem for this

4    assertion.  But also -- but I'm still reviewing the

5    whole thing in the context of also the general forming

6    my opinions.  My general, like my overall opinion then

7    in that case those studies that cited here don't talk

8    about quality of life, then that is a concern, because

9    my opinion was it was a part of that.  It was about

10   quality of life.  Specific to this, to this assertion,

11   this is not a concern.

12       Q.    Okay.  And then the bottom of page 18, the

13   last full sentence you say:  This body of literature

14   supports the high self-reported satisfaction rate among

15   the patients who underwent gender affirming

16   vaginoplasty.

17             And how do you conclude that it supports

18   that?

19       A.    Oh, so are you referring to my sentence

20   that says:  But does not provide any evidence for the

21   necessity or advantage of GAV comparing to alternative

22   treatments?  Are you asking me how I make that

23   conclusion?

24       Q.    It's that sentence, but I'm just asking

25   about the first half of it right now.

132

1　　　　A.　　Okay.  So the body supports high

2　self-reported among the patients who underwent -- yes,

3　that is a fact, yes.  That is a fact, yeah.  This body

4　of literature indeed support that, because that's a

5　fact.  And -- but the emphasis here is the

6　self-reported, as I earlier discuss, self-reported also

7　acknowledged by many of the expert in this field, in

8　these papers.

9　　　　　　So the self-reported outcomes often have --

10　it's also subject to some methodology flaw.

11　　　　　　So in terms of this sentence, yes, that's

12　just a state of fact, that's correct.

13　　　　Q.　　You said that's a fact?

14　　　　A.　　I mean, that's a fact that taking their

15　numbers and their numbers says that consistent report,

16　both a high level -- I'm saying the assertion, if you

17　go back to the assertion, page 17, it said that results

18　from all the studies consistently reported both a high

19　level of patient satisfaction, so 78 percent to

20　100 percent, yeah, I mean, if you take that at face

21　value, take that, then that is indeed a high

22　satisfaction rate.  I mean, that is a fact.  A fact in

23　the sense that the number stated there, and I trust

24　that they didn't make up that number.

25　　　　Q.　　Okay.  And so you find that that body of

133

1    literature can support the high satisfaction rate even

2    though there's no randomized control trial?

3                MR. RODRIGUEZ:  Object to the

4         mischaracterization of the actual text.

5                You can answer.

6         A.    Yeah, here the English, I probably

7    shouldn't say support.  The body of literature

8    basically just reports.  I would say the body of

9    literature report a high self-reported satisfaction.

10               So you can cross this supports, but I would

11   use it as a reports, and that's what I meant the

12   literature indeed reports that number.

13        Q.    All right.  And then the second half of

14   your sentence says:  But does not provide any evidence

15   for the necessity or advantage of gender-affirming

16   vaginoplasty comparing to alternative treatments.

17               Can you explain to me what you mean by that

18   conclusion?

19        A.    Yes.  So as I earlier discussed to you,

20   that -- so all of these studies is talking about this

21   one particular surgery, GAV.  So the study subjects are

22   all the people who underwent GAV, and then they go to,

23   as far as I remembered, the researchers surveyed those

24   patients and asked whether they are satisfied, and, you

25   know, their satisfaction and things like that.  But it

                                                        134

1    didn't compare to people who could take alternative

2    treatment, for example, hormone therapy or, you know,

3    other -- I don't know.  I only know hormone therapy.

4            So it did not compare GAV with anyone who

5    takes say hormone therapy.  Also, it didn't compare

6    people who take GAV versus people who didn't take GAV.

7            So that's what I meant.

8            So you are just saying the statement, the

9    study decided is focused on the people who indeed take

10   this surgery, right, and then ask them whether you are

11   satisfied.  But there's nothing comparing there,

12   because they didn't compare in the comparative world

13   that had this person not take the treatment or had the

14   person taken another treatment, like hormone therapy,

15   what it would be.

16           So in that regard, that's like you can say

17   oh, we've satisfied this, but there's no comparative

18   statement.  That's what I meant.

19           If there's no comparative statement, then

20   you cannot say oh, this is the only one, that you must

21   take this, because you don't know what will happen to

22   those people that had they taken different treatment.

