**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**

KANAUTICA ZAYRE-BROWN

*Plaintiff,*

No. 3:22-cv-00191

NORTH CAROLINA DEPARTMENT OF
ADULT CORRECTION, et al.

*Defendants,*

EXHIBIT INDEX

| Exhibit | Description |
|---------|-------------|
| Exhibit 1 | Rebuttal Report of Dr. Randi C. Ettner, Ph. D. |
| Exhibit 2 | Rebuttal Report of Dr. Armand H. Antommaria , M.D., Ph. D. |