IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KANAUTICA ZAYRE-BROWN,<br><br>*Plaintiff*,<br><br>v.<br><br>THE NORTH CAROLINA DEPARTMENT OF ADULT CORRECTION, *et al.*,<br><br>*Defendants*. | No. 3:22-cv-00191-MOC-DCK |

## PLAINTIFF'S *DAUBERT* MOTION TO EXCLUDE THE TESTIMONY OF DR. SARA E. BOYD

Pursuant to Local Civil Rule 7.1, Federal Rule of Civil Procedure 7(b), Federal Rules of Evidence 702 and 703, and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), Plaintiff Kanautica Zayre-Brown hereby moves this Court to exclude the report and testimony of Defendants' expert Dr. Sara E. Boyd (Doc. 65-1) filed in support of Defendants' opposition to Plaintiff's motion for partial summary judgment. For the reasons stated in Plaintiff's brief filed in support of this motion, Dr. Boyd is not qualified to opine on the matters at issue, and her opinions lack a reliable basis and are ultimately irrelevant to the Court's consideration.

Respectfully submitted this 26th day of October 2023.

*/s/ Jaclyn A. Maffetore*
Jaclyn A. Maffetore
NC Bar No. 50849

1

Daniel K. Siegel
NC Bar No. 46397
Michele Delgado
NC Bar No. 50661
ACLU OF NORTH CAROLINA
LEGAL FOUNDATION
jmaffetore@acluofnc.org
dsiegel@acluofnc.org
mdelgado@acluofnc.org

Christopher A. Brook
NC Bar No. 33838
PATTERSON HARKAVY LLP
cbrook@pathlaw.com

Jon W. Davidson*
(admitted only in California)
L. Nowlin-Sohl*
(admitted only in Washington)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
jondavidson@aclu.org
lnowlin-sohl@aclu.org

*admitted *pro hac vice*


*Counsel for Plaintiff*

2

Case 3:22-cv-00191-MOC-DCK   Document 70   Filed 10/26/23   Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2023, I electronically filed the foregoing Plaintiff's *Daubert* Motion to Exclude the Testimony of Dr. Sara E. Boyd using the ECF system which will send notification of such filing to all counsel of record.

*/s/ Jaclyn A. Maffetore*
Jaclyn A. Maffetore
American Civil Liberties Union of
North Carolina Legal Foundation
P.O. Box 28004
Raleigh, NC 27611
Tel: (919) 256-5891
Fax: (919) 869-2075
jmaffetore@acluofnc.org
