IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:22-cv-191

KANAUTICA ZAYRE-BROWN,

    Plaintiff,

v.

NORTH CAROLINA DEPARTMENT OF ADULT CORRECTION, et al.,

    Defendants.

**APPENDIX TO DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**(Hearing Requested)**

NOW COME Defendants to respectfully submit this Appendix with Exhibits to their Reply to Plaintiff's Response to Defendants' Motion for Summary Judgment.

| Exhibit | Description |
|---|---|
| 1 | Expert Rebuttal Report of Randi C. Ettner, Ph.D., dated July 26, 2023 |
| 2 | Expert Rebuttal Report of Armand H. Matheny Antommaria, M.D., Ph.D., dated August 7, 2023 |
| 3 | Excerpts of the deposition of Armand H. Matheny Antommaria, M.D., Ph.D., taken on September 7, 2023: Pages 50-79 |

This the 26th day of October 2023.

**JOSHUA H. STEIN**
**Attorney General**

/s/ Orlando L. Rodriguez
Orlando L. Rodriguez
Special Deputy Attorney General
orodriguez@ncdoj.gov

Stephanie A. Brennan
Special Deputy Attorney General
sbrennan@ncdoj.gov

***Attorneys for Defendants***