UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:22-cv-191-MOC-DCK

| | | |
|---|---|---|
| **KANAUTICA ZAYRE-BROWN**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY, et al.**, | ) ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** comes before the Court on Defendants' consent motion to excuse the 13 individually named Defendants from attending the trial in this matter. (Doc. No. 91). For good cause shown, and finding that Plaintiff consents to Defendants' motion, the Court will grant Defendants' motion.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendants' consent motion to excuse the 13 individually named Defendants from attending the trial in this matter, (Doc. No. 91), is **GRANTED**.

Signed: February 12, 2024

Max O. Cogburn Jr
United States District Judge