UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cv-191-MOC-DCK

| | |
|---|---|
| **KANAUTICA ZAYRE-BROWN**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **ORDER** |
| vs. | ) |
| | ) |
| **NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY, et al.**, | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on Plaintiff's Consent Motion to Allow Plaintiff's expert witness Dr. Randi Ettner to appear remotely via contemporaneous video conference technology for the evidentiary hearing in this matter scheduled for February 20, 2024. (Doc. 94).

This motion is **GRANTED**.

Signed: February 13, 2024

Max O. Cogburn Jr.
United States District Judge