IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:22-cv-191

| | |
|---|---|
| KANAUTICA ZAYRE-BROWN,<br><br>Plaintiff,<br><br>v.<br><br>NORTH CAROLINA DEPARTMENT OF ADULT CORRECTION, et al.,<br><br>Defendants. | **JOINT STIPULATION FOR PROCEDURE FOR FEBRUARY 20, 2024, EVIDENTIARY PROCEDURE** |

Pursuant to the Court's directive, (*see* DE-92 at 15), the parties jointly present and stipulate to the following procedure for presenting evidence at the evidentiary hearing set to occur on February 20, 2024:

1. The parties agree that the presentation of evidence at the February 20, 2024, hearing will be limited solely to addressing these two issues identified by the Court:

    (a) Whether gender-affirming surgery is medically necessary for Ms. Zayre-Brown according to the WPATH Standards of Care; and

    (b) Whether the EMTO policy, specifically the DTARC and Dr. Campbell's role therein, amounts to a <u>de facto</u> ban on gender-affirming surgery for GD patients.

2. The parties further agree that neither party is waiving other factual or legal arguments or contentions that are not addressed at the February 20, 2024, evidentiary hearing.

3. The parties agree to split the time allotted for this hearing in half, with the time running while each party is questioning a witness (whether on direct or cross) and presenting arguments.

4. With respect to the time allotted for this hearing, Plaintiff's position is as follows: "Plaintiff respectfully requests a minimum of 3 hours for this hearing and would welcome more time at the Court's discretion."

5. With respect to the time allotted for this hearing, Defendants defer to the Court.

6. Either party may use up to 10 minutes for summation at the conclusion of hearing if they elect to do so and have time remaining.

7. Plaintiff will present testimony from Randi C. Ettner, Ph.D., followed by cross-examination and redirect.

8. Defendants will present three witnesses, Lewis Jon Peiper, Ph.D., Arthur Campell, M.D., and Brian Sheitman, M.D., followed by cross-examination and redirect.

9. Either party may introduce exhibits while examining a witness, whether on direct or cross examination.

10. Witnesses may address either or both issues identified by the Court.

11. The parties agree to exchange exhibits before the February 20, 2024, hearing.

12. The parties also agree to stipulate to the admissibility of such exhibits in advance, where possible, so as to streamline the presentation of testimony during the February 20, 2024, hearing.

This the 13th day of February 2024.

**JOSHUA H. STEIN**
**Attorney General**

/s/ Orlando L. Rodriguez
Orlando L. Rodriguez
Special Deputy Attorney General
NC Bar No. 43167
orodriguez@ncdoj.gov

Stephanie A. Brennan

Special Deputy Attorney General
NC Bar No. 35955
sbrennan@ncdoj.gov

NC Department of Justice
PO Box 629
Raleigh, NC 27602-0629
(919)716-6900
*Attorneys for Defendants*

/s/ Jaclyn A. Maffetore
Jaclyn A. Maffetore
NC Bar No. 50849
Daniel K. Siegel
NC Bar No. 46397
Michele Delgado
NC Bar No. 50661
ACLU OF NORTH CAROLINA
LEGAL FOUNDATION
P.O. Box 28004
Raleigh, NC 27611-8004
Tel: (919) 354-5070
Fax: (919) 869-2075
jmaffetore@acluofnc.org
dsiegel@acluofnc.org
mdelgado@acluofnc.org

Christopher A. Brook
NC Bar No. 33838
PATTERSON HARKAVY LLP
100 Europa Drive, Suite 420
Chapel Hill, NC 27517
Tel: (919) 942-5200
Fax: (866) 397-8671
cbrook@pathlaw.com

Jon W. Davidson*
(admitted only in California)
Li Nowlin-Sohl*
(admitted only in Washington)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004-2400
Tel: (212) 519-7887
Fax: (212) 549-2650
jondavidson@aclu.org
lnowlin-sohl@aclu.org

*admitted pro hac vice

*Attorneys for Plaintiff*