IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KANAUTICA ZAYRE-BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE NORTH CAROLINA<br>DEPARTMENT OF ADULT<br>CORRECTION, *et al.*,<br><br>　　　　Defendants. | No. 3:22-cv-00191-MOC-DCK |

## INDEX OF EXHIBITS TO PLAINTIFF'S RENEWED MOTION FOR PARTIAL SUMMARY JUDGMENT

1. Plaintiff's Hearing Exhibit 1, CV of Dr. Randi C. Ettner, Ph.D.

2. Plaintiff's Hearing Exhibit 2, WPATH Standards of Care for the Health of Transsexual, Transgender, and Gender nonconforming People, Version 7

3. Plaintiff's Hearing Exhibit 3, WPATH Standards of Care for the Health of Transsexual, Transgender, and Gender nonconforming People, Version 8

4. Defendants' Hearing Exhibit 6, Case Summary

5. Defendants' Hearing Exhibit 10, Email from Defendant Campbell and Position Statement

6. Defendants' Hearing Exhibit 11, Position Statement

7. Transcript of 2/20/24 Evidentiary Hearing

Respectfully submitted, this 29th day of February, 2024.

　　　　　　　　　　　　　　　　*/s/ Daniel K. Siegel*
　　　　　　　　　　　　　　　　Jaclyn A. Maffetore
　　　　　　　　　　　　　　　　NC Bar No. 50849
　　　　　　　　　　　　　　　　Daniel K. Siegel
　　　　　　　　　　　　　　　　NC Bar No. 46397
　　　　　　　　　　　　　　　　Michele Delgado
　　　　　　　　　　　　　　　　NC Bar No. 50661
　　　　　　　　　　　　　　　　ACLU OF NORTH CAROLINA

1

LEGAL FOUNDATION
jmaffetore@acluofnc.org
dsiegel@acluofnc.org
mdelgado@acluofnc.org
919-592-4639

Christopher A. Brook
NC Bar No. 33838
PATTERSON HARKAVY LLP
cbrook@pathlaw.com

Jon W. Davidson*
(admitted only in California)
L. Nowlin-Sohl*
(admitted only in Washington)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
jondavidson@aclu.org
lnowlin-sohl@aclu.org

*admitted *pro hac vice*


*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on February 29, 2024, I electronically filed the foregoing document using the ECF system which will send notification of such filing to all counsel of record.

*/s/ Daniel K. Siegel*
Daniel K. Siegel

*Counsel for Plaintiff*
