**Ingrid Renberg, MD, MPH, MSL**
1013 Mumma Road Suite 303
Wormleysburg, PA 17043
646-379-7204
irenberg@TeamCenturion.com

## *Education Summary*

- **Pennsylvania Western University**
  MBA in Healthcare Management, August 2022-present
- **West Virginia University**, Morgantown, WV
  Masters of Legal Studies January 2019-December 2020
- **Western Psychiatric Institute and Clinic**, Pittsburgh, PA
  Forensic Psychiatry Fellow July 2013 – June 2014
- **Allegheny General Hospital**, Pittsburgh, PA
  Child Psychiatry Fellow July 2011-June 2013
- **University of Connecticut Health Center**, Farmington, CT
  Psychiatry Residency, June 2008 – June 2011
- **St George's University**, Grenada, West Indies
  Medical Doctor, August 2004 – May 2008
- **St George's University**, Grenada, West Indies
  Masters of Public Health, June 2003 – July 2004, Valedictorian

## **Professional Memberships**

- American Academy of Psychiatry and the Law
- National Commission on Correctional Health Care
- Pennsylvania Psychiatric Association
- Pennsylvania Medical Society
- Erie County Medical Society (Board Member)
- World Professional Association for Transgender Health (Certified since December 2020)
- Pennsylvania Medical License (Current)
- Board Certified in General Psychiatry
- Board Certified in Child Psychiatry
- Board Certified in Forensic Psychiatry
- Certified Correctional Health Professional-Mental Health Designation

## *Work Experience*

- **Bradley Residential Treatment**, Pittsburgh, PA
  Child psychiatrist, February 2013 – April 2017
- **Turtle Creek Mental Health Clinic**, Pittsburgh, PA
  Child Psychiatrist, January 2013 – January 2015
- **MHM Solutions,** Western Pennsylvania
  Forensic psychiatrist, August 2014-present
- **MHM Services Inc.,** Western Pennsylvania
  Psychiatrist, June 2014-September 2017
- **MHM Services Inc.,** Western Pennsylvania
  Regional Chief of Psychiatry, September 2017-January 2019
- **Centurion Inc.,** Western Pennsylvania
  Regional Chief of Psychiatry, January 2019-May 2020
- **Centurion Inc.,** Mechanicsburg, PA
  Statewide Psychiatric Medical Director, May 2020-present

References available upon request.