**EUGENE F. SIMOPOULOS, M.D.**
Board Certified General and Forensic Psychiatrist
Phone: (202) 525-7597, E-mail: dreugenesimopoulosmd@gmail.com
Web: www.eugenefsimopoulosmd.com

## **EMPLOYMENT**

| | |
|---|---|
| **Forensic Medical Director**<br>Western State Hospital<br>Staunton, VA 24401 | 02/2022-06/2024 |
| **Senior Psychiatrist: Acute Admissions Forensic Unit**<br>Western State Hospital<br>Staunton, VA 24401 | 08/2014-present |
| **Director of Mental Health Services**<br>Albemarle-Charlottesville Regional Jail<br>Charlottesville, VA 22902 | 08/2015-01/2024 |
| **Independent Contractor: R3 Continuum** | 04/2017-present |
| **Independent Contractor: PsyBar** | 07/2019-present |
| **Private Practice: General and Forensic Psychiatry**<br>Staunton, Charlottesville, Harrisonburg, and Lynchburg, VA | 07/2014-present |

## **EDUCATION**

| | |
|---|---|
| **Fellowship in Forensic Psychiatry**<br>The University of Virginia Department of Psychiatry and Neurobehavioral Sciences<br>Charlottesville, VA 22908 | 07/2013-06/2014 |
| **Administrative Chief Resident**<br>The George Washington University Department of Psychiatry and Behavioral Sciences | 03/2012-06/2013 |
| **Psychiatry Resident**<br>The George Washington University Department of Psychiatry and Behavioral Sciences<br>Washington, D.C. 20037 | 07/2010-06/2012 |
| **First-year Resident in Urologic Surgery**<br>The University of North Carolina-Chapel Hill, Division of Urologic Surgery<br>Chapel Hill, NC 27517 | 06/2009-06/2010 |
| **General Surgery Internship**<br>The University of North Carolina-Chapel Hill, Department of Surgery | 06/2008-06/2009 |
| **Medical School: The George Washington University School of Medicine and Health Sciences**<br>Washington, D.C. 20008, *M.D.* | 08/2004-05/2008 |

**The University of Virginia**                                                                08/1995-05/1999
Charlottesville, VA, *B.A. Religious Studies*
Graduated "With Highest Distinction"
Areas of Concentration: Old Testament and Biomedical Ethics
Honors Thesis: "Cracking the Code of Life: Ethical Implications in the Human Genome Project"

## Medical Licenses

Virginia: license # 0101252241, Medicine and Surgery, 07/02/2012-09/30/2024 (active)

## HONORS AND AWARDS

| | |
|---|---|
| Inducted into the Arnold P. Gold Humanism Honor Society | 2013 |
| Administrative Chief Resident: The George Washington University Department of Psychiatry | 2012-2013 |
| Winner of the William G. Schafhirt Bioethics Essay Award | 2008 |
| Recipient of the Nesh Scholarship | 2008 |
| Finalist: Academy of Medicine Bioethics Essay Contest | 2007 |
| Recipient of the Drake Scholarship | 2005 |
| Dean's List, The University of Virginia | 1995-1999 |
| Inducted into the Golden Key National Honor Society | 1995 |

## TEACHING EXPERIENCE

- Supervised medical students, NP students, and psychiatry residents from the University of Virginia and other institutions on an acute admissions forensic unit — 2013-present

- Provided monthly Forensic Psychiatry didactics to medical students at the University of Virginia and Western State Hospital — 2013-present

- Presented Grand Rounds on "Principles in the Evaluation and Treatment of the Transgender Patient," Western State Hospital — 03/2014

- Designed and coordinated development of new Faculty-Resident Journal Club in the GW Department of Psychiatry — 2012-2013

- Initiated development of a joint lecture series between the Department of Psychiatry and Internal Medicine — 2012-2013

- Developed a new Psychiatry rotation at the D.C. Department of Corrections as a PGY-3 resident, with opportunities to perform forensic assessments in the correctional system — 2011-2013

- Presented a lecture on "The Psychiatrist's Role in the Diagnosis and Treatment of Sexual Dysfunction" to mental health providers (psychiatry, psychology, social work, case management) — May 2013

- Designed, maintained, and presented a PowerPoint overview of the Department of Psychiatry at George Washington to prospective residency applicants during recruitment season — 2011-2013

- Coordinated orientation for new Psychiatry residents, with changes in curriculum and provision of new resources, including a recommended book list and monthly meetings — 2012-2013

**Instructor**: The Princeton Review                                                                 2004

**RESEARCH EXPERIENCE**

*The Children's National Medical Center Department of Pediatric Urology*                    2007-2008

PI: DAVID GIBBONS, MD, SHERRY SEDBERRY-ROSS, MD

- *The Transverse Island flap: A 10 year experience*
- Worked as a research assistant in analyzing the transverse island flap (TIF) procedure used to correct hypospadias in children
- Objective: Compare outcome and complication rates of the TIF with newer surgical procedures designed to treat hypospadias

*The George Washington University School of Medicine, Department of Urology*                2007-2008

PI: FERNANDO BIANCO, MD

- Updated and analyzed the institution's prostate cancer database
- Worked to ensure that those individuals who had received urological care and surgery were provided with adequate follow-up care
- Aim of database was to compile clinical, pathological, and demographic information based on more than 20,000 patients of the university.

