UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cv-191-MOC-DCK

| | | |
|---|---|---|
| **KANAUTICA ZAYRE-BROWN**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY, et al.,** | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on its own Order following the parties' submission

of supplemental responses following this Court's hearing held on August 16, 2024. (Doc. Nos.

131, 132). The Court makes the following findings and order related to the materials proposed by

the parties:

The Court approves Doctors Renberg and Simopoulus as new committee members. As

the court found at the August 16 hearing, Doctors Renberg and Simopoulus shall be allowed to

re-evaluate Plaintiff's need for gender-affirming surgery, as requested by Plaintiff. Doctors

Renberg and Simopoulus shall conduct their review within 14 days from entry of this Order. The

new committee shall have 30 days from receiving the reviews Drs. Renberg and Simopoulus in

which to meet, prepare a report, and inform the Court and Plaintiff whether Defendants will

provide Plaintiff the surgery she seeks. Defendants will have 15 days to respond.

The Court will allow the new committee to have access to submitted materials by any

person who personally examined Plaintiff. The parties may <u>not</u> submit materials from any person

who did not <u>personally</u> examine, meet, or consult with Plaintiff, at the least through a Telehealth

meeting. To this end, neither party may submit expert reports from any persons who did not

1

personally examine, meet, or consult with Plaintiff.

Signed: September 20, 2024

Max O. Cogburn Jr
United States District Judge

2