UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cv-191-MOC-DCK

| KANAUTICA ZAYRE-BROWN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY, et al., | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on its own motion. The motions identified in the following docket numbers shall be **TERMINATED** as rendered **MOOT** by subsequent decisions of the Court: Doc. Nos. 70, 73, 75.

Signed: September 25, 2024

Max O. Cogburn Jr.
United States District Judge

1