IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KANAUTICA ZAYRE-BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>THE NORTH CAROLINA DEPARTMENT OF ADULT CORRECTION, *et al.*,<br><br>    Defendants. | No. 3:22-cv-00191-MOC-DCK |

## JOINT MOTION TO CONTINUE TRIAL

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7.1, the parties hereby jointly request that the Court continue the trial, currently scheduled for October 21, 2024, to a date no sooner than six weeks following the disposition of the pending appeal before the Fourth Circuit. In further support of this motion, the parties state the following:

1. On May 15, 2024, Defendants noticed their appeal of this Court's order on the parties' renewed summary judgment motions. Doc. 117. Defendants moved to stay the permanent injunction granted by that order on May 16, 2024. Doc. 118.

2. On July 12, 2024, this Court denied Defendants' motion to stay its permanent injunction order but noted that the parties mutually agreed that trial in this matter should be stayed pending appeal. Doc. 126 at 2.

3. On July 16, 2024, the Court issued a text order resetting the trial in this matter to October 21, 2024 "[i]n light of the appeal in this matter[.]"

4. In this Court, Defendants are required to submit their report regarding Plaintiff's re-evaluation, by November 6, 2024, which is after the current date set for trial. Plaintiff is required to respond by November 21, 2024. Doc. 134.

5. In addition, oral arguments have been tentatively set by the Fourth Circuit for the week of December 10, 2024, which is also after the current date set for trial.

6. Given that these matters will continue well past the current trial setting of October 21, 2024, and given that the results of both could impact the presentation of evidence at trial, the parties seek to continue the trial until after those proceedings have concluded.

WHEREFORE, the parties respectfully request a continuance of the trial in this matter to no sooner than six weeks following the disposition of the pending appeal before the Fourth Circuit.

Respectfully submitted, this the 27th day of September, 2024.

*/s/ Jaclyn A. Maffetore*
Jaclyn A. Maffetore
NC Bar No. 50849
Daniel K. Siegel
NC Bar No. 46397
Michele Delgado
NC Bar No. 50661
ACLU OF NORTH CAROLINA
LEGAL FOUNDATION
jmaffetore@acluofnc.org
dsiegel@acluofnc.org
mdelgado@acluofnc.org
(919) 354-5070

Christopher A. Brook
NC Bar No. 33838

PATTERSON HARKAVY LLP
cbrook@pathlaw.com

Jon W. Davidson*
(admitted only in California)
L. Nowlin-Sohl*
(admitted only in Washington)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
jondavidson@aclu.org
lnowlin-sohl@aclu.org

*admitted *pro hac vice*

*Counsel for Plaintiff*

JOSHUA H. STEIN
Attorney General

/s/ Orlando L. Rodriguez
Orlando L. Rodriguez
Special Deputy Attorney General
NC Bar No. 43167
orodriguez@ncdoj.gov

Stephanie A. Brennan
Special Deputy Attorney General
NC Bar No. 35955
sbrennan@ncdoj.gov

NC Department of Justice
PO Box 629
Raleigh, NC 27602-0629
(919)716-6900

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on September 27, 2024, I electronically filed the foregoing document using the ECF system which will send notification of such filing to all counsel of record.

*/s/ Jaclyn A. Maffetore*
Jaclyn A. Maffetore

*Counsel for Plaintiff*
