UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cv-191-MOC-DCK

| | |
|---|---|
| **KANAUTICA ZAYRE-BROWN**, | ) |
| | ) |
| Plaintiff, | ) |
| | )     **ORDER** |
| vs. | ) |
| | ) |
| **NORTH CAROLINA DEPARTMENT OF** | ) |
| **PUBLIC SAFETY, et al.**, | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on its own motion following the filing of Plaintiff's Response to Defendants' Notice of Compliance with the Court's Injunction. (Doc. No. 144).

Defendants shall have 20 days to file a response to Plaintiff's filing.

**IT IS SO ORDERED**.

Signed: November 21, 2024

Max O. Cogburn Jr.
United States District Judge

-1-