# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KANAUTICA ZAYRE-BROWN,<br><br>Plaintiff,<br><br>v.<br><br>THE NORTH CAROLINA DEPARTMENT OF ADULT CORRECTION, *et al.*,<br><br>Defendants. | No. 3:22-cv-00191-MOC-DCK |

## PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS

Pursuant to Fed. R. Civ. P. 54 and 42 U.S.C. § 1988, and this Court's December 5, 2024 order (Doc. 151), Plaintiff respectfully moves the Court for an award of reasonable attorney's fees, litigation expenses, and costs.

The Court granted Plaintiff summary judgment on her Eighth Amendment claim and entered a permanent injunction against Defendants, entitling Plaintiff to prevailing party status. The costs and fees sought by counsel are reasonable. Plaintiff is represented by counsel with extensive experience in civil rights litigation. Her rights were vindicated, and her victory paves the way for a constitutionally compliant process for all transgender prisoners who seek gender-affirming surgery after her. Plaintiff's counsel expended a reasonable amount of time achieving this result and defending it on appeal, and, in the exercise of billing judgment, counsel have

1

significantly reduced the total hours for which they seek compensation. Accordingly, the Court should award Plaintiff's counsel's fees and costs as follows:

- $408,843.75 in attorneys' fees to the ACLU of North Carolina Legal Foundation
- $4,138.94 in expenses to the ACLU of North Carolina Legal Foundation
- $117,363.75 in attorneys' fees to the American Civil Liberties Union Foundation
- $6,246.35 in expenses to the American Civil Liberties Union Foundation

Plaintiff is contemporaneously filing a memorandum of law and exhibits in support for this motion, as well as a Bill of Costs for taxable costs of $21,617.90.

Respectfully Submitted this the 21st day of July, 2025.

/s/ *Jaclyn A. Maffetore*
Jaclyn A. Maffetore
NC Bar No. 50849
Daniel K. Siegel
NC Bar No. 46397
Michele Delgado
NC Bar No. 50661
ACLU OF NORTH CAROLINA
LEGAL FOUNDATION
jmaffetore@acluofnc.org
dsiegel@acluofnc.org
mdelgado@acluofnc.org
(919) 354-5070

Christopher A. Brook
NC Bar No. 33838
PATTERSON HARKAVY LLP
cbrook@pathlaw.com

Jon W. Davidson*
(admitted only in California)
L. Nowlin-Sohl*
(admitted only in Washington)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
jondavidson@aclu.org
lnowlin-sohl@aclu.org

*admitted *pro hac vice*

*Counsel for Plaintiff*

## **CERTIFICATE OF CONFERENCE**

Pursuant to LR 7.1, I certify that on July 16, 2025 counsel for Plaintiff conferred with counsel for Defendants via email to notify them of Plaintiff's intent to file the instant Motion for Attorneys' Fees and Costs. On that date, counsel for Defendants indicated that they oppose the motion and that they intend to file a response in opposition.

Respectfully submitted this the 21st day of July, 2025.

*/s/ Jaclyn A. Maffetore*
Jaclyn A. Maffetore

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on July 21, 2025 I filed the foregoing with the Clerk of Court using the CM/ECF system which will effect service on all counsel of record.

Respectfully submitted this the 21st day of July, 2025.

*/s/ Jaclyn A. Maffetore*
Jaclyn A. Maffetore

*Counsel for Plaintiff*
