IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| KANAUTICA ZAYRE-BROWN, | |
|---|---|
| Plaintiff, | |
| v. | No. 3:22-cv-00191-MOC-DCK |
| THE NORTH CAROLINA DEPARTMENT OF ADULT CORRECTION, *et al.*, | |
| Defendants. | |

### INDEX OF EXHIBITS TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS

| EXHIBIT A | Declaration of Jon Davidson and attachments thereto |
|---|---|
| EXHIBIT B | Declaration of Daniel K. Siegel and attachments thereto |