| Itemized Bill of Costs (Taxable Items) - *Zayre-Brown v. NC DAC*, 3:22-cv-00191-MOC-DCK | | | | |
|---|---|---|---|---|
| Category | Rule Source | Item | Date | Cost |
| Fees of the Clerk | BOC Form | K.Graunke CC, COURTS - US District Court case filing fee | 4/30/2022 | $402.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | BOC Form, LR 54.1(f)(1) | L.Robbins CC, Litigation Services - Deborah Cohen-roja; Ordered Transcript of 8/23 hearing | 2/28/2023 | $166.60 |
| | | Michelle A McGirr - Court Stenographer services | 1/6/2024 | $360.00 |
| | | Court Reporter - Huseby Global Litigation - Kanautica Brown's Deposition | 2/8/2023 | $1,432.05 |
| | | Discovery Court Reporters - Lewis Peiper (30(b)(6)) | 5/8/2023 | $1,742.00 |
| | | Discovery Court Reporters - Patricia Hahn, Ph.D | 5/8/2023 | $1,756.25 |
| | | Discovery Court Reporters - Arthur Campbell, M.D. (individual) | 5/16/2023 | $1,575.00 |
| | | Discovery Court Reporters - Arthur Campbell, M.D. (30(b)(6)) | 5/16/2023 | $666.25 |
| | | Discovery Court Reporters - Lewis Peiper (individual) | 5/18/2023 | $1,185.00 |
| | | Discovery Court Reporters - Gary Junker, Ph.D. | 5/24/2023 | $1,655.00 |
| | | Discovery Court Reporters - Brian Sheitman, M.D. | 6/8/2023 | $1,250.00 |
| | | Discovery Court Reporters - Terri Catlett | 6/20/2023 | $900.00 |
| | | Discovery Court Reporters - Marvella Bowman | 7/12/2023 | $1,000.00 |
| | | Discovery Court Reporters - Brandeshawn Harris | 8/18/2023 | $765.00 |
| | | Discovery Court Reporters - Sarah Boyd, Ph.D. | 8/18/2023 | $1,375.00 |
| | | Discovery Court Reporters - Fan Li, Ph.D. | 8/22/203 | $1,250.00 |
| | | Discovery Court Reporters - Joseph V. Penn, M.D. | 8/25/2023 | $1,745.00 |
| | | Veritext Legal Solutions - Randi C. Ettner, Ph.D. | 9/14/2023 | $1,231.40 |
| | | Veritext Legal Solutions - Armand H. Antommaria, M.D., Ph.D. | 9/21/2023 | $613.35 |
| Other costs | | | | |
| _____Deposition: Costs of the videotape and appearance fee of a videographer | LR 54.1(f)(7) | Court Reporter - Huseby Global Litigation - Kanautica Brown's Deposition video | 2/8/2023 | $548.00 |
| **TOTAL** | | | | **$21,617.90** |