## Pay.gov Payment Confirmation: NORTH CAROLINA WESTERN DISTRICT COURT

do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>

Thu 4/28/2022 4:02 PM

To: Kristi Graunke <kgraunke@acluofnc.org>

**This Message Is From an External Sender**
This message came from outside your organization.

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Antonietta Basile at 704-350-7419.

Account Number: 5198634
Court: NORTH CAROLINA WESTERN DISTRICT COURT
Amount: $402.00
Tracking Id: ANCWDC-5549958
Approval Code: 555081
Card Number: ************3896
Date/Time: 04/28/2022 04:02:36 ET

Person Completing Transaction: Jaclyn A. Maffetore
Attorney Name: Jaclyn A. Maffetore
Attorney Phone: 9193545070

NOTE: This is an automated message. Please do not reply

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the

| INVOICE 132 | |
|---|---|
| American Civil Liberties Union<br>PO Box 28004<br>Raleigh, NC 27611<br>(919) 834-3466 | **MAKE CHECKS PAYABLE TO:**<br>Deborah Cohen-Rojas, RMR, RDR, CRR, FCRR<br>6413 Creft Circle<br>Indian Trail, NC 28079<br>(704) 350-7497<br>Deborah.CohenRojas@ncwd.uscourts.gov |

| | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|
| __ CRIMINAL    ✕ CIVIL | 01-24-2023 | 01-27-2023 |

In the matter of: 3:22-CV-191, Kanautica Zayre-Brown v NC Department of Public Safety

8/23/2022 motion hearing

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 44 | 3.65 | 160.60 | | | | | | | 160.60 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | **Subtotal** | | | 160.60 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |
| | | | | | | | **Total Due** | | | 160.60 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE: |
|---|---|
| Deborah Cohen-Rojas | 01-27-2023 |

# Receipt from Deborah Cohen-Rojas

**This Message Is From an External Sender**
This message came from outside your organization.



**Deborah Cohen-Rojas**



Let Deborah Cohen-Rojas know how
your experience was

## $166.60

| | |
|---|---|
| Custom Amount × 1 | $166.60 |
| Total | $166.60 |

Deborah Cohen-Rojas
596 SHAKESPEARE DR
GRAYSLAKE, IL 60030-3369

ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

# UNITED STATES DISTRICT COURT
## For the Western District of North Carolina

INVOICE 20240001

Jaclyn Maffetore
American Civil Liberties Union of NC
PO Box 28004
Raleigh, NC 27611

**MAKE CHECKS PAYABLE TO:**

Michelle McGirr, RMR, CRR, RPR
Official Court Stenographer
339 Huntington Drive
Pittsboro, NC 27312
michelle_mcgirr@ncwd.uscourts.gov

| __ CRIMINAL ☒ CIVIL | DATE ORDERED: 01-06-2024 | DATE DELIVERED: 01-06-2024 |
|---|---|---|

**In the matter of:** 3:22-CV-191-MOC-DCK, Zayre-Brown v NC Department of Adult Corrections, et al

ESTIMATE
11/9/23 Motions Hearing

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | 90 | 4.00 | 360.00 | | | | | | | 360.00 |
| 14-Day | | | | | | | | | | |
| 7-Day | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Next-Day | | | | | | | | | | |
| 2-Hour | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | **Subtotal** | | | 360.00 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |
| | | | | | | | **Total Due** | | | 360.00 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: Michelle A. McGirr | DATE: 01-07-2024 |
|---|---|



Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 775406 | 2/8/2023 | 433362 |

| Job Date | Case No. |
|---|---|
| 1/18/2023 | 3:22-cv-191 |

| Case Name |
|---|
| Kanautica Zayre-Brown vs. North Carolina Department of Public Safety, et al. |

| Payment Terms |
|---|
| Due upon receipt, after 30 days 1.5% fee |

Jaclyn A. Maffetore, Esq.
ACLU OF NORTH CAROLINA LEGAL FOUNDATION
Post Office Box 28004
Raleigh, NC 27611

