IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:22-cv-191

| | |
|---|---|
| KANAUTICA ZAYRE-BROWN,<br><br>Plaintiff,<br><br>v.<br><br>NORTH CAROLINA DEPARTMENT OF ADULT CORRECTION, et al.,<br><br>Defendants. | **JOINT STATUS UPDATE** |

Pursuant to the Court's directive, the parties jointly report that they have unfortunately been unable to resolve Plaintiffs' pending motion for attorneys' fees by agreement and therefore respectfully request a ruling from the Court.

This the 24th day of September, 2025.

**JEFF JACKSON**
**Attorney General**

/s/ Stephanie A. Brennan
Stephanie A. Brennan
Special Deputy Attorney General
NC Bar No. 35955
sbrennan@ncdoj.gov

Michael Bulleri
Special Deputy Attorney General
NC Bar No. 35196
mbulleri@ncdoj.gov

NC Department of Justice
PO Box 629
Raleigh, NC 27602-0629
(919)716-6900

*Attorneys for Defendants*

/s/ Jaclyn A. Maffetore
Jaclyn A. Maffetore
NC Bar No. 50849
jmaffetore@acluofnc.org

Daniel K. Siegel
NC Bar No. 46397
dsiegel@acluofnc.org

Michele Delgado
NC Bar No. 50661
mdelgado@acluofnc.org

ACLU OF NORTH CAROLINA
LEGAL FOUNDATION
P.O. Box 28004
Raleigh, NC 27611-8004
Tel: (919) 354-5070
Fax: (919) 869-2075

Christopher A. Brook
NC Bar No. 33838
PATTERSON HARKAVY LLP
100 Europa Drive, Suite 420
Chapel Hill, NC 27517
Tel: (919) 942-5200
Fax: (866) 397-8671
cbrook@pathlaw.com

Jon W. Davidson*
(admitted only in California)
Li Nowlin-Sohl*
(admitted only in Washington)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004-2400
Tel: (212) 519-7887
Fax: (212) 549-2650
jondavidson@aclu.org
lnowlin-sohl@aclu.org

*admitted pro hac vice

*Attorneys for Plaintiff*