23           So the key thing is what I -- to summarize

24   what I just said, it definitely means that these

25   studies does not -- did not provide like any

135

1    information about comparisons, comparisons of this

2    treatment versus control versus no treatment or other

3    treatment, so that's what I meant.

4        Q.    You mentioned hormone therapy as an

5    alternative.  Are you aware that the WPATH standards of

6    care and the Endocrine Society recommend that people

7    have at least 6 to 12 months of hormone therapy prior

8    to undergoing gender-affirming surgery?

9        A.    I'm not aware of that.  Again, that's not

10   my expertise.  I say hormone therapy, it's just because

11   when I review the literature, and I see people mention

12   hormone therapy.  I can -- I say hormone therapy, but

13   when I put my sinus hat on, it would be treatment A

14   versus treatment B.  So hormone therapy would be

15   treatment B.

16       Q.    And do you know if anyone undergoes

17   gender-affirming vaginoplasty or vulvoplasty without

18   having hormone therapy?

19       A.    I don't know.  That sounds like a medical

20   question that I cannot answer.  I don't know.

21       Q.    And your other conclusion does not provide

22   any evidence for the necessity of gender-affirming

23   vaginoplasty.  Where does it say that that is what it

24   is attempting to do?

25       A.    Oh, it didn't.  It's just, again, I just

136

1    rolled it.  Probably when I rolled that, again, I was

2    thinking -- well, okay.

3            So, yeah, it didn't, but I just make the

4    statement because based on the fact -- based on the

5    fact that none of this study comparing the treatment to

6    alternative or to no treatment.  So then once you don't

7    have that, you know, you cannot say anything about this

8    is necessary.  Yes, this is not on the assertion.  So

9    this is -- I just roll that as if you don't have

10   comparison, then you cannot, like there are a bunch of

11   possibles, then you cannot say this is must, this is

12   next.

13           I guess when I wrote that, I probably

14   crossed -- was still thinking about some point of like

15   this is the only effective thing or something like

16   that.

17           So yes, you are right.  In terms of in

18   this -- specific to this assertion, they didn't, in

19   this assertion, didn't say anywhere that it's

20   necessary, okay.  And I made -- yeah, I didn't -- well,

21   this assertion actually is, yeah, I didn't make that

22   statement.  But, again, I was just based on the -- on

23   the review I did, I add this -- I mean, I add this

24   phrase there.  That is accurate.  The phrase is

25   accurate.  But, yeah, it is not, it's not stated in the

                                                        137

1   assertion, that is correct.

2        Q.    Okay.  And for the women who have been

3   receiving hormone therapy and continue to have

4   significant gender dysphoria, are you aware of any

5   alternative treatments besides gender affirming

6   surgery?

7             MR. RODRIGUEZ:  Object to the scope.

8             You can answer.

9        A.    No, that's, again, that's not my expertise.

10  So I don't have answer to that.  I don't have enough

11  information about that.

12       Q.    But you don't know if there are alternative

13  treatments?

14       A.    I don't know.

15       Q.    Okay.  Let's go to page 19, which has

16  Ettner Assertion 1.

17       A.    Yes, I'm there.

18       Q.    Okay.  And so in that -- your first

19  paragraph after the assertion, about the fourth line

20  down you say:  As elaborated in my assessment of WPATH

21  Assertion 1, the statistical methodology in the field

22  of comparative effectiveness of SRS is not up to the

23  long-established standard in comparative effectiveness

24  research in medicine.

25       A.    Correct.

138

1       Q.     What is comparative effectiveness research?

2       A.     Oh, comparative effective research, as I

3 wrote in page 5 of my report, I said in medicine, the

4 type of research used to evaluate the effects and

5 safety of an intervention, it's broadly referred to as

6 comparative effectiveness research.  The statistical

7 methodology for, again, here's a typo, for the

8 comparative effectiveness research is generally --

9 belongs to the general statistics field of causal

10 inference, which I am an expert on.

11       So basically in medicine and health

12 studies, like the whole type of study I tried to

13 establish the effectiveness, the safety, or efficacy of

14 treatment is broadly referred to as comparative

15 effectiveness research.