**WORK EXPERIENCE**

**Psychiatrist: Private Practice**                                                                   07/2012-06/2013
Sterling Behavioral Health Services (SBHS)
Ashburn, VA

- Performed initial psychiatric assessments
- Provided patients with medication management
- Provided brief, solution-focused, CBT models of psychotherapy

**Psychiatrist: Independent Contractor**                                                          11/2011-06/2013
The D.C. Department of Corrections, D.C. Jail
Mental Health Unit
Washington, D.C.

- Performed initial psychiatric intakes and periodic follow-up assessments, including patients with primary forensic issues
- Provided patients with medication management
- Evaluated patients on behavioral observation and suicide watch
- Monitored needs of transgender inmate population on Transgender Advisory Committee

**Medical Assistant: Vienna Family Medicine**                                                          2001-2004
Vienna, VA

- Obtained vital signs, interviewed patients
- Worked closely with physicians in generating assessments and treatment plans for patients
- Assisted with procedures including vasectomies, sigmoidoscopies, stress tests, IUD insertions

**PUBLICATIONS**

- **Simopoulos, Eugene**., Cohen, Bruce. Application and Utility of Psychodynamic Principles in Forensic Assessment. *Journal of the American Academy of Psychiatry and the Law*. 2015; 43(4): 428-437

- **Simopoulos, Eugene**., Khin Khin, Eindra. Fundamental Principles Inherent in the Comprehensive Care of Transgender Inmates. *Journal of the American Academy of Psychiatry and the Law*. 2014; 42(1): 26-36
- **Simopoulos, Eugene**., Trinidad, Anton. Two Cases of Male Genital Self-Mutilation: An Examination of Liaison Dynamics. *Psychosomatics.* 2012; 53: 178-180
- **Simopoulos, Eugene**., Trinidad, Anton. Male Erectile Dysfunction: Integrating Psychopharmacology and Psychotherapy. *General Hospital Psychiatry*. 2012; 35(1): 33-38
- **Simopoulos, Eugene**. An Algorithmic Approach to the Treatment of Erectile Dysfunction for the Psychiatry Resident: Looking Beyond Viagra. *The American Journal of Psychiatry-Resident's Journal.* 2012; 7(5): 7-8
- Trinidad, Anton., **Simopoulos, Eugene.,** Flosnik, Dawn. The Use of Antidepressants in Cancer Treatment. *Psychiatric Annals*. 2011; 41(9): 443-445

**INVITED LECTURES AND WORKSHOPS**

- **Simopoulos, Eugene**. Solitary Confinement. Grand Rounds presentation. Western State Hospital, Staunton, VA, August 22, 2018
- **Simopoulos, Eugene**. Bullying. Grand Rounds presentation and Moderator of UVA Student Panel. Western State Hospital, Staunton, VA, June 13, 2018
- **Simopoulos, Eugene**. All About Autism: A Spectrum Analysis. Invited Grand Rounds presentation and Moderator of UVA Student Panel. Western State Hospital, Staunton, VA, May 18, 2017
- **Simopoulos, Eugene.** Overview of Inpatient Psychiatry. Invited Seminar Lecture in Mental Health Law. The University of Virginia School of Law, Charlottesville, VA, January 23, 2017
- **Simopoulos, Eugene**. Freud and the Criminal Mind: Practical Psychodynamic Principles in the Forensic Education Process. Invited Grand Rounds presentation. Western State Hospital, Staunton, VA, December 2014 and January 2016; The University of Virginia Grand Rounds, Charlottesville, VA, December 2016
- **Simopoulos, Eugene**. The Mental Health Professional's Role in the Diagnosis and Treatment of Sexual Dysfunction. Invited Grand Rounds presentation. Western State Hospital, Staunton, VA, July 2014
- **Simopoulos, Eugene**. Issues Inherent in the Fundamental Care of Transgender Inmates. Invited presentation and panel discussion. The University of Richmond and Virginia Anti-Violence Project, Richmond, VA, June 2014
- **Simopoulos, Eugene**. Principles in the Evaluation and Treatment of the Transgender Patient. Invited Grand Rounds Presentation. Catawba Hospital, Catawba, VA, June 2014
- **Simopoulos, Eugene**. Principles in the Evaluation and Treatment of the Transgender Patient. Invited Grand Rounds Presentation. Western State Hospital, Staunton, VA, March 2014
- **Simopoulos, Eugene.,** Irwig, Michael. The Psychiatrist's Role in the Diagnosis and Treatment of Sexual Dysfunction. Workshop: American Psychiatric Association Annual Meeting, Philadelphia, PA, May 2012
- **Simopoulos, Eugene**. The Diagnosis and Treatment of Sexual Dysfunction in Psychiatric Patients. Invited lecture presented at Woodburn Mental Health Services, Fairfax, VA, May 2013
- **Simopoulos, Eugene**. Age-Associated Testosterone Decline in Men. An Overview of Androgen Use in the Treatment of Co-morbid Depression. Grand Rounds Presentation. The George Washington University Department of Psychiatry, May 2011