---

1 COPY OF TRANSCRIPT OF:
    Kanautica Zayre-Brown

    1,432.05

**TOTAL DUE >>>**    **$1,432.05**

Location of Job  : Anson Correctional Institution
    552 Prison Camp Road
    Polkton, NC 28135

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com.  Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Schedule with us anywhere nationally today!  To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

---

**Tax ID:** 31-1763752

*Please detach bottom portion and return with payment.*

Jaclyn A. Maffetore, Esq.
ACLU OF NORTH CAROLINA LEGAL FOUNDATION
Post Office Box 28004
Raleigh, NC 27611

Job No.    : 433362    BU ID    : 1-MAIN
Case No.   : 3:22-cv-191
Case Name : Kanautica Zayre-Brown vs. North Carolina
            Department of Public Safety, et al.
Invoice No. : 775406    Invoice Date : 2/8/2023
**Total Due** : **$1,432.05**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:         Phone#:
Billing Address:
Zip:     Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Huseby Global Litigation**
           **P.O. Box 6180**
           **Hermitage, PA 16148-0922**



Discovery Court Reporters & Legal Videographers
4208 Six Forks Road, Suite 1000
Raleigh, NC 27609
919-424-8242

# INVOICE

American Civil Liberties Union of North Carolina
ATTN: Jon Davidson, Esq.
PO Box 28004
Raleigh, NC  27611

**Invoice Number:** **202677**
Invoice Date: 05/18/2023
Job Number: 302100

In Re:  Kanautica Zayre-Brown vs. North Carolina Department of Public Safety, et al.
Case Number: 3:22-CV-00191
Attendance Date: 05/01/2023, 11:00 a.m.

| Qty | Description | Amount |
|---|---|---|
| | **Lewis Peiper, M.D.** | |
| 177 | Original & 1 Certified Transcript | 885.00 |
| 1 | Appearance Fee (Over 3 hours) | 300.00 |
| 79 | Exhibits Copied/Scanned (B/W) | 55.30 |
| 1 | E-Tran/Litigation Support Pack (O+1) | |
| 1 | Signature Letter/Processing Sealed Orig (Code Compliance) | 50.00 |
| 1 | Zoom/Remote Counsel/Laptop Services | 75.00 |
| 1 | Postage & Handling (O+1) (Oversized) | 70.00 |
| | Invoice Total: | 1435.30 |

We Appreciate Your Business!

**PAYMENT DUE UPON RECEIPT**

**To Insure Proper Credit, Include the Invoice Number on Your Check.**

A 10% late fee will be applied to all invoices after 30 days.

Tax ID: 35-2480397

Please Note: If you wish to pay by credit card, a 3.5% convenience fee will apply. No credit is extended to attorney's clients or other third parties. In accepting performance of
our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.



Discovery Court Reporters & Legal Videographers
4208 Six Forks Road, Suite 1000
Raleigh, NC 27609
919-424-8242

# INVOICE

American Civil Liberties Union of North Carolina
ATTN: Li Nowlin-Sohl, Esq.
PO Box 28004
Raleigh, NC  27611

**Invoice Number:** **202626**
Invoice Date:  05/08/2023
Job Number:  302056

In Re:  Kanautica Zayre-Brown vs. North Carolina Department of Public Safety, et al.
Case Number: 3:22-CV-00191
Attendance Date: 04/11/2023, 11:00 a.m.

| Qty | Description | Amount |
|---|---|---|
| | **Patricia Hahn, Ph.D.** | |
| 265 | Original & 1 Certified Transcript | 1325.00 |
| 1 | Appearance Fee (Over 3 hours) | 300.00 |
| 1.75 | After 5:00pm/Before 9:00am Hourly Rate | 131.25 |
| 130 | Exhibits Copied/Scanned (B/W) | 91.00 |
| 1 | E-Tran/Litigation Support Pack (O+1) | |
| 1 | Signature Letter/Processing Sealed Orig (Code Compliance) | 50.00 |
| 1 | Zoom/Remote Counsel/Laptop Services | 75.00 |
| 1 | Postage & Handling (O+1) (Oversized) | 75.00 |

Invoice Total:  2047.25

---

We Appreciate Your Business!