16       Again, you can see that there's emphasis,

17 the two things:  One is effectiveness, the other is

18 comparative.  So it's a comparison, yeah.  That's what

19 I meant.

20       Q.     Okay.  And did you mention there was a

21 typo?

22       A.     Yeah, the typo was -- so the last sentence

23 says:  The statistical methodology for quality of life,

24 it shouldn't be quality of life.  It's statistical

25 methodology for comparative effectiveness research

139

1   belongs to the general statistical field called

2   inference.

3        Q.    Got it.  That's the one we identified

4   earlier?

5        A.    Yes.

6        Q.    Okay.  So going back to page 19, what is

7   the long-established standard that you're referring to

8   in comparative effectiveness research in medicine?

9        A.    Oh, well, as I said, that is -- that would

10  be in the best case scenario, when available, you do a

11  randomized experiment or maybe multiple randomized

12  experiment.  And when that is not available, you resort

13  to observational study but well-designed observational

14  study, and, for example, prospective before/after

15  studies, and this like a more represent -- like a large

16  study sample, things like that.  And then like the

17  other would be considered good or like acceptable.  And

18  then long-established, that, as I said, the consensus

19  is then this kind of retrospect study resolved

20  before/after measurement those -- and why you have also

21  a lot of nonresponse as more sample size those of low

22  quality.

23             So, again, that's what I meant by

24  long-established standard and comparative effectiveness

25  research in medicine.

1          Yeah, so like when you try to publish

2     something, like about comparative effectiveness of

3     treatment, then you expect to provide either randomized

4     study or high quality observational study.  So that's

5     what I meant.

6          Q.     And must that standard be met before a

7     treatment can be provided to a patient?

8               MR. RODRIGUEZ:  Objection to scope.

9               You can answer.

10         A.     Not necessarily, because there's a lot

11    of -- so, okay, different, different medical conditions

12    like FDA.  For example, if we are talking about new

13    drugs and new medical devices, FDA would almost

14    always -- well, most of the time would require a

15    randomized study, right, but that's not the end of it,

16    because they would do phase one, phase two, phase three

17    randomized study, and then after approval, they will

18    actually also do the post marketing, they call post

19    marketing analysis.

20              Like, for example, we now all use Covid

21    vaccine, right?  We use Covid vaccine.  So after Covid

22    vaccine is proved, then actually there will be

23    continuous study, actually to like in real world

24    scenario.  When Covid-19 vaccine is used, and then

25    what's the population?  So you go to continue.  In that

                                                      141

1  case, you cannot do an online study, right.  But you do

2  an observational study for a large population, and then

3  you calculate -- you study the effect in real life.

4          So, again, I think your question is like

5  whether you should have kind of treatment provided

6  before the -- sorry, can you rephrase?  I cannot -- can

7  you rephrase your question?

8      A.    Yes.  So you're talking about the

9  methodology in the field of comparative effectiveness

10  of sex reassignment surgery is not up to the

11  long-established standard in medicine.  And so I'm

12  asking if that standard must be met before treatment

13  can be provided?

14          MR. RODRIGUEZ:  Objection, scope.

15          You can answer.

16      A.    I think that's a different question from

17  what I tried to -- from what my opinion is about,

18  because I don't have -- I mean, I don't have answer to

19  that.

20          What I can just say is the current state on

21  the research on the sex reassignment surgery, at least

22  based on the document they cited that I reviewed, do

23  not -- because most of them are low quality, and the

24  better quality ones have mixed results.  Based on that,

25  I would not -- I don't think that would meet the high

142

1    standards -- the high standard that people expect in,

2    you know, he recommend -- I'm not going to recommend,

3    just in reporting the effectiveness of those surgeries.

4         Q.    So you are not providing an opinion on

5    whether the evidence meets the standard in comparative

6    effectiveness research, impacts whether treatment can

7    be provided?

8              MR. RODRIGUEZ:  Objection, scope.

9              You can answer.

10        A.    Correct.  I'm not providing opinion on

11   that.  I focused on Ettner's assertion.  I focused on

12   her assertion saying that studies show that

13   gender-affirming surgery as safe and effective, safe

14   and effective.  And also she said that indeed for many

15   people, this is the only effective treatment.