**POSTERS**

- **Simopoulos, Eugene.,** Khin Khin, Eindra. Issues in the Management of Transgender Inmates. American Academy of Psychiatry and the Law, Montreal, PQ, Canada, October 2012
- **Simopoulos, Eugene.,** McKim, Stephen., Wallen, Eric., Pruthi, Raj. "A Neoadjuvant Clinical Trial with Sorafenib for Patients with Stage II or Greater Renal Cell Carcinoma." Presented at Southeastern Section of AUA: Miami, Florida, March 2010
- **Simopoulos, Eugene**., McKim, Stephen., Wallen, Eric., Pruthi, Raj. "Long-Term Follow-up of Patients Initially Managed with Active Surveillance for Solid Renal Masses." Presented at Southeastern Section of AUA: Miami, Florida, March 2010

- **Simopoulos, Eugene**., McKim, Stephen., Raynor, Mathew., Pruthi, Raj., "Prospective, Randomized Trial of Robotic versus Open Radical Cystectomy for Bladder Cancer: Peri-operative and Pathological Results." Presented at SESAUA, March 2010
- **Simopoulos, Eugene**., McKim, Stephen., Raynor, Mathew., Pruthi, Raj., "Feasibility and Outcomes of Robotic-assisted Laparoscopic Radical Cystectomy for Bladder Cancer in the Elderly." Presented at SESAUA, March 2010
- **Simopoulos, Eugene.,** McKim, Stephen., Raynor, Mathew., Pruthi, Raj., "Does Age Affect Presentation and Outcomes in Patients undergoing Radical Cystectomy for Bladder Cancer?" Presented at SESAUA, March 2010

## REFEREE AND EDITORIAL EXPERIENCE

- **REVIEWER: THE INTERNATIONAL JOURNAL OF STD & AIDS**          2013
- **REVIEWER: THE JOURNAL OF SEXUAL MEDICINE**          2012

## PROFESSIONAL COMMITTEES AND MEMBERSHIPS

- Member, Forensic Review Panel, The Commonwealth of Virginia Department          6/2018-present
  Of Behavioral Health and Developmental Services (DBHDS)
    - FRP members are appointed by, and serve at the pleasure of, the Commissioner of DBHDS
    - FRP members are appointed to the Panel based on demonstrated expertise and training in their professional discipline and mental health assessments, treatment and risk management
    - Actively participate in rendering decisions regarding an insanity acquittee's readiness for increased privilege levels, access to the community, and release from the hospital
- Chair, Continuing Medical Education (CME) Committee, Western State Hospital          6/2018-present
- President: Medical Executive Committee, Western State Hospital          2017-2018
- Psychiatric Society of Virginia          2013-present
- American Academy of Psychiatry and the Law (AAPL): Member          2011-present
- American Psychiatric Association (APA): Member          2011-present
- Physicians for Human Rights: Member          2011-present
- The George Washington University Department of Psychiatry Residency          2011-2013
  Recruitment Committee: Co-chair
- The George Washington University Medical Center Ethics Committee          06/2011-06/2012
- The George Washington University Medical Center ACGME Residency          Spring 2011
  Review Committee (RRC)

## EXTRACURRICULAR

THE GEORGE WASHINGTON UNIVERSITY DEPARTMENT OF PSYCHIATRY          2012-2013

- Created and designed the inaugural edition of "The GW Psychiatrist," a monthly newsletter devoted to the GW Department of Psychiatry and Behavioral Sciences

THE GEORGE WASHINGTON UNIVERSITY SCHOOL OF MEDICINE          2004-2008

- Volunteer, GWU Cancer Institute Prostate Cancer Screening Program
- Volunteer, Starlight Starbright Children's Foundation – Planned and participated in activities for seriously ill children and their families.

- Volunteer, Student Sight Savers – Participated in group providing free glaucoma screening to members of the community
- Designed, wrote, and distributed a pamphlet regarding prostate cancer screening in Spanish.
- Member, Surgery Interest Group

THE UNIVERSITY OF VIRGINIA                                                                               1995-1999

- Volunteer, Charlottesville Free Clinic
- Member and Parliamentarian, Alpha Phi Omega – National Community Service Fraternity
- Member, Golden Key International Honor Society
- Member and Treasurer – Hellenic Society

**LANGUAGES**

English: native language
Spanish: speak, read and write with high proficiency
Greek: speak, read and write with basic competence