**PAYMENT DUE UPON RECEIPT**

**To Insure Proper Credit, Include the Invoice Number on Your Check.**

A 10% late fee will be applied to all invoices after 30 days.

---

Tax ID: 35-2480397

Please Note: If you wish to pay by credit card, a 3.5% convenience fee will apply. No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.



Discovery Court Reporters & Legal Videographers
4208 Six Forks Road, Suite 1000
Raleigh, NC 27609
919-424-8242

# INVOICE

American Civil Liberties Union Foundation
ATTN: Leslie Cooper, Esq.
125 Broad Street
18th Floor
New York, NY 10004

**Invoice Number:** **202644**
Invoice Date: 05/16/2023
Job Number: 302063

In Re: Kanautica Zayre-Brown vs. North Carolina Department of Public Safety, et al.
Case Number: 3:22-CV-00191
Attendance Date: 04/18/2023, 9:00 a.m.

| Qty | Description | Amount |
|---|---|---|
| | **Arthur Campbell, M.D.** | |
| 107 | Original & 1 Certified Transcript | 535.00 |
| 1.75 | After 5:00pm Hourly Rate | 131.25 |
| 109 | Exhibits Copied/Scanned (B/W) | 76.30 |
| 85 | Rough ASCII | 148.75 |
| 1 | E-Tran/Litigation Support Pack (O+1) | |
| 1 | Signature Letter/Processing Sealed Orig (Code Compliance) | 50.00 |
| 1 | Postage & Handling (O+1) | 60.00 |

Invoice Total: 1001.30

We Appreciate Your Business!

**PAYMENT DUE UPON RECEIPT**

**To Insure Proper Credit, Include the Invoice Number on Your Check.**

A 10% late fee will be applied to all invoices after 30 days.

Tax ID: 35-2480397

Please Note: If you wish to pay by credit card, a 3.5% convenience fee will apply. No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.



Discovery Court Reporters & Legal Videographers
4208 Six Forks Road, Suite 1000
Raleigh, NC 27609
919-424-8242

# INVOICE

American Civil Liberties Union Foundation
ATTN: Leslie Cooper, Esq.
125 Broad Street
18th Floor
New York, NY 10004

**Invoice Number:** **202641**
Invoice Date: 05/16/2023
Job Number: 302063

In Re:  Kanautica Zayre-Brown vs. North Carolina Department of Public Safety, et al.
Case Number: 3:22-CV-00191
Attendance Date: 04/18/2023, 9:00 a.m.

| Qty | Description | Amount |
|---|---|---|
| | **Arthur Campbell, M.D. - 30(b)(6)** | |
| 255 | Original & 1 Certified Transcript | 1275.00 |
| 1 | Appearance Fee (Over 3 hours) | 300.00 |
| 59 | Exhibits Copied/Scanned (B/W) | 41.30 |
| 209 | Rough ASCII | 365.75 |
| 1 | E-Tran/Litigation Support Pack (O+1) | |
| 1 | Signature Letter/Processing Sealed Orig (Code Compliance) | 50.00 |
| 1 | Zoom/Remote Counsel/Laptop Services | 75.00 |
| 1 | Postage & Handling (O+1) (Oversized) | 60.00 |

Invoice Total:  2167.05

We Appreciate Your Business!

**PAYMENT DUE UPON RECEIPT**

**To Insure Proper Credit, Include the Invoice Number on Your Check.**

A 10% late fee will be applied to all invoices after 30 days.

Tax ID: 35-2480397

Please Note: If you wish to pay by credit card, a 3.5% convenience fee will apply. No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.