16             So my assertion is about whether she has

17   enough evidence from those references she cited to

18   support this two statement:  One is whether they are

19   safe and effective; the other is this is the only

20   effective.

21             As I mentioned earlier, the only effective,

22   that's kind of the necessity my understanding is.  But

23   when you say only effective, you have to compare, you

24   have to can see that there's a possibility of

25   alternatives.  And that's one thing.  And the first

143

1   sentence about safe and effective, I already said many

2   times why, why the studies they decided do not meet the

3   standard in providing rigorous and consistent evidence

4   for that statement.

5       Q.     Okay.  And you're also not providing an

6   opinion on what degree of statistical methodology is

7   needed for a treatment to be included in a clinical

8   practice guideline, correct?

9       MR. RODRIGUEZ:  Asked and answered and

10      scope.  You can answer.

11      A.     Correct.  I'm not providing opinion on

12  that.  Again, I provided opinion on whether those

13  assertions are supported or, yeah, by the documents

14  they cited.

15          As I said, I would not, based on -- if I'm

16  an expert in this field, which I am not in gender

17  dysphoria, and if I'm an expert, and if I read this

18  document -- no.

19          I'm a statistician, and I read those

20  documents.  I should say I'm a statistician.  I read

21  all the documents they cited, and then I would not make

22  the statement as they make it.  That's a better summary

23  of what I want to say.  Because I would say that there

24  would not be enough evidence.  I don't think there's

25  evidence strong enough for me to make this kind of

144

1    statement.

2        Q.     You disagree with Dr. Ettner's assertion

3    describing the research as methodologically sound?

4        A.     I disagree with that statement, and I think

5    I said I don't think it's methodologically sound, and I

6    already clarify why I think that many of the studies

7    are fraud.  And, again, that opinion has been -- that

8    statement has been made in multiple, in large

9    literature review in that field.  So it's not -- yeah.

10       Q.     Okay.  And your first sort of comment after

11   the sentence we were just talking about, comparative

12   effectiveness research is that:  There has not been a

13   single randomized control trial.  Is that the primary

14   reason that you view the research is not

15   methodologically sound?

16       A.     No.  As I said many times, that's not the

17   end of the world, but it's one thing you can easily

18   point out.

19            So my statement is -- my argument of --

20   basically my opinion consists of four things:  First is

21   there's no randomized study.  Second is that's not the

22   end of the world.  You can still do good quality

23   observational study, that is prospective before/after

24   study.  And then they don't -- and in the study they

25   cited, they indeed have a few of them and the result

145

1    are mixed.  And the third part of the argument is that

2    in the vast majority of the study they cite are low

3    quality retrospect study that subject to a lot of

4    confounding bias and all sorts of biases.  And the

5    fourth component of my argument is that even in

6    their -- many of their own large scale systematic

7    review, literature review, they -- the expert are

8    calling for better methodology or more prospective

9    studies and call the current state of many of the

10   studies of low quality.

11            So that's my -- like my statement has four

12   components, and they are all integral.

13            So the lack of randomized study, that's the

14   first component, but that's not the only component, and

15   also that's not the only reason I made my statement.

16            So I think it's -- those four components

17   are equally important.

18       Q.    Are all cross-sectional retrospective

19   studies methodologically unsound?

20       A.    Well, all retrospect -- again, as a

21   scientist, you don't make this kind of blanket

22   statement.  But what I can say, as I already repeatedly

23   said, that you can have a prospective study if it's

24   before/after data, that is far superior than

25   retrospective study without before/after data.  And the

146

1  reason of that is the confounding.  The reason of that

2  is the baseline measure of the outcome is often the

3  most important predictive, the most important

4  confounder out there.  But retrospect studies do not

5  control for that.  So that's why it's low quality.

6          But I would not say that, you know, I would

7  not blankedly(sic) say that every single retrospect

8  study is garbage.  No, that's not my point.

9      Q.    Okay.  But here, for this assertion, you're

10  saying that the cross-sectional retrospective studies

11  are not methodologically sound?