Discovery Court Reporters & Legal Videographers
4208 Six Forks Road, Suite 1000
Raleigh, NC 27609
919-424-8242

approved for payment

Kanautica Zayre-Brown v. NCDPS case

# INVOICE

American Civil Liberties Union of North Carolina
ATTN: Taylor Brown, Esq.
PO Box 28004
Raleigh, NC  27611

| | |
|---|---|
| **Invoice Number:** | **202624** |
| Invoice Date: | 05/08/2023 |
| Job Number: | 302062 |

In Re: Kanautica Zayre-Brown vs. North Carolina Department of Public Safety, et al.
Case Number: 3:22-CV-00191
Attendance Date: 04/17/2023, 9:00 a.m.

| Qty | Description | Amount |
|---|---|---|
| | **Dr. Lewis Peiper** | |
| 266 | Original & 1 Certified Transcript | 1330.00 |
| 1 | Appearance Fee (Over 3 hours) | 300.00 |
| 1.5 | After 5:00pm/Before 9:00am Hourly Rate | 112.50 |
| 74 | Exhibits Copied/Scanned (B/W) | 51.80 |
| 224 | Rough ASCII | 392.00 |
| 1 | E-Tran/Litigation Support Pack (O+1) | |
| 1 | Signature Letter/Processing Sealed Orig (Code Compliance) | 50.00 |
| 1 | Zoom/Remote Counsel/Laptop Services | 75.00 |
| 1 | Postage & Handling (O+1) (Oversized) | 75.00 |

Invoice Total: 2386.30

---

We Appreciate Your Business!

**PAYMENT DUE UPON RECEIPT**

**To Insure Proper Credit, Include the Invoice Number on Your Check.**

A 10% late fee will be applied to all invoices after 30 days.

---

Tax ID: 35-2480397

Please Note: If you wish to pay by credit card, a 3.5% convenience fee will apply. No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.



Discovery Court Reporters & Legal Videographers
4208 Six Forks Road, Suite 1000
Raleigh, NC 27609
919-424-8242

# INVOICE

American Civil Liberties Union of North Carolina
ATTN: Jaclyn Maffetore, Esq.
PO Box 28004
Raleigh, NC  27611

**Invoice Number:** **202706**
Invoice Date:  05/24/2023
Job Number:  302101

In Re:   Kanautica Zayre-Brown vs. North Carolina Department of Public Safety, et al.
Case Number: 3:22-CV-00191
Attendance Date: 05/04/2023, 9:00 a.m.

| Qty | Description | Amount |
|---|---|---|
| | **Gary Junker, Ph.D.** | |
| 271 | Original & 1 Certified Transcript | 1355.00 |
| 1 | Appearance Fee (Over 3 hours) | 300.00 |
| 150 | Exhibits Copied/Scanned (B/W) | 105.00 |
| 1 | E-Tran/Litigation Support Pack (O+1) | |
| 1 | Signature Letter/Processing Sealed Orig (Code Compliance) | 50.00 |
| 1 | Zoom/Remote Counsel/Laptop Services | 75.00 |
| 1 | Postage & Handling (O+1) (Oversized) | 70.00 |

Invoice Total:   1955.00

---

We Appreciate Your Business!

**PAYMENT DUE UPON RECEIPT**

**To Insure Proper Credit, Include the Invoice Number on Your Check.**

A 10% late fee will be applied to all invoices after 30 days.

---

Tax ID: 35-2480397

Please Note: If you wish to pay by credit card, a 3.5% convenience fee will apply. No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.



Discovery Court Reporters & Legal Videographers
4208 Six Forks Road, Suite 1000
Raleigh, NC 27609
919-424-8242

# INVOICE

American Civil Liberties Union of North Carolina
ATTN: Jon Davidson, Esq.
PO Box 28004
Raleigh, NC 27611

**Invoice Number:** **202737**
Invoice Date: 06/08/2023
Job Number: 302126

In Re: Kanautica Zayre-Brown vs. North Carolina Department of Public Safety, et al.
Case Number: 3:22-CV-00191
Attendance Date: 05/17/2023, 11:00 a.m.