12      A.    Yes, correct.  In the studies they cite, I

13  look at their methodology.  They are, yeah, they're all

14  lacking the baseline -- they're all lacking baseline

15  measure of the outcomes, and they are subject to very

16  severe confounding bias and they are not

17  methodologically sound.

18          Yes, I stand by that statement in the

19  context of what I reviewed.

20      Q.    And are all retrospective studies subject

21  to severe confounding bias?

22      A.    Again, it depends on how much.  So the

23  answer is it depends on how many things you control

24  for, how many confounders you control for, right.  And

25  as I said, that if in retrospective study, that if they

147

1   they use.

2       Q.    Let's go back to the Ettner assertion,

3   which is number 2 on page 20.

4       A.    Yes, correct.

5       Q.    In your report, you do not disagree with

6   this assertion, correct?

7       A.    Let me see.  I need to read the conclusion.

8   So I'm just reading it.  The conclusion that is the

9   gender-affirming surgery is the most appropriate

10  treatment to elevate suffering of extreme gender

11  dysphoria individuals still stands.  96 percent of

12  patients who underwent that surgery were satisfied, and

13  the regret was rare.

14       So what did I say?  I said that:

15  Immediately after the quote contained in this

16  assertion, the authors themselves acknowledged.

17  However, even today, this conclusion is based on

18  methodologically less than perfect design studies.

19  Okay.  I guess I don't need to read it.  But this is --

20  said very well what I think, right.  And then this

21  says, that this paper actually wrote that none of the

22  study was a controlled one.  So basically this paper

23  described what are the -- why they say this

24  methodologically less than perfectly -- less than

25  perfect, right.

150

1            So the authors also acknowledge a few other

2    methodological shortcomings, like attrition, or

3    selection bias of the patient sample, which echo my

4    critiques with respect to the WPATH Assertion 1.  Yes.

5            Again, mine was based on -- so this

6    particular assertion, so they analyzed that.  So

7    Ettner's assertion is -- yeah, so Ettner's assertion

8    say that those -- they conclude that, and then I say

9    that even as authors themselves that acknowledge the

10   methodology is not perfect or is less than perfect.

11       Q.    Okay.  But you're not disagreeing with the

12   statement?

13       A.    I didn't provide opinion on this.  Well, I

14   didn't assess, because, again, as an expert, I'm a

15   statistic expert, right.  So then I can judge on the,

16   again, from statistical aspect, whether this statement

17   is based on like what kind of statistical strengths --

18   statistical evidence they have.  And then I go to

19   say -- well, I go to acknowledge, I go to find that the

20   authors themselves acknowledge that those studies, you

21   know, it's not -- the foundation is not most perfect,

22   and I didn't direct -- in this assertion, I didn't

23   directly say that -- yeah, I didn't provide opinion on

24   whether that this is what I feel about this statement.

25   Again, that's not what my opinion is about.  My opinion

                                                        151

1   is about whether this is supported by the references,

2   yeah.

3       Q.    So looking at the Assertion 5 through 9,

4   which is on page 21.

5       A.    Correct.

6       Q.    In your conclusion at the end of that

7   section, does your use of the phrase rigorous and

8   consistent scientific evidence, does that have the same

9   meaning that we've discussed previously?

10      A.    Correct.

11      Q.    So if I were to tell you that 1 in 20 high

12  schoolers in America die by suicide, would you say that

13  America's high schoolers often die by suicide?

14          MR. RODRIGUEZ:  Objection,

15       speculation.  You can answer.

16      A.    That's how do we define often?  Like my

17  training is in mathematics, and you always say you need

18  to give me a definition.

19          So if my definition is below -- is

20  10 percent -- if often is 10 percent, then it's not.

21  If it's 5 percent, yes.  So it depends on how you

22  define often.

23          So my answer of this would be by definition

24  tied to the definition of often, so I'm not going to

25  speculate that.

1      Q.    Okay.  And how does one define often?  How

2  does one go about defining that?

3      A.    Does that have anything to do with what we

4  are talking about here?

5      Q.    Yes.

6      A.    So you're talking about a hypothetical

7  about the high school, this like 1 out of 20.  And as I

8  said -- so as I said that if, I mean, I don't know,

9  there's an English word, also if you want to go jargon,

10  you can define this 5 percent or 10 percent.  So --

11      Q.    Does the context matter whether something

12  is often or not?