| Qty | Description | Amount |
|---|---|---|
| | **Brian Sheitman, M.D.** | |
| 190 | Original & 1 Certified Transcript | 950.00 |
| 1 | Appearance Fee (Over 3 hours) | 300.00 |
| 111 | Exhibits Copied/Scanned (B/W) | 77.70 |
| 1 | E-Tran/Litigation Support Pack (O+1) | |
| 1 | Signature Letter/Processing Sealed Orig (Code Compliance) | 50.00 |
| 1 | Zoom/Remote Counsel/Laptop Services | 75.00 |
| 1 | Postage & Handling (O+1) (Oversized) | 70.00 |
| | Invoice Total: | 1522.70 |

We Appreciate Your Business!

**PAYMENT DUE UPON RECEIPT**

**To Insure Proper Credit, Include the Invoice Number on Your Check.**

A 10% late fee will be applied to all invoices after 30 days.

Tax ID: 35-2480397

Please Note: If you wish to pay by credit card, a 3.5% convenience fee will apply. No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.



Discovery Court Reporters & Legal Videographers
4208 Six Forks Road, Suite 1000
Raleigh, NC 27609
919-424-8242

# INVOICE

American Civil Liberties Union of North Carolina
ATTN: Jon Davidson, Esq.
PO Box 28004
Raleigh, NC 27611

**Invoice Number:** **202766**
Invoice Date: 06/20/2023
Job Number: 302127

In Re: Kanautica Zayre-Brown vs. North Carolina Department of Public Safety, et al.
Case Number: 3:22-CV-00191
Attendance Date: 05/18/2023, 9:00 a.m.

| Qty | Description | Amount |
|---|---|---|
| | **Terri Catlett** | |
| 120 | Original & 1 Certified Transcript | 600.00 |
| 1 | Appearance Fee (Over 2 hours) | 300.00 |
| 82 | Exhibits Copied/Scanned (B/W) | 57.40 |
| 43 | Exhibits Copied/Scanned (Color) | 53.75 |
| 1 | E-Tran/Litigation Support Pack (O+1) | |
| 1 | Signature Letter/Processing Sealed Orig (Code Compliance) | 50.00 |
| 1 | Zoom/Remote Counsel/Laptop Services | 75.00 |
| 1 | Postage & Handling (O+1) (Oversized) | 60.00 |

Invoice Total: 1196.15

---

We Appreciate Your Business!

**PAYMENT DUE UPON RECEIPT**

**To Insure Proper Credit, Include the Invoice Number on Your Check.**

A 10% late fee will be applied to all invoices after 30 days.

---

Tax ID: 35-2480397

Please Note: If you wish to pay by credit card, a 3.5% convenience fee will apply. No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.



Discovery Court Reporters & Legal Videographers
4208 Six Forks Road, Suite 1000
Raleigh, NC 27609
919-424-8242

# INVOICE

American Civil Liberties Union of North Carolina
ATTN: Jaclyn Maffetore, Esq.
PO Box 28004
Raleigh, NC  27611

**Invoice Number:** **202814**
Invoice Date:  07/12/2023
Job Number:  302221

In Re:   Kanautica Zayre-Brown vs. North Carolina Department of Public Safety, et al.
Case Number: 3:22-CV-00191
Attendance Date: 06/29/2023, 10:00 a.m.

| Qty | Description | Amount |
|---|---|---|
| | **Dr. Marvella Bowman** | |
| 140 | Original & 1 Certified Transcript | 700.00 |
| 1 | Appearance Fee (Over 2 hours) | 300.00 |
| 47 | Exhibits Copied/Scanned (B/W) | 32.90 |
| 1 | E-Tran/Litigation Support Pack (O+1) | |
| 1 | Signature Letter/Processing Sealed Orig (Code Compliance) | 50.00 |
| 1 | Postage & Handling (O+1) | 60.00 |
| | Invoice Total: | 1142.90 |

We Appreciate Your Business!