13      A.    Again, the definition matters.  The

14  definition matters, not the context.  It's the

15  definition.

16      Q.    Okay.  So if we say 10 percent is often,

17  that would be often in every scenario that we can think

18  of?

19      A.    Again, you need to first define things.

20  Like as a mathematician, we always first define a

21  thing, especially if you want to attach, if you talk

22  about numbers, you talk about often, yeah, the

23  frequency.  So the frequency, if I define -- if I say

24  that by often I mean more than 10 percent, then that is

25  often.  But -- yeah, I really don't know how to further

1    elaborate this.

2         Q.    Okay.  How do you define often?

3         A.    As I said -- well, as I said, that it's --

4    okay.  So now I get to a point you say that depends on

5    the context.  I mean, I use this English word, and

6    usually when I say often, it probably means something

7    like over 50 percent.

8              So now I see your point.  So, okay, so

9    maybe it depend on the context.

10             So, again, this plain language or common

11   sense often versus if you're talking about

12   scientifically.  So that's why in papers we don't write

13   often, because this is like vague, non-defined terms,

14   yeah.

15        Q.    Okay.  So let's move forward to page 23 and

16   Assertion 11.

17        A.    Yes.

18        Q.    So midway through your paragraph, you

19   comment on the Brown study, which reports that

20   5 percent of transgender inmates report that they had

21   attempted or completed autocastration while

22   incarcerated.  And then you continue:  This percentage

23   supports the occurrence is relatively rare rather than

24   often.

25             How did you define often and rare in that

                                                      154

1  assertion?

2     A.    Well, okay, as I said, as common sense, I

3  think often is probably 2 percent or 1 percent is not

4  often, because that's 100 incidents.  Then 100 times 2

5  or 3 times happen.  I don't -- again, I don't -- I went

6  from a layperson just a common sense.  I would not say

7  that's often.

8          Often, I would feel that is, if you say

9  10 percent or 20 percent, that sounds often.

10         So now I see your point.  So you're going

11  through this one, okay.

12         But as I said, I would not -- I mean, from

13  a common sense perspective, regard 2 percent or

14  3 percent as often.

15     Q.    Okay.  Just a few minutes ago you said you

16  would consider often as generally more than 50 percent?

17     A.    No.  As I said -- as I said, that is --

18  there's like if you want to go statistically, that I

19  can say probably what you should write is probably

20  Dr. Ettner or whatever should say by often, I mean

21  this.  And she didn't provide any of the numbers there.

22  She just said often.  I don't know what she mean by

23  often.  I'm just using the numbers I see at 2 percent

24  or 3 percent, and I say that common sense, this is not

25  often.

155

1    Q.    But that assumes often is objective or

2    consistent, doesn't it?

3    A.    What do you mean by often is objective and

4    consistent?  Again, if you go to grab anyone on the

5    street and ask them something happened 2 percent of the

6    time, is it often?  I bet you'd probably 99 percent of

7    people tell you that's not often.  That count as not

8    often.

9    Q.    Okay.  We're talking about 5 percent here.

10   So if I told you that 1 in 20 high schoolers, which is

11   5 percent, die by suicide in America, would you think

12   that was often?

13             MR. RODRIGUEZ:  Objection, scope.

14             You can answer.

15   A.    Would I consider that often?  So that's

16   5 percent, so that's another thing, okay.  So high

17   schoolers is a large population.  So if you have say 10

18   million, let's say 1 million high schoolers, so

19   5 percent of that is, what, that would be 5,000, right?

20   That would be 5,000.  And then from that, yeah, that

21   is -- so that quantity that is often.

22   Q.    I think it would be 50,000.

23   A.    50,000 anyway, so that would be often in

24   terms of the number, okay.  But in rate wise, again,

25   5 percent, I don't know where to cut the line.  But I

156

1    can tell you 2 percent or 3 percent is just not by any

2    common sense would be viewed as common -- as often.

3         Q.    Do you know what the rate of attempted or

4    completed surgical treatment or autocastration is among

5    non-transgender adults?