**PAYMENT DUE UPON RECEIPT**

**To Insure Proper Credit, Include the Invoice Number on Your Check.**

A 10% late fee will be applied to all invoices after 30 days.

Tax ID: 35-2480397

Please Note: If you wish to pay by credit card, a 3.5% convenience fee will apply. No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.



Discovery Court Reporters & Legal Videographers
4208 Six Forks Road, Suite 1000
Raleigh, NC 27609
919-424-8242

# INVOICE

American Civil Liberties Union of North Carolina
ATTN: Jon Davidson, Esq.
PO Box 28004
Raleigh, NC 27611

**Invoice Number:** **202721**
Invoice Date: 06/06/2023
Job Number: 302115

**Past Due**

In Re: Kanautica Zayre-Brown vs. North Carolina Department of Public Safety, et al.
Case Number: 3:22-CV-00191
Attendance Date: 05/16/2023, 10:00 a.m.

| Qty | Description | Amount |
|-----|-------------|--------|
| | **Brandeshawn Harris** | |
| 98 | Original & 1 Certified Transcript | 465.50 |
| 1 | Appearance Fee (Over 2 hours) | 300.00 |
| 62 | Exhibits Copied/Scanned (B/W) | 43.40 |
| 1 | E-Tran/Litigation Support Pack (O+1) | |
| 1 | Signature Letter/Processing Sealed Orig (Code Compliance) | 50.00 |
| 1 | Zoom/Remote Counsel/Laptop Services | 75.00 |
| 1 | Postage & Handling (O+1) | 60.00 |

| | |
|---|---|
| Invoice Total: | 993.90 |
| Interest/Late Fee: | 99.39 |
| Total Amount Due: | 1093.29 |

We Appreciate Your Business!

**PAYMENT DUE UPON RECEIPT**

**To Insure Proper Credit, Include the Invoice Number on Your Check.**

A 10% late fee will be applied to all invoices after 30 days.

Tax ID: 35-2480397

Please Note: If you wish to pay by credit card, a 3.5% convenience fee will apply. No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

*Please detach bottom portion and return with payment*

| Invoice Number: | 202721 |
|---|---|
| Invoice Date: | 06/06/2023 |
| Amount Due: | **$1093.29** |
| Amount Enclosed: | $_____ |

**CREDIT CARDS ACCEPTED**

  

Cardholder`s Name:
Card Number:
Exp. Date:          Phone:
Billing Address:
Zip:          Security Code:
Signature:



Discovery Court Reporters & Legal Videographers
4208 Six Forks Road, Suite 1000
Raleigh, NC 27609
919-424-8242

# INVOICE

American Civil Liberties Union of North Carolina
ATTN: Dan Siegel, Esq.
PO Box 28004
Raleigh, NC  27611

**Invoice Number:** **202922**
Invoice Date:   08/21/2023
Job Number:      302274

In Re:   Kanautica Zayre-Brown vs. North Carolina Department of Public Safety, et al.
Case Number: 3:22-CV-00191
Attendance Date: 08/04/2023, 9:00 a.m.

| Qty | Description | Amount |
|---|---|---|
| | **Sarah Boyd, Ph.D.** | |
| 215 | Original & 1 Certified Transcript | 1075.00 |
| 1 | Appearance Fee (Over 3 hours) | 300.00 |
| 56 | Exhibits Copied/Scanned (B/W) | 39.20 |
| 179 | Rough ASCII | 313.25 |
| 1 | E-Tran/Litigation Support Pack (O+1) | |
| 1 | Signature Letter/Processing Sealed Orig (Code Compliance) | 50.00 |
| 1 | Postage & Handling (O+1) (Oversized) | 70.00 |
| | Invoice Total: | 1847.45 |

We Appreciate Your Business!

**PAYMENT DUE UPON RECEIPT**

**To Insure Proper Credit, Include the Invoice Number on Your Check.**

A 10% late fee will be applied to all invoices after 30 days.

Tax ID: 35-2480397

Please Note: If you wish to pay by credit card, a 3.5% convenience fee will apply. No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.