6         A.    I do not, no.

7         Q.    All right.  Looking at Assertion 12, on the

8    fourth line you say that:  The WPATH study only

9    provided qualitative studies, not any formal

10   statistical meta-analysis.

11            Can qualitative evidence be useful in

12   medicine?

13            MR. RODRIGUEZ:  Objection, scope.

14            You can answer.

15        A.    Of course it can.  Of course they can be

16   useful.  But, again, this is -- what I wrote here is

17   just a pure statement.  It's -- of course qualitative

18   would be better, because they provide -- they quantify

19   things.  I didn't say this -- their qualitative is not

20   valuable.  I'm not saying that.

21        Q.    Okay.  And then moving forward to the top

22   of page 24, you are talking about other 9 studies.  You

23   say:  The methodological problems include retrospective

24   cross-sectional studies.

25            Is a retrospective cross-sectional study a

157

1  methodological problem?

2      A.    Yes, I mean, again, as I said,

3  retrospective cross-sectional means that there's no

4  baseline measure of the outcome of the low quality,

5  because it cannot control -- because it's subject to

6  severe confounding bias, yes.  So that is a problem.

7  That is of low quality.  And so the methodology did

8  include that.

9      So it's one of the many weaknesses those

10  studies are subject to.

11      Q.    Do you disagree that researchers -- in

12  looking at Ettner's assertion, do you disagree that

13  researchers concluded that gender-affirming surgery

14  positively affects well being, sexuality and quality of

15  life in general?

16      A.    As I said, that's not my opinion.

17      My opinion is that based on what they

18  cited, the reference they cited, that those references

19  they cited do not provide consistent or rigorous

20  support for their statement.

21      In other words, if I'm a researcher, I look

22  at those references.  I would not make this statement,

23  because I feel that the evidence is not strong enough.

24      Q.    But you're not providing an opinion on

25  whether the researchers conclude -- made that

158

DISCOVERY COURT REPORTERS    www.discoverydepo.com    1-919-424-8242

1   conclusion?

2       A.    Well, some of the researchers themselves

3   said that they have called for -- again, they've called

4   for this literature review.  They called for better

5   studies, better designs, and acknowledge the low

6   quality of the current studies.  So I stop there.

7       Q.    So are you providing an opinion on whether

8   the researchers concluded that gender-affirming surgery

9   positively affects well-being, sexuality and quality of

10  life in general?

11          MR. RODRIGUEZ:  Asked and answered and

12      scope.  You can answer.

13      A.    No, I didn't provide an opinion on that.  I

14  provided opinion on the quality of the study decided,

15  and whether those studies that -- those studies would

16  support the assertions they make.

17      Q.    And so you are also not providing an

18  opinion on whether gender affirming surgery does

19  positively affect well-being, sexuality and quality of

20  life in general?

21          MR. RODRIGUEZ:  Scope, asked and

22      answered.  Go ahead.

23      A.    Again, it's all of my scope, but as I

24  repeated saying that, if I'm a researcher, and if I'm a

25  researcher, and then I look at those studies, look at

159

1 those studies and decided I would not go to make that

2 statement or those caveats, okay.  Or I would

3 acknowledge those assertions, or I would acknowledge

4 the current state of the studies in this field do not

5 provide consistent or rigorous conclusions and whether

6 that equivalent to what you just said.  That's not

7 my -- that's a different question.

8   Q. Are you aware that the American Medical

9 Association, the Endocrine Society and the American

10 Psychological Association also put surgery in

11 accordance with the WPATH standards of care as

12 medically necessary treatments for individuals with

13 severe gender dysphoria?

14   MR. RODRIGUEZ:  Objection, scope,

15  medical opinion.  You can answer.

16   A. I'm not aware of that, because that's not

17 my expertise.

18   Q. Okay.  Do you think that they are wrong to

19 do so, given your view that there is no rigorous and

20 consistent statistical evidence on the benefits of

21 sexual reassignment surgery?

22   MR. RODRIGUEZ:  Objection,

23  mischaracterization of testimony, scope and

24  medical opinion.  You can answer.

25   A. As I said, the treatment recommendations

160