Discovery Court Reporters & Legal Videographers
4208 Six Forks Road, Suite 1000
Raleigh, NC 27609
919-424-8242

# INVOICE

American Civil Liberties Union of North Carolina
ATTN: Li Nowlin-Sohl, Esq.
PO Box 28004
Raleigh, NC  27611

**Invoice Number:** **202920**
Invoice Date: 08/22/2023
Job Number: 302282

In Re: Kanautica Zayre-Brown vs. North Carolina Department of Public Safety, et al.
Case Number: 3:22-CV-00191
Attendance Date: 08/11/2023, 10:00 a.m.

| Qty | Description | Amount |
|---|---|---|
| | **Fan Li, Ph.D.** | |
| 190 | Original & 1 Certified Transcript | 950.00 |
| 1 | Appearance Fee (Over 3 hours) | 300.00 |
| 189 | Exhibits Copied/Scanned (B/W) | 132.30 |
| 1 | E-Tran/Litigation Support Pack (O+1) | |
| 1 | Signature Letter/Processing Sealed Orig (Code Compliance) | 50.00 |
| 1 | Postage & Handling (O+1) (Oversized) | 70.00 |
| | Invoice Total: | 1502.30 |

We Appreciate Your Business!

**PAYMENT DUE UPON RECEIPT**

**To Insure Proper Credit, Include the Invoice Number on Your Check.**

A 10% late fee will be applied to all invoices after 30 days.

Tax ID: 35-2480397

Please Note: If you wish to pay by credit card, a 3.5% convenience fee will apply. No credit is extended to attorney's clients or other third parties. In accepting performance of
our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.



 approved for payment

Discovery Court Reporters & Legal Videographers
4208 Six Forks Road, Suite 1000
Raleigh, NC 27609
919-424-8242

# INVOICE

American Civil Liberties Union of North Carolina
ATTN: Jaclyn Maffetore, Esq.
PO Box 28004
Raleigh, NC  27611

**Invoice Number:** **202930**
Invoice Date: 08/25/2023
Job Number: 302280

In Re:   Kanautica Zayre-Brown vs. North Carolina Department of Public Safety, et al.
Case Number: 3:22-CV-00191
Attendance Date: 08/08/2023, 9:00 a.m.

| Qty | Description | Amount |
|---|---|---|
| | **Joseph V. Penn, M.D.** | |
| 289 | Original & 1 Certified Transcript | 1445.00 |
| 1 | Appearance Fee (Over 3 hours) | 300.00 |
| 278 | Exhibits Copied/Scanned (B/W) | 194.60 |
| 237 | Rough ASCII | 414.75 |
| 1 | E-Tran/Litigation Support Pack (O+1) | |
| 1 | Signature Letter/Processing Sealed Orig (Code Compliance) | 50.00 |
| 1 | Zoom/Remote Counsel/Laptop Services | 75.00 |
| 1 | Postage & Handling (O+1) (Oversized) | 70.00 |
| | Invoice Total: | 2549.35 |

We Appreciate Your Business!

**PAYMENT DUE UPON RECEIPT**

**To Insure Proper Credit, Include the Invoice Number on Your Check.**

A 10% late fee will be applied to all invoices after 30 days.

Tax ID: 35-2480397

Please Note: If you wish to pay by credit card, a 3.5% convenience fee will apply. No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

**Veritext, LLC - Southeast Region**
Tel. 800.743.3376 Email: billing-carolinas@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Jon Davidson | | |
|---|---|---|---|
| | American Civil Liberties Union (ACLU) | **Invoice #:** | **6838105** |
| | 125 Broad Street | **Invoice Date:** | **9/14/2023** |
| | 18th Floor | **Balance Due:** | **$1,231.40** |
| | New York, NY, 10004 | | |

| Case: Zayre-Brown, Kanautica v. North Carolina Department Of Public Safety, Et Al. (322cv191) | Proceeding Type: Depositions |
|---|---|

Job #: 6011081  |  Job Date: 8/21/2023  |  Delivery: Normal

| Location: | Chicago, IL |
|---|---|
| Billing Atty: | Jon Davidson |
| Scheduling Atty: | Orlando L. Rodriguez | North Carolina Department of Justice |

| Witness: Randi C. Ettner , PhD | Amount |
|---|---|
| Transcript Services | $1,231.40 |

| Notes: | Invoice Total: | $1,231.40 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $1,231.40 |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

**Invoice #:** 6838105
**Invoice Date:** 9/14/2023
**Balance Due:** $1,231.40

Pay by Credit Card: www.veritext.com

B420230915

161359

**Veritext, LLC - Southeast Region**
Tel. 800.743.3376 Email: billing-carolinas@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Li Nowlin-Sohl | | |
|---|---|---|---|
| | American Civil Liberties Union (ACLU) | **Invoice #:** | **6850330** |
| | 125 Broad Street | **Invoice Date:** | **9/21/2023** |
| | 18th Floor | **Balance Due:** | **$613.35** |
| | New York, NY, 10004 | | |

| Case: Zayre-Brown, Kanautica v. North Carolina Department Of Public Safety, Et Al. (3:22cv191) | Proceeding Type: Depositions |
|---|---|

Job #: 6064741  |  Job Date: 9/7/2023  |  Delivery: Normal

| Location: | Cincinnati, OH |
|---|---|
| Billing Atty: | Li Nowlin-Sohl |
| Scheduling Atty: | Orlando L. Rodriguez | North Carolina Department of Justice |

| Witness: Armand H. Antommaria , M.D., Ph. D. | Amount |
|---|---|
| Transcript Services | $613.35 |

| Notes: | **Invoice Total:** | **$613.35** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$613.35** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | |
|---|---|---|
| Veritext | **A/C Name:** Veritext | **Invoice #: 6850330** |
| P.O. Box 71303 | **Bank Name:** BMO Harris Bank | **Invoice Date: 9/21/2023** |
| Chicago IL 60694-1303 | **Bank Addr:** 311 W. Monroe Chicago, IL 60606 | **Balance Due: $613.35** |
| Fed. Tax ID: 20-3132569 | **Account No:** 4353454 **ABA:** 071000288 | |
| | **Swift:** HATRUS44 | |

Pay by Credit Card: www.veritext.com

B420230922

161359



Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 775407 | 2/8/2023 | 433363 |

| Job Date | Case No. |
|---|---|
| 1/18/2023 | 3:22-cv-191 |

| Case Name |
|---|
| Kanautica Zayre-Brown vs. North Carolina Department of Public Safety, et al. |

| Payment Terms |
|---|
| Due upon receipt, after 30 days 1.5% fee |

Jaclyn A. Maffetore, Esq.
ACLU OF NORTH CAROLINA LEGAL FOUNDATION
Post Office Box 28004
Raleigh, NC 27611

Video Copy
    Kanautica Zayre-Brown         548.00

**TOTAL DUE  >>>**     **$548.00**

Location of Job    : Anson Correctional Institution
                    552 Prison Camp Road
                    Polkton, NC 28135

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com.  Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Schedule with us anywhere nationally today!  To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752

*Please detach bottom portion and return with payment.*

Jaclyn A. Maffetore, Esq.
ACLU OF NORTH CAROLINA LEGAL FOUNDATION
Post Office Box 28004
Raleigh, NC 27611

Job No.      : 433363        BU ID        : 1-MAIN
Case No.     : 3:22-cv-191
Case Name  : Kanautica Zayre-Brown vs. North Carolina
                  Department of Public Safety, et al.
Invoice No.  : 775407       Invoice Date : 2/8/2023
**Total Due**   : **$548.00**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date:       Phone#: | | | |
| Billing Address: | | | |
| Zip:     Card Security Code: | | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To:  **Huseby Global Litigation**
            **P.O. Box 6180**
            **Hermitage, PA 16148-0922**